No. 24-1422

_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

NORTH CASCADES CONSERVATION COUNCIL,
*Plaintiff/Appellant*,

v.

UNITED STATES FOREST SERVICE, *et al.*,
*Defendants/Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Washington
No. 2:22-cv-293-SAB (Hon. Stanley A. Bastian)

_____

**APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 1 OF 1**

_____

SHAUN M. PETTIGREW
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 532-5973
shaun.pettigrew@usdoj.gov

## INDEX

| Description | Location in District Court Record or Administrative Record | SER Pages |
|---|---|---|
| Declaration of Tom Partin (filed August 30, 2023) | ECF No. 22-1 | 3-15 |
| Excerpts of Final EA (July 2022) | AR12600 AR12606 AR12774-76 | 16-20 |
| Vegetation Silviculture Report (July 2022) | AR12510-64 | 21-75 |
| Fire, Fuels, and Air Quality Report (April 2022) | AR11575-621 | 76-122 |
| Map of Project Area, Scoping Notice (Nov. 2019) | AR07015 | 123 |

Sarah Melton (WSB #60717)
Sara Ghafouri (Ore. Bar #111021), *Pro Hac Vice Pending*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Fax: (503) 222-3255
smelton@amforest.org
sghafouri@amforest.org

Attorneys for Proposed *Amicus Curiae*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **NORTH CASCADE CONSERVATION COUNCIL,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES FOREST SERVICE,** a federal agency of the United States Department of Agriculture; and **KRISTIN BAIL,** in her official capacity as Forest Supervisor, Okanogan-Wenatchee National Forest, United States Forest Service**,**<br><br>Defendants. | No. 2:22-cv-00293-SAB<br><br>**DECLARATION OF TOM PARTIN** |

DECLARATION OF TOM PARTIN

I, Tom Partin, declare and state as follows:

1.    I make this declaration based on personal knowledge. I am over the age of 18, and if called as a witness, could and would competently testify as follows.

2.    I am a consultant for the American Forest Resource Council (AFRC), a trade association based in Portland, Oregon. As detailed below, my work focuses on U.S. National Forests including the Okanogan-Wenatchee National Forest, on which the Twisp Restoration Project is located. Before becoming a consultant, I had a diverse background in the forest products industry. I was a forester for the U.S. Forest Service (Forest Service); timberlands manager, logging manager, and plant manager for Ochoco/Malheur Lumber Company; and worked for 15 years as the President of AFRC. I am also passionate about the role our natural resources play in the well-being of our rural communities, which led me to serve two terms on the John Day, Oregon City Council, and one term as Mayor of John Day.

3.    AFRC is a regional trade association representing over 50 forest product businesses and forest landowners, whose purpose is to advocate for sustained yield timber harvests on public timberlands throughout the West in order to enhance forest health and resistance to fire, insects, and disease. We do this by promoting active management to attain productive public forests, protect adjoining private forests, and assure community stability. We work to improve federal and

DECLARATION OF TOM PARTIN – PAGE 1

state laws, regulations, policies, and decisions regarding access to and management of public forest lands and protection of all forest lands. AFRC strongly believes that healthy managed forests are essential to the integrity of both ecosystems and communities.

4. AFRC and its members actively participate in federal agency decisions that involve the protection, management, allocation, and use of both federal and non-federal public forests in Washington, Oregon, California, Idaho, and Montana. One of AFRC's primary purposes is to advance its members' vital interest in preserving an adequate and reliable supply of timber for their mill facilities from federal lands managed by the Forest Service and other agencies, such as the Bureau of Land Management. AFRC supports sustainable and environmentally responsible management of public lands, sharing the goals of the Forest Service and other stakeholders to promote species recovery and sustainable forest management.

5. AFRC regularly meets with federal land managers and disseminates information about those meetings to its membership. AFRC publishes a monthly newsletter which reviews developments relevant to forest management. AFRC's newsletters are available at www.amforest.org/newsletter.

6. As a consultant, I am charged with monitoring the timber program for the following National Forests: Okanogan-Wenatchee, Beaverhead-Deerlodge,

DECLARATION OF TOM PARTIN – PAGE 2

Bitterroot, Colville, Custer-Gallatin, Flathead, Helena-Lewis and Clark, Idaho

Panhandle, Kootenai, Lolo, and Nez Perce-Clearwater. In this role, I provide

comments on behalf of AFRC members on projects that involve a commercial

timber harvest component. I also conduct regular meetings with Regional and

National Forest Service staff and AFRC members, and organize site visits to

projects that are being developed and as they are implemented.

      7.    AFRC is a member of the North Central Washington Forest Health

Collaborative (NCWFHC), which also includes AFRC members Hampton

Lumber, Boise Cascade, Vaagen Brothers Lumber, and Chelan County,

Washington. NCWFHC launched in 2013 with facilitation by the Upper Columbia

Salmon Recovery Board, and is a diverse group of local stakeholders represented

by the timber industry, conservation groups, tribal government, elected officials,

and local, state and federal land managers—all working together to obtain the

resources and community support to accelerate landscape-scale forest restoration

projects on the Okanogan-Wenatchee National Forest. AFRC actively participates

in NCWFHC's Project Workgroup and Economics Subcommittee.

      8.    NCWFHC provided scoping comments (dated December 12, 2019) on

the Twisp Restoration Project, and comments on the Project's Draft EA (dated

December 18, 2020). Overall, NCWFHC acknowledged that the magnitude and

scale of treatments authorized for the Twisp Restoration Project reflected an

DECLARATION OF TOM PARTIN – PAGE 3

understanding of the needs present on the landscape, balanced with site-specific conditions, and was overall supportive of the Forest Service's commitment to treating the landscape as a whole.

9.    Throughout the planning process for the Twisp Restoration Project, NCWFHC held quarterly meetings, open to the public, which were attended by Forest Service staff.  Two "deep dive" discussions of the Project were held on April 1, 2021, and May 11, 2021, as well as facilitated discussions on the revisions the Forest Service undertook in response to the 2021 Cedar Creek Fire—which is discussed in more detail below.

10.    AFRC participated throughout the analysis and commenting process for the Twisp Restoration Project.  On behalf of our members, I submitted scoping comments on December 10, 2019.  Attached as **Exhibit A** is a true and accurate copy of the December 10, 2019 scoping comments.  I also submitted comments on the Draft Environmental Assessment (EA) on December 14, 2020.  Attached as **Exhibit B** is a true and accurate copy of the December 14, 2020 Draft EA comment letter.  Finally, I submitted a letter of support on the Twisp Restoration Project on June 14, 2022 during the objection period.

11.    AFRC held two field trips to the Twisp Restoration Project area, on May 25, 2021, and October 28, 2021.  On May 25, AFRC staff, AFRC members Hampton Lumber, Sierra Pacific Industries, and Forest Service staff toured the

DECLARATION OF TOM PARTIN – PAGE 4

original project area.  The intent of the field trip was for the Forest Service to explain and show the need for the actions planned for the Project to lessen the risk of wildfire and to improve aquatics and other resources in the project area.  On October 28, AFRC staff, AFRC members, industry partners, and Forest Service staff toured the Cedar Creek Fire area and the remaining unimpacted portion of the project area.  The Forest Service detailed the extreme fire behavior of the Cedar Creek Fire and how it nearly burned the Sun Mountain Resort.

12.    AFRC's members have an interest in a sustainable supply of federal timber.  Any commercial timber from the Okanogan-Wenatchee National Forest will provide the timber supply to support AFRC member facilities.  If there is a commercial component to projects on the Okanogan-Wenatchee National Forest, it is likely that the timber sale will either be purchased by an AFRC member or the volume will be processed at an AFRC member mill.  AFRC members are very interested in seeing the Twisp Restoration Project implemented  and utilizing the timber products that will be generated from the subsequent timber sales.  AFRC member Hampton Lumber has purchased the Lookout Stewardship Timber Sale (Lookout STWD DxP), which the Forest Service estimates will yield 12.6 million board feet (MMBF) and is one of four timber sales anticipated from the Twisp Restoration Project.

13.    The Twisp Restoration Project will treat 24,140 acres and is located in

DECLARATION OF TOM PARTIN – PAGE 5

the north central Cascades just west of the communities of Twisp and Winthrop on the Methow Valley Ranger District. The primary focus of the Project is to restore watershed health and resiliency by returning fire to the landscape, improving wildlife habitat, and improving watershed function. This landscape needs a more proactive approach to forest management because a century of fire suppression has dramatically altered the health and natural balance of the forest.

14. The Twisp Restoration Project will involve commercial and non-commercial thinning and prescribed fire treatments, and will be implemented using a mix of pre-identified, site-specific actions and condition-based management actions. Machine overstory commercial, condition-based thinning is authorized for about 7,275 acres. Non-commercial, understory stand-improvement thinning is authorized on up to 13,812 acres. Prescribed burning will take place on up to 23,167 acres, with additional maintenance burning 16 to 20 years after the initial treatments. Treatments will also focus on reducing wildfire risks in the wildland urban interface (WUI), which will help protect the Twisp and Winthrop communities.

15. The 2021 Cedar Creek Fire, 2021 Cub Creek 2 Fire, 2018 Crescent Fire, 2015 Twisp River Fire, and 2014 Little Bridge Creek Fires are reminders that now is the time to restore a forest that works for present and future generations. The Crescent Fire, Twisp River Fire, and Little Bridge Creek Fire all burned close

DECLARATION OF TOM PARTIN – PAGE 6

**SER-9**

to or within the project area. Initial planning for the Twisp Restoration Project began in 2018, but the Forest Service had to reevaluate it after the Crescent Mountain fire burned part of the landscape. In total, the Crescent Mountain, Little Bridge Creek, and Twisp River Fire burned nearly 100,000 acres. These fires underscore the need for thinning and other forest restoration treatments in the Twisp Restoration Project, to prevent those acres from burning as well.

16.    On July 11, 2021, the Cedar Creek Fire was initiated by lightning and burned over 55,000 acres, including 10,000 acres of the original Twisp Restoration Project area. The Cedar Creek Fire was very intense, and in many areas resulted in total tree stand destruction. Erosion from runoff was prevalent in many of the burn scars as well. In response, the Forest Service reduced the size of the Twisp Restoration Project by over two-thirds, from 77,083 acres to 24,140 acres, treating only the lands in the matrix section of the project area.

17.    Forest conditions in the Twisp Restoration Project area need proactive management to restore the landscape to a healthy and functioning condition that is that is resilient to wildfire. The history of wildfire in the area and the dense fuels found in the project area need immediate treatment to prevent further wildfire disasters from happening. There is a high risk that wildfire will negatively impact surrounding communities, decrease forest health, and result in watershed degradation. Moreover, with concerns growing around global climate change,

DECLARATION OF TOM PARTIN – PAGE 7

**SER-10**

healthy forests and manufactured wood products are a key mechanism to capture and store carbon and to prevent the enormous carbon emissions that occur from wildfires.

18.     AFRC supports the Forest Service's use of condition-based management when analyzing the Twisp Restoration Project treatment areas.  This flexible management approach allows the agency to first analyze a project area's potential needs during the planning phase, which includes examining all possible treatments needed within that project area.  Even though all acres may not ultimately be treated, this approach allows for a closer examination of stand conditions and needs by Forest Service staff at the time of implementation to determine the most appropriate proposed treatment strategy.  This approach gives the agency flexibility and time to assess the actual ground conditions at the time of implementation, rather than several years prior during the project planning process.  As demonstrated by the 2021 Cedar Creek Fire, much can change during the intervening timeframe, and condition-based management allows Forest Service staff to better align forest treatments with actual on-the-ground needs.

19.     Condition-based management is not a novel approach, and, in fact, many other Forests rely on condition-based management in their analyses.  For example, the Upper Wenatchee Pilot Project on the Okanogan-Wenatchee National Forest; the Mud Creek and Gold Butterfly Projects on the Bitterroot National

DECLARATION OF TOM PARTIN – PAGE 8

**SER-11**

Forest; the South Plateau Project on the Custer Gallatin National Forest; the End of the World Project on the Nez Perce-Clearwater National Forest; the Mid Swan Project on the Flathead National Forest; and the North Fork Stillaguamish and Snoquera Landscape Analysis Projects on the Mt. Baker-Snoqualmie National Forest, all use condition-based management.

20.    AFRC members rely heavily on commercial timber sales offered by the Okanogan-Wenatchee National Forest and have a strong interest in the ongoing success of its partnership with the Forest to ensure a sustainable supply of timber, prevent insect and disease infestations, and reduce the risks of uncharacteristic wildfire.  As stated above, AFRC member Hampton Lumber has purchased the Lookout STWD DxP sale.  It is likely that an AFRC member will bid on the remaining timber sales: the Woodpecker Stewardship Timber Sale (Woodpecker STWD DxP IRTC), estimated to yield 5.3 MMBF; the Coal Train Timber Sale, estimated to yield 7 MMBF; and the Rotor Wash Timber Sale, estimated to yield 4 MMB.  The Woodpecker Stewardship Timber Sale will be offered in fiscal year (FY) 2023, and the Coal Train and Rotor Wash Timber Sales will be offered in FY 2024.

21.    AFRC and our members also have a strong interest in maintaining the economic vitality of rural Washington counties and the family-wage jobs that the forest products industry provides.  Studies in Washington have shown that 12 to 15

DECLARATION OF TOM PARTIN – PAGE 9

direct and indirect jobs are created for every 1 million board feet of timber harvested. Thus, any economic harm felt by timber industry employers directly affects the employment and wages available in the counties surrounding the Okanogan-Wenatchee National Forest, such as Chelan, Kittitas, and Yakima. Our members depend on a predictable and economical supply of timber products from Forest Service lands to run their businesses and to provide useful wood products to the public. This supply is important for the present-day needs but also important for future needs. AFRC has voiced our concerns many times regarding the long-term sustainability of the timber supply on Forest Service land and how the current management paradigm is affecting this supply.

22.    If the Twisp Restoration Project is enjoined or vacated, it would have detrimental impacts to AFRC members and the surrounding communities. The Project will provide an estimated 29.2 MMBF of timber that will likely be purchased by an AFRC member or processed at an AFRC member mill. In addition, enjoining or vacating the Project will also impact businesses that support the forest products industry. Further, if the Twisp Restoration Project were enjoined or vacated, it would have detrimental impacts on the environment. Beyond the environmental benefits of reducing wildfire risk, the Twisp Restoration Project is important for developing and enhancing wildlife habitat, improving riparian areas, and maintaining roads.

DECLARATION OF TOM PARTIN – PAGE 10

23.    AFRC and NCWFHC have been extensively involved in the development and revisions to the Twisp Restoration Project, which has collaborative, community, and industry support.  In response to the Cedar Creek Fire, the Forest Service revised the project area down by almost two-thirds.  The Forest Service's use of condition-based management on approximately 21,000 acres of the project area will allow the agency to address immediate forest conditions and better restore forest health at a landscape level.

24.    The information provided above outlines and discusses the many reasons why the Twisp Restoration Project should be promptly implemented to increase the Okanogan-Wenatchee National Forest's health and resiliency before the next wildfire affects the project area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this _11th_ day of August, 2023, at Portland, Oregon.

Tom Partin

DECLARATION OF TOM PARTIN – PAGE 11

CERTIFICATE OF SERVICE

I, Sarah Melton, hereby certify that I, on August 18, 2023, caused the

foregoing to be served upon counsel of record through the Court's electronic

service system.

Dated: August 18, 2023                    /s/ Sarah Melton
                                          Sarah Melton

Methow Valley Ranger District                                        Okanogan-Wenatchee National Forest

**Figure 4. Lake Chelan-Sawtooth Wilderness, Sawtooth IRA, and eligible Wild and Scenic Rivers**



# Need for the Proposal

On NFS lands in the project area, the IDT compared existing conditions to the desired conditions described in the Forest Plan, NWFP, PNW Invasive Plant ROD, and OWNF Invasive Plant ROD. Further direction and guidance came from the Twisp River, Middle Methow River, and Lower Methow River Watershed Analyses (USDA 1995, 1997, and 1999), recommendations for climate change vulnerability and adaptations (Raymond et al., 2014), and other sources. The project area contains a substantial amount of Wildland Urban Interface (WUI) as delineated by the Okanogan County CWPP (Figure 5). The IDT used the Okanogan-Wenatchee National Forest Restoration Strategy (USDA 2012) by applying the Ecosystem Management Decision Support framework (EMDS) to compare existing landscape characteristics to likely historical conditions and projected conditions under future climatic settings. These management directions and guidance helped identify several needs in the project area, described below with specific instances of current conditions that have departed from desired conditions. The IDT considered the Okanogan-Wenatchee National Forest Forestwide Travel Analysis Report (USDA FS 2015) and followed the Travel Analysis Process (TAP) guidance (FSH 7709.55, USDA Forest Service 2009; 36 CFR Part 212.5, Subpart A) to inventory and identify roads needed for safe and efficient travel, and for administration, utilization, and protection of NFS lands. Further details on how project needs are tied to desired future conditions is available in the resource specialist reports incorporated by reference. Proposed treatments on private lands in the project area are under development with input from

13

AR 12600

## Public and Collaborator Involvement

Public involvement for the Twisp Restoration Project began with publishing the project in the November 2019 Schedule of Proposed Actions. All comment periods and public meetings were preceded by public news releases and notifications to the project mailing list. A scoping letter was sent to 368 individuals, groups, and agencies on November 12, 2019, including adjacent landowners and interested individuals and organizations. A news release was sent to local media and the project mailing list on November 12, 2019, to invite comments and participation in a public meeting held on November 21, 2019. Responses came from 55 individuals, organizations, businesses, and local government during this period. Notices for the opportunity to comment on the Draft EA period were sent to media and the 448 individuals, groups, and agencies on the project mailing list on October 2, 2020, and ended December 18, 2020, after two extensions; 1,029 responses were received during this time. A news release sent to local media and the project mailing list on November 12, 2020, invited the public to participate in a virtual public meeting held on November 5, 2020. District staff engaged with members of the North Central Washington Forest Health Collaborative during project development. The list of contacts is on record in the project file.

Other public, agency, and organization contacts include Curtis Bryan, Katherine Russell, and Erik Ellis of the BLM Spokane office; adjacent landowners interested in having their lands included in prescribed burning proposed by this project; Bill White; North Central Washington Forest Health Collaborative members; Methow Trails Collaborative members; Tom and Gina McCoy (C6 Forest to Farm); Derek Churchill, WA DNR; Buttermilk Firewise community; Fire Adapted Methow; Sky Ranch community; Scott Fitkin, retired Washington Department of Wildlife staff; and retired U.S. Forest Service employees Ann Glidden, Kent Woodruff, and Robert Naney.

# Issues

The IDT considered all comments received for this project. Based on these comments and internal review, the IDT found three types of issues for consideration in this analysis and addressed them as follows to resolve any conflicts (36 CFR 220.7(b)(2)(i)):

- Issues were used to develop, or modify alternatives, design features, or mitigation measures to address the effects of proposed activities.

- Issues were analyzed in terms of environmental consequences but did not lead to a new, or modified alternative.

- Issues were not analyzed in detail because generally they were addressed through project design; were outside the scope of the analysis; were already decided by law, regulation, the Forest Plan, policy, or program; or were address through resource protection measures including design features and standard operating procedures.

Table 3 describes key issues and how they were addressed in this project. In addition, several design features in Appendix B respond directly to these issues (Table 43 under column "Ensures Compliance With or Addresses".

**Table 5. Twisp Restoration Project Key Issues**

| Issue /Concern | Addressed by |
|---|---|
| 1. Project activities will limit public access and opportunities for recreation, firewood gathering, and other uses, and will damage trails. Closing Roads End Campground will restrict recreation opportunities and overburden existing | The effects of temporary and permanent road closures on public access for recreation, firewood collection, and other uses are described in the Recreation report and summarized in Chapter 3 of this EA. |

**Figure. 1 – Diagram of Proper Waterbar Design**



<u>**ADDITIONAL REHABILITATION**</u>

Where feasible additional restoration of fireline should be conducted, this is especially important with dozer lines due to their larger area and often-larger extent. Greater restoration success is typically achieved using an excavator rather than the dozer that constructed the line.

- Pull back and replace any topsoil, litter layer, or vegetative debris displacement by the fireline.
- Block access to firelines from roads or trails to prevent unauthorized use. Camouflaging these points has been effective.
- Placement of additional soil cover.

## Project Monitoring

Specific monitoring that would occur during or after project implementation includes:

- Thinning operations: Contract administrators assess treatments during implementation to ensure contractors comply with their contract elements such as harvest specifications, adherence to thinning prescriptions, bole damage to residual trees, downed wood and snag retention, residual fuel loadings, landing locations, skid trail spacing, and use of designated skid trails. Small tree (non-commercial) thinning contracts specify thinning prescriptions (e.g., leave tree preference, minimum and maximum cut diameters) to the contractor; the FS Contracting Officer's Representative (COR) inspecting these treatments ensures that these specifications are met.

- Fuel treatments: Fire and fuels personnel informally assess fuel loading during and following the fuel treatments. Fuel treatment results would offer data to inform future treatments.

- Invasive Plants: In compliance with the 2017 Invasive Plant ROD, monitoring for existing and "new invader" invasive plants occurs for 3 to 5 years after the treatment is completed. Identified priority weed populations would be treated; effectiveness of these treatments would be monitored.

- Sensitive Plants: In compliance with USFS Region 6 Sensitive Plant standards, existing sensitive plant populations within treatment areas are monitored during implementation and 1-3 years post-implementation to assess impacts.

- Heritage Resources: In compliance with the 2020 Heritage Resources Programmatic Agreement, heritage resources staff will conduct implementation monitoring where mechanical treatments are planned, ground visibility is low, and site location probabilities are high

or near known unevaluated or NRHP-eligible sites. Where eligible or unevaluated cultural resources exist in proximity to treatment areas, post-implementation monitoring will occur to evaluate potential impacts.

- Grizzly bear: Roads closed or decommissioned within grizzly bear core or security habitat will be monitored post-closure/decommissioning to assess effectiveness of closure/decommissioning in keeping vehicles out.

- Raptors and gray wolves: If wolf dens and rendezvous sites or raptor nests are found before or during implementation, protection measures will be implemented for nests, nesting habitat, and nesting individuals as well as to minimize disturbances to wolves at dens and rendezvous sites.

- Spotted Owl Monitoring: Spotted owls protocol surveys continue annually in a portion of the Project area prior to treatments occurring in or near NRF habitat during the breeding season. Protection measures will be implemented for nests, nesting habitat, and nesting individuals found.

- Reforestation: Vegetation management staff ensure regenerated stands are sufficiently stocked within 5 years of harvest by conducting first and third year stocking surveys one and three years after replanting (Forest Service Manual 2470).

- Soil: Soil impacts are assessed by the soil scientist and/or sale administrator during implementation of mechanical treatments. Post-implementation, soil monitoring occurs per OWF Transitional Monitoring Plan using Forest Soil Disturbance Monitoring Protocol (USDA 2009), and/or National Forest Service BMPs (USDA 2012).

- Water Quality: The National Best Management Practices for Water Quality Management program provides a standard set of core BMPs and consistent documentation of the use and effectiveness of the practices (USDA 2012). Post-implementation BMP monitoring may include review of aquatic management zones, erosion prevention and control measures, cable and ground-based yarding operation effects, and site treatment.

- Forest Plan Implementation Monitoring: The Forest Supervisor's staff performs annual project monitoring at each Ranger District and compiles the results in the bi-annual Forest Monitoring Report in compliance with the 2016 Okanogan-Wenatchee National Forest Transitional Monitoring Plan (Forest Monitoring Plan), incorporated by reference in this analysis. The Forest Monitoring Plan covers eight categories of required monitoring for 34 management plan components. Treatments implemented in this project may be included in Forest Plan Implementation monitoring. Other implementation monitoring elements may include temporary road decommissioning, snag and large downed wood abundance, and surveys to validate the success of any seeding.

- Range monitoring: per the Biological Opinions and Allotment Management Plans for the Little Bridge Creek and Lookout Mountain Allotments, range monitoring occurs yearly to determine if livestock management prescriptions are effectively applied and if annual grazing use indicator standards are met.

Additionally, the Forest Service is working with its partners in developing a broad monitoring strategy for implementation of the Twisp Restoration Project, effectiveness of the treatments and restoration actions, and validation of the project's underlying assumptions. While this

strategy is still in development, it is expected to create a monitoring partnership with collaborators and regular reporting of monitoring results. Monitoring results can be used to modify future treatments to better achieve the desired conditions.

## Project Mitigation Measures

Mitigation measures in Table 44 would rectify or compensate for undesirable consequences that may be caused by project implementation.

**Table 46. Project Mitigation Measures**

| Number | Mitigation | Objective | Efficacy | Responsible Staff |
|---|---|---|---|---|
| 1 | All hand and dozer line used for prescribed fire will have the soil berm and organic material pulled back after implementation to prevent trailing and unintended user-created trails post-treatment.<br>Post-burn fireline rehabilitation needs will be assessed by soils, botany, and/or invasive species staff, and fuels staff. Any necessary seeding will use native species seed mix. Some small trees (generally < 10" DBH) and some down logs may be cut and/or moved along the fireline to prevent undesirable fire spread but no material will be removed from the site.<br>Where accessible from existing roads or trails, firelines will be rehabilitated using methods that prevent public use of firelines as hiking, biking, motorcycle, and/or ATV/UTV routes, and that prevent use by stock to access riparian areas. | Restore firelines to reduce erosion, inhibit invasive plant spread, minimize movement of wood, and inhibit use by the public for motorized and non-motorized recreation. | Moderate-High | Fuels staff with input from soils, botany, and/or invasive plants staff, |
| 2 | Soil compaction created by project activities (skid trails, log landings, temporary road construction) will be de-compacted to match native soil conditions adjacent to affected areas. | Maintain long-term soil productivity | High | Soils staff.<br>ONF-LRMP, R6, and National soil management standards for ground-based harvesting |
| 3 | Bare mineral soil created by project activities will be re-seeded with an approved mix from the District Botanist. Placing slash and/or water bars can be incorporated into an erosion control plan when bare soil is created from project related activities such as log skidding, prescribed fire line construction, and temporary road construction. | Maintain long-term soil productivity | High | Soils, botany, veg mgt, and/or fuels staff.<br>ONF-LRMP, R6, and National soil management standards for ground-based harvesting |

**SER-20**



United States Department of Agriculture
Forest Service

# Twisp Restoration Project
## Revised Final Vegetation Silviculture Report

**Prepared by:**

Eireann Pederson
Silviculturist
Carissa Camenson
Forester

Methow Valley Ranger District
Okanogan Wenatchee National Forest

July 29, 2022

AR 12510

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer and lender.

# Table of Contents

Table of Contents ........................................................................................................................1
1.0 - Introduction ........................................................................................................................2
2.0 - Relevant Laws, Regulations, and Policy ............................................................................2
    2.1 - Regulatory Framework ...................................................................................................2
3.0 – Analysis Framework ........................................................................................................10
    3.1 - Project Needs ..............................................................................................................10
    3.2 – Other Resource Concerns ...........................................................................................10
    3.3 - Resource Indicators and Measures ..............................................................................12
4.0 - Methodology .....................................................................................................................15
    4.1 - Information Sources ......................................................................................................16
    4.2 - Incomplete and Unavailable Information ......................................................................17
    4.3 - Spatial and Temporal Context for Effects Analysis ......................................................18
    4.4 Intensity Level Definitions ...............................................................................................18
5.0 - Environmental Consequences ..........................................................................................19
    5.1 - Alternative 1 – No Action .............................................................................................19
    5.2 - Alternative 2 – Proposed Action ..................................................................................21
    5.3 – Forest Plan Amendments and 2012 Planning Rule Substantive Provisions................27
6.0 - Summary ..........................................................................................................................28
    6.1 - Degree to Which the Project's Needs for Action is Met.................................................28
    6.2 - Degree to Which the Alternatives Address the Issues ..................................................29
    6.3 - Summary of Environmental Effects ..............................................................................31
7.0 - Compliance with LRMP and Other Relevant Laws, Regulations, Policies and Plans........32
8.0 - Other Relevant Mandatory Disclosures.............................................................................32
    8.1 - Intensity Factors for Significance (FONSI) (40 CFR 1508.27(b)) .................................32
9.0 - Other Agencies and Individuals Consulted ......................................................................33
10.0– Acronyms ........................................................................................................................33
10.0 – Glossary .........................................................................................................................34
11.0 - References Cited ............................................................................................................37
Appendix A: Management Direction & Compliance....................................................................39
    LRMP Standard and Guidelines (S&Gs) & Compliance ........................................................39
    Northwest Forest Plan Standards and Guidelines & Compliance...........................................49
    Appendix B: Forest structure class definitions.......................................................................53

## Tables

Table 1 Terrestrial characteristics and trends found in the TRP landscape evaluation.................6
Table 2 Lower Twisp Subwatershed: CNW treatment needs compared to proposed acres in Draft EA ......................7
Table 3. Current structure stages within the project proposed treatment areas. ........................12
Table 4 Lower Twisp watershed current structure classes identified by 80th percentiles. ..........13
Table 5. Resource indicators and measures for assessing effects .............................................15
Table 6. Resource indicators and measures for Alternative 1.....................................................21
Table 7 Lower Twisp watershed structure classes by percent of landscape compared to HRV and FRV. ...........23
Table 8 Predicted structure classes 40 years post-implementation compared to current conditions. .........24
Table 9 Predicted shifts in overstory size classes following treatment.........................................25
Table 10. Resource indicators and measures for Alternative 2 direct/indirect effects. .................26
Table 11. Resource indicators and measures for alternative 2 cumulative effects........................27
Table 12. Summary comparison of how the alternatives address project needs. .........................28
Table 13. Summary comparison of how the alternatives address the key issues related to vegetation......................29
Table 14. Summary comparison of environmental effects to vegetation resources. .....................31
Table 15 Successional Stages, taken from Table 4-13 in the LRMP ...........................................39
Table 16. Forest Plan S&G compliance ....................................................................................47
Table 17 Okanogan LRMP- Silvicultural Management Direction (LRMP pg 4-18) ......................48

## Figures

Figure 1 Current forest structure classes across the project area. ...............................................13
Figure 2 Current overstory size classes across the project area. ................................................14
Figure 3 Dwarf mistletoe infections in the Douglas-fir overstory in the Poorman Creek drainage...................19
Figure 4 Overstocked young forest stands within the project area..............................................20
Figure 5 Post treatment structure shifts across the project area. ...............................................22
Figure 6 Post treatment predictions for overstory size classes. .................................................25
Figure 7 Treated stands in the South Summit II Project area, on the Methow Valley Ranger District.......................31

Figure 8 Forest stand structure images and definitions.................................................................................53

# 1.0 - Introduction

This analysis will focus on forest stand conditions within the Twisp Restoration Project area. The intent is to highlight the main conditions that influence forest structure, composition and health, and analyze alternatives for treating these conditions.

All proposed vegetation-removal activities (overstory thinning, stand-improvement thinning, and prescribed fire) are analyzed within this report because they would have a direct or indirect effect on stand structure and the quantity of large to medium sized trees.

Road decommissioning will be included to the extent that the loss of road access may preclude vegetation treatments in the future.

The following proposed actions will not be discussed further in this analysis because they would have no measurable effect on stand structure, or large to medium trees:

- Activities associated with road building, road reconstruction, and culvert replacement.

- Closing Roads End Campground or constructing replacement campsites.

- Aquatic organism passage (AOP) or culvert installations.

This report includes the following appendices:

A. Okanogan National Forest Land & Resource Management Plan (LRMP; USDA, 1989) - Standard and Guidelines, Compliance. Okanogan LRMP- Silvicultural Management Direction. Northwest Forest Plan (USDA, USDI, 1994) Matrix, & Riparian Reserve (RR) Standard & Guidelines, Compliance

B. Definitions of forest structure classes

C. Twisp Restoration Project Silviculture Prescriptions

# 2.0 - Relevant Laws, Regulations, and Policy

## 2.1 - Regulatory Framework

### 2.1.1 - Land and Resource Management Plan

The Okanogan National Forest Land and Resource Management Plan (USDA 1989; hereafter referred to as LRMP) provides standards and guidelines for forest vegetation within Chapter 4, under the Timber and Old Growth sections.  See Appendix A for complete descriptions of each standard and guideline directly related to forest vegetation resources.  Appendix A also includes LRMP Silvicultural Management Direction.

The Forest Plan further allocates the analysis area into several "prescription zones", called Management Areas (MAs), with specific Standards & Guidelines.  Refer to Chapter 1 in the Environmental Assessment (EA) for a list of Management Areas and acres of each within this project.

## 2.1.2 Northwest Forest Plan Management Areas

The LRMP was amended by the Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern Spotted Owl (hereafter referred to as the Northwest Forest Plan, or NWFP; USDA and USDI, 1994). The NWFP created additional management designations that overlay the LRMP management areas described above. There is considerable overlap between some NWFP designations, therefore, the total percentage of lands within NWFP designations will exceed 100%. The standards and guidelines from the Okanogan LRMP apply where they are more restrictive or provide greater benefits to late successional forest-related species than other provisions of these standards and guidelines. The NWFP management areas included in the project area are identified in Chapter 1 of the EA. NWFP standards and guidelines related to forest vegetation management in the project area are in Appendix A.

## 2.1.3 - Desired Future Condition

The desired future condition identified by the LRMP relevant to vegetation resources includes:

- Areas allocated to Wilderness, Research Natural Area, or Botanical Area will remain essentially unchanged, modified only by natural processes.

- Riparian areas will continue to display riparian ecosystem values.

- Habitat to support threatened and endangered species will be protected in accordance with recovery plans.

- Snag and dead tree habitat will be maintained across the Forest at or above that needed to maintain 60 percent of potential population levels of species dependent upon that habitat. Snags and replacement trees for snag habitat will be retained in areas where timber harvest will occur. Dead logs will be maintained on the ground for species utilizing such material as habitat and for maintenance of long-term productivity.

- Stands meeting old growth definition will remain unaltered except for natural events.

- Areas with scheduled harvest will have new timber harvest units distributed through the mature forest. Existing harvest units and regenerated stands of seedlings will continue to develop through sapling and pole stages to large trees capable of being used for sawtimber. Some stands will be managed using uneven-aged silvicultural techniques.

- Insect and disease levels in managed timber stands will be lower than in unmanaged stands.

Desired future conditions specific to each management area are described in Appendix A.

## 2.1.4 LRMP Goals

The overall goals of the LRMP relevant to vegetation resources include:

- Timber management activities would occur in mixed conifer, lodgepole pine, and low productive stands.

- Non-chargeable forest products (posts, poles, chips, firewood, etc.) would be made available each year.

- Timber harvests would be designed to maximize Net Public Benefit (NPB) over the long term. In some situations, the dollar cost of timber management may exceed the revenue produced where necessary to achieve resource objectives.

- Mixed conifer stands managed for scenic quality and wildlife habitat would be grown to 140 years or older. Stands managed for timber production would be at least 60 to 120 years old when regenerated.

- Insects and diseases in mixed conifer stands would be moderately reduced from current conditions. The risk of volume loss from mountain pine beetle would be greatly reduced from current conditions in lodgepole pine stands. Recent mortality caused by insects and diseases would be salvaged where possible.

- Historic demand for firewood would be met. Firewood would only be provided where scenic quality and wildlife habitat management objectives could be met.

- At least 5 percent of the old growth on suitable forest acres would be maintained in each township to provide for geographic distribution of old growth habitat. In townships that do not presently have 5 percent of suitable forest acres in old growth, stands that may develop old growth characteristics within the next 5 decades will be retained to become old growth.

- Snag habitat would be maintained or enhanced over current levels.

- Riparian area management will strive to provide an ecosystem fully occupied by historic plant community types. The structural and functional properties of these dynamic, multi-age communities will be managed to promote bank and channel stability, provide resiliency to disturbance, and aquatic diversity.

*Management Area (MA) specific goals:*

- In MA 5, the goal is to provide opportunities for recreation and viewing scenery in a roaded natural setting with a visual quality objective of retention or partial retention. Recreation opportunities will be maintained and enhanced within this roaded recreation area by maintaining a predominately natural appearing landscape. Even-aged stands, and stands representing different age classes, species mix, and with variable structure, will be found across the Forest. Timber activities will be designed to maintain or enhance roaded natural recreation opportunities and managed to control insect and disease problems to the extent practicable.

- In MA 14, the goal is to manage to provide a diversity of wildlife habitat, including deer winter range, while growing and producing merchantable wood fiber. Management will be toward habitat conditions including proper juxtaposition of forage and cover areas, to sustain desired deer population levels. Dead tree habitat will be provided at a moderate level to support cavity dependent species. Management will be towards even-age stands, and stands representing different age classes, species mix, and with variable structure across the Forest. Operating season for logging and post-sale operations will be restricted, when necessary to protect roads, soil, water, bighorn sheep, and deer winter range fawning areas and lambing areas. Timber harvests will be designed to perpetuate wildlife habitat and to address current habitat needs and suppress insects and diseases in accordance with the LRMP.

- In MA 25, the goal is to intensively manage the timber and range resources using both even-aged and uneven-aged silvicultural practices to achieve a high present net value and a high level of timber and range outputs while protecting the basic productivity of the land and providing for the

4

**SER-26**

production of wildlife, recreation opportunities, and other resources. Management will be towards stands that are well stocked and thrifty in suitable lands in the Moist Productive and Dry Productive Working Group. Even-aged stands, and stands representing different age classes, species mix, and with variable structure will be managed for across the Forest. On lands that are in the Low Productive Working Group, or that are unsuitable for timber production, stands would be managed for variable structure. Even-aged stands would predominate in lodgepole pine dominated forest types. Both even and uneven aged stands would be found in the mixed conifer dominated types. Stands with high level of dwarf mistletoe or root rot shall receive the highest priority for silvicultural treatment.

- In MA 26, the goal is to manage deer winter range and fawning habitats to provide conditions which can sustain optimal numbers of deer indefinitely, without degrading habitat characteristics such as forage cover and soil. Management will be towards optimum habitat conditions for deer by maintaining well distributed winter thermal and snow/intercept thermal cover and foraging areas. Wood product outputs will be provided at a reduced level. Even-aged stands, and stands representing different age classes, species mix, and with variable structure would be found throughout the management area.

## 2.1.5 - Federal Law

- The National Forest Management Act (NFMA). The NFMA requires that the Forest Service manage fish and wildlife habitat to maintain viable populations of existing native and desired non-native vertebrate species in the planning area. NFMA requires assurance that the lands can be adequately restocked within five years after final regeneration harvest (FSM 1921.12g).

- The Multiple-Use, Sustained-Yield Act (MUSY) of 1960 (P.L. 86-517, 74 Stat. 215; 16 U.S.C. 528-531). The MUSY states that the National Forests are to be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes. This Act directs the Secretary to manage these resources in the combination that will best meet the needs of the American people; providing for periodic adjustments in use to conform to changing needs and conditions; and harmonious and coordinated management of the resources without impairment of the productivity of the land. Sustained yield means achieving and maintaining into perpetuity a high-level annual or regular periodic output of renewable resources without impairment of the productivity of the land.

## 2.1.6 - Executive Orders

- Promoting Active Management of America's Forests, Rangelands, and other Federal Lands to Improve Conditions and Reduce Wildfire Risk, EO 13855 of December 21, 2018

## 2.1.7 - Other Guidance or Recommendations

*Okanogan-Wenatchee Forest Restoration Strategy.*

The Okanogan-Wenatchee Forest Restoration Strategy (FRS) (USDA, 2012) provides a planning framework, based on principles of landscape-level restoration ecology, to restore the sustainability and resiliency of forested ecosystems on the Okanogan-Wenatchee National Forest. It was developed to provide land managers with the ability to efficiently examine broad Forest landscapes, allowing managers to select high priority areas, design integrated restoration treatments, and consider historical and potential future reference conditions under different climate scenarios. One key premise of the FRS is that maintaining and restoring forest vegetation conditions (structure, composition, and vulnerability to insects) to levels that are within the overlap between historical and future ranges of variability (will

provide for more sustainable and resilient forest ecosystems. Forest direction recommends the use of the peer-reviewed FRS to analyze conditions in the Twisp Restoration project area and develop possible restoration treatment options in response to landscape evaluation findings.

The Twisp Landscape Evaluation (Downing, 2019) provided a terrestrial summary that provided landscape level information for the IDT. The landscape evaluation identified the general terrestrial characteristics or trends shown in Table 1. The information provided below was relative to the original project landscape evaluation and has identified portions that are now outside the project area. The overall general characteristics and trends are still applicable to the modified project boundary. The landscape evaluation document is on the project website at https://www.fs.usda.gov/project/?project=56554.

**Table 1 Terrestrial characteristics and trends found in the TRP landscape evaluation**

| ATTRIBUTE | GENERAL CHARACTERISTICS/TRENDS |
|---|---|
| Physiognomic Type | Forest dominates for the much of the Twisp drainage, though the drier north side of the Twisp river is dominated by woodland, and the lower areas along the Methow River are dominated by shrubland and non-Forest. |
| Forested Cover Type | The forested area is dominated by Ponderosa Pine and Douglas-fir, with subalpine fir and larch on the ridgetops, and hardwoods and spruce in the drainages. There is also some Pacific Silver Fir patches in Upper Twisp. |
| Structure Class | Forests exist mostly in relatively dense, young forest multi-story conditions. There are younger, more open stands to the north of the river, and older multi-stories stands along some of the drainage bottoms. Significant portions of Upper Twisp and Lower Twisp are non-forested due to recent fires. |
| Habitat | Much of the forested area has the potential to provide habitat for focal wildlife species of concern. The upper portion of the drainage contains conditions that are suitable for American Marten, Northern Spotted Owl, Northern Goshawk, and White headed Woodpecker. These areas do not necessarily overlap, indicating that there are numerous areas uniquely suited for a specific species. |
| Fire | Fire risk is a mosaic of moderate and high-risk areas, especially with respect to flame lengths and fire-line intensities. Rate of spread, in dry conditions, has the potential to be high for much of the project area, though running crown fire is only a high risk in the denser forests south of the river. |
| Insect/Disease | Insect and disease risk have the potential to be high for much of the project. Forest densities, connectivity, structure, and topographic setting place them in a condition to be highly vulnerable to a suite of insects and pathogens. |

*Twisp Restoration Landscape Analysis- Conservation Northwest (Jeronimo, 2020)*

After the release of the Draft EA in November 2020, Conservation Northwest (CNW) hired the private consulting firm Resilient Forestry to evaluate how well the Proposed Action in the Draft EA addressed the departures identified in the landscape evaluation completed by their consultant (Jeronimo 2020). The results of this analysis covered the original Twisp Restoration project boundary. Since the project boundary was modified due to the 2021 Cedar Creek fire, only the results of this comparison relevant to the new project boundary in the Lower Twisp River subwatershed are identified below (Table 2). Table 2 compares the treatment need identified in CNW's analysis (based on forest type, structure class and current management allocation) to proposed treatment acres in the Draft EA. This analysis further supports the need for treatments originally analyzed in the Draft EA. For further information on methods, departures and the treatment need comparison, please reference the CNW landscape evaluation (Jeronimo, 2020).

AR 12517

**Table 2 Lower Twisp Subwatershed: CNW treatment needs compared to proposed acres in Draft EA**

| Lower Twisp Sub-watershed Treatment Needs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Forest Conditions to Treat | | CNW Treatment Need Acres | Draft EA Proposed Acres | Acres by Land Management Allocation* | | | | |
| Forest Type | Structure Class | | | Matrix | LSR | Inventoried Roadless Area Matrix | Inventoried Roadless Area LSR | Wilderness |
| Dry Forest | YFMS | 3,600-5,100 | 4,188 | 4,754 | 0 | 0 | 0 | 0 |
| | SECC | 200-400 | 152 | 318 | 0 | 0 | 0 | 0 |
| Moist Forest | YFMS | 2,000-4,900 | 3,338 | 5,385 | 0 | 0 | 0 | 0 |
| Total | | 5,800 – 10,400 | 7,678 | *These are current acres, not targets | | | | |

*Twisp River Watershed Analysis Summary.*

The Twisp River Watershed Analysis conducted in 1995 covered approximately 95% of the project area (USDA, 1995). The assessment determined that past management activities and successional progress have favored an increase in multistory stands of shade tolerant species, which have led to high risks associated with insects, disease, and stand-replacing fires. The assessment developed the following vegetation management recommendations and associated actions:

- Restore and/or maintain stands dominated by large, mature ponderosa pine trees. Manage vegetation to favor ponderosa pine tree recovery. This would include harvest to reduce site competition for ponderosa pine, stand manipulation to emphasize growth in ponderosa pine, and site preparation to achieve ponderosa pine regeneration.

- Manage vegetation to reduce stand susceptibility to disturbance caused by insects or disease in the matrix land allocation. Change stand structure and species composition with stand manipulation to enhance stand vigor and resiliency. This would include harvest or timber stand improvement treatments to encourage stand shift.

- Restore degraded riparian conditions. This may include planting vegetation, conifer release, and replacement of large wood debris in areas changed by human activity.

- Develop and/or enhance deciduous tree habitat conditions. Release stands of aspen that are currently dominated by conifers. This would include conifer harvest within or adjacent to stands to be managed for deciduous habitat.

*Middle Methow Watershed Analysis Summary*

The Middle Methow Watershed Analysis conducted in 1998 covers approximately 15% of the project area (USDA, 1998). Much like the Twisp River Watershed Analysis it determined that fire suppression and timber harvest had altered the vegetation structure and distribution of timber stands. This conclusion led to an objective that was designed to manage timber stands to maintain vigorous trees that are resistant to insect and disease outbreaks and minimize high-intensity fire risk. The analysis also determined that fire has influenced the successional development of stands and developed the objective of a better understanding of how fire's role in successional development was needed. The analysis developed the following vegetation recommendations broken down into species to help meet the above objectives:

**Ponderosa pine/Douglas-fir stands:**

Mature single canopy level (park-like) stands.

- Maintain remaining single canopy structure stands primarily with prescribed underburning

Mature stands with multiple canopy levels:

- Stabilize remaining mature stands in all subwatersheds by restoring vegetation composition, density, and canopy structure to historic levels.

- Maintain, mature, large diameter trees by reducing excess understory stocking with timber harvest, thinning sub-merchantable trees and prescribed burning.

- Restore stand canopy structures and pine bark beetle dynamics to historic levels by removing excess understory Douglas-fir and decreasing the density of understory ponderosa pine.

- Reduce wildfire risk to mature overstory trees by decreasing the density of understory stems and removing ladder fuels which extend into the overstory canopy level·.

Young stands of poles and small sawtimber:

- Reduce competition in young stands to provide adequate growing space which will allow trees to eventually reach large size.

- Manage density of overstocked stands with timber harvest, thinning of sub-merchantable trees, and prescribed burning.

- Promote ponderosa pine and other early seral species by removing excess Douglas-fir stocking.

- Decrease mountain pine beetle susceptibility of ponderosa pine by reducing stress caused by overstocking.

- Maintain remnant large diameter trees to enhance canopy structural diversity and move stands toward attainment of mature size more rapidly.

- Capitalize on the opportunity to manage some stands in all sub-watersheds to eventually attain the historic park-like conditions which formerly were prevalent in the Watershed.

**Douglas-fir**

Mature single canopy level stands with little or no understory:

- Maintain remaining single canopy structure stands primarily with prescribed underburning.

- Largest concentrations of single canopy level stands occur in the Wolf and Upper Mainstem Methow sub-watersheds.

Mature stands with multiple canopy levels:

- Stabilize mature stands by restoring vegetation composition, density, and canopy structure to historic levels.

- Manipulate stand conditions with timber harvest, thinning sub-merchantable trees, and/or prescribed burning to achieve desired conditions.

AR 12519

- Restore stand canopy structures and species composition to historic levels by reducing excess understory stocking. Maintain mature, large diameter trees in overstocked stands by removing the majority of understory Douglas-fir. Promote ponderosa pine and other early seral species. ·

- Reduce dwarf mistletoe infection in the understory (particularly in Douglas-fir) and confine infection primarily to large, mature trees which historically remained following periodic underburning.

- Regenerate stands severely infected with dwarf mistletoe to ponderosa pine and other early seral species.

- Reduce wildfire risk to mature overstory trees by decreasing the density of understory stems and removing ladder fuels which extend into the overstory canopy level.

Young stands of poles and small sawtimber:

- Reduce competition in overstocked stands in all sub-watersheds to allow trees to eventually reach large size.

- Manage density of overstocked stands with timber harvest, thinning of sub-merchantable trees, and prescribed burning.

- Promote ponderosa pine and other early seral species by removing excess Douglas-fir stocking.

- Reduce dwarf mistletoe infection levels (especially on warm/dry sites) by removing heavily infected trees. Regenerate severely infected stands to ponderosa pine and other early seral species.

- Maintain remnant large diameter trees to enhance canopy structural diversity and move stands toward attainment of mature size more rapidly.

**Lodgepole pine**
Refer to Forest Plan standards and guidelines and consider recommendations from Washington State Department of Wildlife for lynx habitat management.

Mature stands:

- Regenerate a portion of mature stands each decade to create a mosaic of age classes across the Watershed. The desired treatment objective is to create diversity in stand (patch) ages and reduce mountain pine beetle susceptibility by limiting the potential food source in any given decade.

- Utilize timber harvest and prescribed fire where appropriate and consistent with wildlife management objectives to regenerate stands which currently are being attacked by the mountain pine beetle and highly susceptible stands where tree ages exceed 80 years and stocking exceeds 100 square feet basal area per acre.

Young stands:

- Manage stocking levels in these stands to help create the desired mix of stand conditions (tree size, stem density, and stand vigor) which will determine what portion of the Watershed is capable of supporting bark beetle outbreaks at any given time.

AR 12520

- Regulate the density of a portion of selected stands each decade to determine when they mature and become capable of supporting bark beetle outbreaks.

- Commercial thin or precommercial thin accessible stands

Immature stands:

- Manage stocking levels in these stands to help achieve the desired mix of size and age classes across the Watershed.

# 3.0 – Analysis Framework

## 3.1 - Project Needs

The Twisp Restoration Project identified three project needs related to forest vegetation that are addressed in this analysis, numbered below as listed in Chapter 2 of the Environmental Assessment (EA). These needs are associated with forest vegetation as it relates to species composition, forest structure, and resiliency to disturbances such as insect and disease outbreaks and stand-replacing wildfire events. Modifying forest vegetation to help restore changes to species composition and forest structure and increasing resiliency to disturbances is a major purpose behind the Twisp Restoration Project.

- Need #2: Modify vegetation structure, composition, and patterns to develop, maintain, or restore healthy, resilient stand structures in the project area that respond to disturbances such as wildfire and climate change in a resilient manner and are consistent with historic and future ranges of variability.

- Need #3: Protect, develop, and or enhance late and old forest stands for wildlife species dependent on them and reduce the risk of large-scale habitat loss to fires by increasing resilience of habitats to wildfire. Protect remaining lynx habitat to minimize further losses and keep this feature on the landscape.  Protect remaining bitterbrush habitat on high-density mule deer winter ranges to minimize further losses.

- Need #4: Modify the structure, composition, and patterns of forest stands within and adjacent to the wildland-urban interface (WUI) to reduce and/or maintain low fire intensity and the risk of crown fire initiation and enable the use of more direct firefighting strategies to protect life and personal property.  Reduce fire intensity along major access routes and ridges within and outside of the WUI to minimize the hazards of ingress/egress and provide effective suppression anchor points that limit fire spread during wildfires.

## 3.2 – Other Resource Concerns

Six concerns related to forest vegetation were identified through public scoping and the Draft EA comment period.  There were no issues identified during public comment periods that drove the development of an additional alternative.  Issues and concerns raised in scoping were addressed by either modifying Alternative 2 or were considered as alternatives but not fully developed and are described in Chapter 2 of the EA. Below is the list of concerns that were identified related to forest vegetation.

Concern #7 Treatments on recently burned areas […] are not needed for fuels reduction. Treatments in burned areas are necessary to promote recovery and restoration.

AR 12521

Response: This project includes proposals to conduct stand improvement thinning and prescribed fire treatments on approximately 100 acres of the project area burned in the 2021 Cedar Creek fire. The effects of these treatments on reducing fuels and promoting recovery and restoration are described in Section 6.2.

Concern #8- Project "needs" should include enhancement and sustainment of economic and sociological benefits to show that restoration treatments benefit local economy and socio-ecological values (jobs, wood products, resilient landscapes).

Response: All vegetation treatments would be designed to promote a healthy, resilient, and sustainable forest, which enhances and sustains sociological values (jobs and wood products) that depend on landscapes that are resilient to insects and disease, wildfire, and projected effects of climate change. The impact on forest resiliency is summarized in Section 6.2.

Concern #9- Project should retain all large and old trees (i.e., greater than 21" or 25" DBH), consider biophysical environments in thinning prescriptions, and use tree size classes and diameter limits as described in the Forest Restoration Strategy.

Response: Silvicultural prescriptions have been modified to incorporate biophysical environments (Dry Forest vs Moist Forest) and would use the Van Pelt large and old tree guidebook to identify and protect large trees within the treatment areas. All proposed overstory thinning prescriptions would use a maximum diameter limit of 21" dbh with an exception to remove trees 21.1-25" dbh if they have a dwarf mistletoe rating of ≥ 2 and are within 30 feet of a healthy tree ≥ 18" dbh. Tree size classes are identified in the Forest Restoration Strategy through the EMDS photo interpretation process. These size classes are used for characterizing overall tree size for the photo interpretation process, which provides the data for the landscape evaluation. Refer to Appendix A of the EA for further details.

Concern #10- Thinning and fuels treatments in Riparian Reserves are not consistent with the Aquatic Conservation Strategy and are not supported by site-specific rationale and analysis. Removing stream-side trees will impact future wood recruitment.

Response: Thinning and fuels treatments in Riparian Reserves are consistent with Aquatic Conservation Strategy Objective #8 by maintaining and restoring desirable species composition and structural diversity of plant communities found within Riparian Reserves. Site-specific rationale and analysis is addressed in Section 3.3. These effects are summarized in Section 6.2.

Concern #11- Shaded fuel breaks outside of WUI are ineffective, do not address landscape departures.

Response: Shaded fuel breaks would address landscape departures by contributing to acres treated. Treatments within shaded fuel breaks would utilize a similar silvicultural prescription to Dry Forest Matrix Thin, identified in Appendix A. This treatment would move departed conditions such as the structure class young forest multi story structure into stem exclusion open canopy immediately post-harvest and with time create the structure class old forest single story. These effects are summarized in Section 6.2.

Concern #14- Dozer fireline will damage trails, unique plant habitat, and large and old trees; introduce weeds; increase sedimentation; change wildlife and range use; and promote off-road vehicle use.

Response: Large and old trees would be protected from any fireline created with a dozer. Large and old trees would be identified using the Van Pelt guide as described in the common prescription

elements of Appendix A and would be protected through methods such as potentially rerouting the fireline or using handline versus dozerline.

## 3.3 - Resource Indicators and Measures

The resource indicators and measures chosen (Table 2) are overstocked young forest stands using stand densities and structure classifications (Figure 3), and the presence of medium and large-sized trees to help identify late and old forest structure (Figure 4).

### Resource Indicator: Overstocked Young Forest Stands

Overstocked young forest stands was chosen as a resource indicator to identify areas where vegetation manipulation would shift species composition, modify structure classes, and improve the overall health and resiliency to forest stands. Overstocked young forest stands include the following structure classes: young forest multistory (YFMS), stem exclusion open canopy (SEOC), stem exclusion closed canopy (SECC), and understory re-initiation (UR). This resource indicator corresponds with project Needs #2 and 4. Table 3 and Figure 1 display the current structure classes within the project area. As shown in Table 3, young forest multistory (YFMS) is over-represented across the project area in comparison to other structure classes. YFMS is defined as having three or more forest layers and is a good indicator of overstocked stands. Currently YFMS is the dominant forest type, covering 10,525 acres or 45% of the project area. Within the Riparian Reserves, YFMS covers 82% of the area that would be treated. The amount of YFMS within the project area and the Riparian Reserves contributes to undesirable species composition and forest structural diversity by limiting large tree growth as well as conifer dominance over a mix of species including shrubs and understory native plants. YFMS contributes to a dense canopy that limits resources (water, light etc.) to the understory promoting the in balance of understory and overstory desired species.

YFMS can be easily treated to modify structure classes and change structure patterns. YFMS following treatment may shift to old forest multi story, stem exclusion open canopy or understory re-initiation. Over time these areas could create highly suitable patches of old forest habitats. Other structure classes, such as stand initiation could be created by future disturbances and or regeneration harvests.

Structure class distributions help identify landscape patterns and processes to further analyze ecological processes, i.e., disturbance and succession (USDA, 2012). Table F3 in the landscape evaluation identifies the existing vegetation metrics for the Lower Twisp watershed. Table 3 below identifies the structure class distribution for YFMS, SEOC, UR and SI within the project area based on percent land for the 80th percentile reference conditions and identifies that currently YFMS is departed from these reference conditions. The ability to modify YFMS or other structures such as SECC with treatments would allow other structure stages to be represented, therefore changing landscape patterns and ecological processes.

**Table 3. Current structure stages within the project proposed treatment areas.**

| Structure Class* | Acres | % of Project area |
|---|---|---|
| Stand Initiation (SI) | 570 | 2% |
| Young Forest Multi Story (YFMS) | 10,525 | 45% |
| Stem Exclusion Closed Canopy (SECC) | 1,241 | 5% |
| Stem Exclusion Open Canopy (SEOC) | 2,924 | 13% |
| Understory Re-initiation (UR) | 1,730 | 7% |
| Old Forest Multi Story (OFMS) | 240 | 1% |

Twisp Restoration Project        Revised Final Vegetation Silviculture Report

| | | |
|---|---|---|
| Old Forest Single Story (OFSS) | <2 | <1% |

*Structure stages classified using O'Hara et al. 1996, Hessburg et al. 2000

**Table 4 Lower Twisp watershed current structure classes identified by 80th percentiles.**

| Vegetation Metrics | LOWER TWISP | Reference Overlap (overlap ESR 13 & 11) | HRV (esr-13) | FRV (esr-11) |
|---|---|---|---|---|
| **STRUCTURE (Percent of Landscape) (%)** | | | | |
| Stand Initiation | 1.4 | 1.0 - 21.9 | 1.0 - 21.9 | 0.0 - 22.8 |
| Stem Exclusion Open Canopy | 8 | 6.9 - 24.4 | 6.9 - 24.4 | 2.6 - 46.2 |
| Understory Re-initiation | 5.4* | 8.1 - 37.0 | 8.1 - 37.0 | 1.9 - 41.5 |
| Young Forest Multi-Story | 34.8* | 1.3 - 32.0 | 1.3 - 32.0 | 0.0 - 38.6 |

*Indicates departed conditions.

**Figure 1 Current forest structure classes across the project area.**



## Resource Indicator: Presence of Medium and Large Trees

The presence of medium to large trees was chosen to identify areas of potential or current late and old forest. This resource indicator corresponds to project Need # 3. Diameter at breast height (dbh) is the

diameter at 4.5 feet above ground and is the standard method for expressing the diameter of a standing tree. The LRMP identifies mixed-conifer Forest Plan Old growth (FPOG) as an area of at least 30 acres in size, with 15 or more trees per acre having at least an 18-inch dbh. The FRS decision support tool, known as Ecosystem Management Decision Support (EMDS), distinguishes medium trees as those with a dbh of 16-25 inches and large trees as those with a dbh of 25 inches or greater. The FRS identifies large trees as 20–25-inch dbh and very large trees as greater than 25-inch dbh. This analysis will use the EMDS categories for medium to large trees as an indicator. Table 4 and Figure 2 identify the acres and designated areas with medium to large trees that represent the overstory size classes.

**Table 4. Current acres of medium to large trees across the project area.**

| Overstory Size Class | Acres | % of Project area |
|---|---|---|
| Medium sized trees (16-25" dbh) | 10,065 | 43% |
| Large sized trees (greater than 25" dbh) | 1,860 | 8% |

**Figure 2 Current overstory size classes across the project area.**



**Table 5. Resource indicators and measures for assessing effects**

| Resource Element | Resource Indicator | Measure (Quantify if possible) | Used to address: P/N, or key issue/concern? | Source (LRMP S/G; law or policy, BMPs, etc.)? |
|---|---|---|---|---|
| Forest Health-Structure and Composition | Overstocked young forest stands | Acres of young forest stands treated | Needs # 2, 3, 4 | OKA-WEN National Forest 2012 Restoration Strategy |
| Promoting Late & Old Forest Structure | Presence of Medium & Large Trees | % land with medium to large trees | Needs # 2, 3, 4 | LRMP, NWFP, OKA-WEN National Forest 2012 Restoration Strategy |

# 4.0 - Methodology

The FRS helped to guide the analysis by identifying watersheds in need of restoration. The FRS analysis provided details to the interdisciplinary team (IDT) to pursue restoration projects and identify a potential landscape treatment area (PLTA). For detailed information, including limitations and processes on the FRS reference the Okanogan-Wenatchee National Forest Restoration Strategy (USDA, 2012). The FRS process includes the use of an ecosystem management decision support tool. This process is outlined below.

Ecosystem Management Decision Support (EMDS) is a GIS-based set of tools used to analyze landscapes and compare the present condition with historic and future reference conditions of similar landscapes across the Interior Columbia Basin. EMDS was used to analyze six of the eleven sub-watersheds which make up the Twisp Restoration Project. The eleven sub-watersheds included in the PLTA are: Upper Twisp River, Middle Twisp River, Little Bridge Creek, Lower Twisp River, Thompson Creek, Alder Creek and small portions of Eagle Creek, South Creek, Wolf Creek, and Fawn Creek. Small portions of the following sub-watersheds: Eagle Creek, South Creek, Wolf Creek, and Fawn Creek, are included in the PLTA but did not receive an EMDS analysis. These sub-watershed portions are comparable to their neighboring sub-watersheds.

These sub-watersheds were delineated into hundreds of patches (polygons) with similar species composition, diameter class, canopy layers, tree and shrub canopy cover, and vegetation clumpiness. This was accomplished through aerial photo interpretation, local knowledge, and limited field verification. From that initial data, modeling was used to characterize these polygons by a multitude of stand structures, forest types, and insect and disease vulnerabilities.

Patches of similar vegetation composition and structure over 10 acres in size were delineated into polygons (forested stands) for the analysis area. A subset of these stands representing the variety of forest conditions within the analysis area were selected for field data sampling. The sampling included the installation of plots based on FSVeg Common Stand Exam protocols (USDA 2015). Measurements included species, diameter-at-breast height (dbh), live and dead status, height, live crown ratio, insect and disease conditions, plant association, and fuel model.

Once the polygons were characterized, statistical analysis using FRAGSTATS (McGarigal and Marks 1994) was applied to the data set. The results are tables of statistics regarding spatial patterns that provide insight to existing diversity, frequency and degree of fragmentation of the modeled characteristics that can be compared to the same metrics derived using the same methods from historical aerial photographs and maps of reference landscapes.

Reference conditions (the historic range of variability, or HRV) within the watersheds in the Twisp Restoration Project are based on four different Ecological Subregions (ESRs), areas with similar geo-climatic constraints as described further in Figure 2 of the Twisp Landscape Evaluation (Downing 2019). A given ESR is expected to contain a predictable range of vegetation conditions; thus, for the Twisp watershed as a whole, there are a number of different sets of expected conditions within the chosen ESRs. The ESRs included within the project area are described in the landscape evaluation and include ESR 5, ESR 6, ESR 11, and ESR 13. To model the effects for a Future Range of Variability given a warmer future climate with drier summers, warmer and drier reference conditions were used. The future conditions modeled for ESR 6 is ESR 5, for ESR 5 and 13 is ESR 11, and for ESR 11 is ESR 90. The target condition is the overlap of the historic and future ranges of variability.

EMDS focuses on landscape-level effects and does not accurately model stand-level dynamics. As such, it was not used to measure the impact of proposed actions on resource indicators. EMDS was used to coarsely model proposed changes in vegetation structure and species dominance. The modeling was conducted by ecologists from the Okanogan Wenatchee National Forest Supervisor's Office.


## 4.1 - Information Sources

After the PLTA was decided, field surveys began in 2018. Silvicultural and pre-cruise walk-thru exams were conducted in 2019 across the project area. Plots were randomly chosen throughout the PLTA. Data collected was based on overstory and understory vegetation characteristics such as trees per acre, basal area, stand height, species composition, plant associations, and insect and disease presence. Notes were also taken on previous treatments, disturbances, existing and needed access, and logging systems feasibility.

Several stands within the LSR portion of the original Twisp Restoration project area were surveyed in 2019 using the Region 6 Common Stand Exam (CSE) principles (USDA, 2015). Plots were taken throughout the LSR area on a scale of approximately one plot per 20 acres. Data collected at these plots followed the procedures for the R6 CSE Intensive Survey. Data was then entered into the USDA Forest Management Service Center (FSVEG) and then uploaded into the Forest Vegetation Simulator (FVS). FVS is a modeling system used by several agencies for predicting forest stand dynamics across the United States. FVS modeling is based on semi-distance-independent individual tree growth and yield models (Dixon, 2010). The East Cascades Variant 1987, updated in 2012, was used to account for local conditions during FVS simulations. Stands were selected for analysis based on their proposed treatment and data availability.

The next steps of the analysis were to compare the FVS-projected stand dynamic results from the No Action Alternative to the Proposed Action Alternative. FVS was used to analyze different thinning densities to meet the desired future condition. The effects were modeled over 40 years, 2023-2063, to adequately show treatment effects. FVS modeling parameters are described below and are shown in picture detail and provided under the analysis tab on the project website: https://www.fs.usda.gov/project/?project=56554. Images shown in this document highlight the comparison of Alternative 1 and Alternative 2 and are based on the modeling parameters described below.

Each sequence of images represents time intervals following harvest and prescribed fire treatments (2023), 20 years post treatment (2043) and 40 years after treatments (2063).

The treatments simulated in FVS were analyzed as an example for modeled treatment conditions of similar forest types found in the Matrix lands within the project area.  The treatments simulated used the following parameters:

- The time scale for treatment simulations began in 2023 and ended in 2063, with a 10-year cycle length.

- All thinning began in 2023 using Thinning and Pruning Operations extension 'Thin from below'.

  o Thinning treatments varied by stand type: Stands without Riparian Reserves were thinned to a residual 20 TPA; stands with Riparian Reserves were thinned to a residual 40 TPA and maintaining a canopy cover of 40%. All treatment simulations had a lower DBH thinning limit of 0 inches and maximum thinning limit of 25 inches DBH and excluded black cottonwood and aspen from harvest.

  o Snags were retained using the Salvage extension 'Cut dead trees' for stands with Riparian Reserves or Owl Habitat.  Snags greater than 10-inch DBH were retained during treatments.

- Planting and Natural Regeneration: Natural regeneration occurred in years 2023, 2043, and 2063. Species regenerated were Douglas-fir (100 TPA, 90% survival) and ponderosa pine (100 TPA, 90% survival).

- All burning operations used the following Fuel Treatments extensions and conditions:

  o Pile burn surface fuel: Percent piled (70%), timing (2024), acceptable small tree mortality (0.0%), largest tree killed (0" DBH).

  o Prescribed burn: Timing (2025 followed with a maintenance burn in 2040), temperature (70 degrees), wind speed (8 mph), fuel moisture conditions (Moist), timing (Early spring), percent of stand burned (70%). Prescribed burning was included in all stands.

- Stands referred to as 'LSR Risk Reduction Thin': 85, 108, 365, 529, 687, 689, 694, 697, 698, 733, 739, 838, 845, 851, 865, 935, 936, 950, 954, 958, 1082. These stands are outside the project area and have been dropped from treatment within the Twisp project. However, they represent similar forest conditions and biophysical environments and have been used as an example to highlight the change in conditions following the proposed treatments under Alternative 2. Stands referred to as 'Stands with Riparian Reserves': 851, 935, 936

Other sources of information included the Twisp River Watershed Analysis, the Middle Methow Watershed Analysis the Twisp Landscape Evaluation completed by Tim Downing (Downing, 2019), the Twisp River Planning Area Landscape Evaluation Summary completed by the Washington State Department of Natural Resources (DNR, 2020), and the Twisp Restoration Project Landscape Analysis (Jeronimo, 2020).  These documents are incorporated by reference in this analysis and are available on the project website in the "Supporting" folder at https://www.fs.usda.gov/project/?project=56554.

## 4.2 - Incomplete and Unavailable Information

As mentioned above, the entire project area did not include intensive stand exams.  To cover the large amount of treatment acres, walk-thru exams were used instead of stand exams within the Matrix

management allocations. Stands with no stand exams will have a diagnosis using CSE principles prior to treatment.

## 4.3 - Spatial and Temporal Context for Effects Analysis

### 4.3.1 – Direct and Indirect Effects Boundaries

The direct and indirect effects analyses use the following spatial area and temporal boundaries.

<u>Spatial Area</u> – The analysis area for direct, and indirect effects includes the forested acres within the Twisp Restoration Project area (24,140 acres). This boundary was identified because it would show effects on vegetation resources that could be measured using the indicator measures described in Section 3.4

<u>Temporal (time)</u> - The timeframe for direct, indirect, and cumulative effects is 40 years, chosen because this time period includes the initial treatment (thinning and prescribed fire) effects, allows for maintenance treatments, and allows stands to grow into a new rotation following these treatments. The timeframe selected would show the magnitude and direction of changes in the indicator measures described in Section 3.4 and assess the tradeoffs between alternatives. Resource indicators will be categorized as moving towards desired future conditions (DFC) or away from DFC.

### 4.3.2 - Cumulative Effects Boundaries

The spatial boundary for analyzing the cumulative effects includes the Twisp River Watershed (157,208 acres) and a small portion of the Middle Methow Watershed (13,581 acres). This boundary was identified because it includes the project area and a portion of the Mission Project that would have effects on vegetation resources at the greater watershed scale that could be measured using the resource indicators described in Section 3.4

The temporal boundary for analyzing the cumulative effects to vegetation resources are the same as stated in 4.3.1. This a reasonable and foreseeable timeframe that allows for cumulative effects to be analyzed.

## 4.4 Intensity Level Definitions

The following definitions will be used to describe the type, intensity, and duration of impacts that would be caused by proposed actions analyzed in this report.

Type of Impact:

- Adverse: The metric moves away from the desired condition.

- Beneficial: The metric moves toward or stays within the desired condition.

Duration of Impact:

- Short-term: Impact lasts up to 15 years.

- Long-term: Impact lasts more than 15 years.

Intensity of Impact:

- None: No impacts.

- Negligible: Undetectable but measurable change to forest vegetation composition and structure or resilience to natural disturbances.

- Minor: Slightly noticeable, localized effects to forest vegetation composition and structure or resilience to natural disturbances.

- Moderate: Apparent change in forest structure, composition, or fuels that shifts ecological functions at the stand level.

- Major: Substantial change in forest structure, composition, and/or fuels that shifts ecological function across the majority of each sub-watershed.

# 5.0 - Environmental Consequences

## 5.1 - Alternative 1 – No Action

Under the No Action alternative, there would be no overstory or understory vegetation management treatments, prescribed fire, or habitat improvement. This action could also be considered natural succession, a means of no active management that would continue to move conditions away from the desired future conditions. Allowing for natural succession by selecting the no action alternative would continue to encourage development of uncharacteristically dense stand conditions of shade-tolerant species, resulting in a continued homogeneous forest structure that lacks diversity and variability along with losses of large and old trees due to competition-induced mortality, insect and disease outbreaks and the increased risks of uncharacteristic wildfire behavior. Figure 3 represents portions of stands across the project area that are currently starting to degrade due to the lack of growing space and effects from insect and disease outbreaks.

**Figure 3 Dwarf mistletoe infections in the Douglas-fir overstory in the Poorman Creek drainage.**



AR 12530

## Resource Indicator: Overstocked Young Forest Stands

As shown in Table 1, young forest multi-story stands are present across approximately 23,167 acres (96% of the project area). These young dense multistory stands consist of small patches broken in a fragmented pattern (Downing, 2019). These conditions are a result of fire suppression and previous timber harvest practices. These small broken patches are similar enough in their character that they create an almost uniformly high-risk landscape with respect to fire and insect and disease (Downing, 2019).



Under this alternative, as individual trees occupy more growing space, the trees per acre and stand density of conifers would continue to increase (Figure 4), leading to a moderate, adverse impact in the long term. Dense stocking levels would lead to increased competition for resources (water, light, nutrients) and susceptibility to insects and disease (Figure 5) and reduce resiliency to disturbances (Hanley and Baumgartner, 2002). The continued trajectory of overstocked stands that would result with this alternative would contribute to elevated hazards of crown fire risk and large-scale stand-replacing wildfires. The development of high-density stands shifts in species composition, and the passage of time would combine to increase total available fuels and would continue to make these forests more susceptible to large, severe fires (Tappeiner et al., 2015).

**Figure 4 Overstocked young forest stands within the project area.**

## Resource Indicator: Presence of Large to Medium Trees

Fire exclusion and cutting of large pine and Douglas-firs have impacted old growth diversity across the landscape. The decline in old forest has been overcome by young forest with dense understories that have developed from these conditions (USDA, 2012). The landscape evaluation identifies that the Lower Twisp watershed is expected to have higher levels of old forest (up to 12% and 29% for Single-story and Multi-story, respectively (Downing, 2019). The other watersheds analyzed under the landscape evaluation also show reduced levels of old forest and remnant large trees ranging from 1% to less than 11%. Table 3 in the landscape evaluation and the sub-watershed summaries include further details on these conditions.

The dominant trend would be a continued decrease in large to medium trees across the project area, resulting in a loss of late and old forest structure. These tree size classes would continue to be impacted by density-caused mortality, insect and disease outbreaks, and the increased risk of large-scale stand-replacing wildfire events. This would lead to a moderate, adverse impact in the long term as trees within these size classes continue to decline, leading to losses of FPOG. The loss of late and old forest structure would alter habitats for species that are dependent upon these habitats and take several years to return these habitats to the landscape.

AR 12531

**Table 6. Resource indicators and measures for Alternative 1.**

| Resource Element | Resource Indicator | Measure | Alternative 1 |
|---|---|---|---|
| Forest Health- Structure and Composition | Overstocked young forest stands. | Acres of young forest stands treated | None |
| Promoting Late & Old Forest Structure | Presence of Medium & Large Trees | % land with medium to large trees | 51% total Medium Trees= 43% Large Trees= 8% |

# 5.2 - Alternative 2 – Proposed Action

Alternative 2 proposes, overstory and understory vegetation management, prescribed fire treatments, and road decommissioning described in Chapter 2 and Appendix A of the EA. Silvicultural prescriptions for each thinning treatment are located in Appendix A of the EA.

Alternative 2 includes proposed overstory and understory vegetation treatments (thinning and prescribed fire) across a maximum of 23,167 acres. Alternative 2 includes a condition-based management approach across these acres within lands designated as Matrix, excluding Riparian Reserves and FPOG. Condition based management identifies decision points for treatments related to vegetation resources, upon being reached specific vegetation treatments would be applied. Decision points for the areas included within Matrix lands are identified in Chapter 2, of the EA. Some of these acres may be untreated, however, due to not meeting the decision points within the condition-based management areas and or limiting factors such as lack of road access, operational issues (slope, rock outcrops), resource concerns (riparian areas), and economic viability. Conditions vary widely across the project area and the number of treated acres would not exceed the maximum amount identified for treatment in Chapter 2 or be expected to remain continuous across the entire project area. Although actual acres treated would vary across the landscape, the effects of implementing every acre of proposed treatments will be analyzed to clearly show the maximum effect of the proposed treatments.

## 5.2.1 - Project Design Features, Mitigation Measures, and Monitoring

The design features, mitigation measures, and monitoring related to vegetation resources are described in Appendix B in the Environmental Assessment. The effects of the proposed actions on vegetation resources are based on following these criteria. Forest Service Manual direction requires reasonable assurance of adequate restocking within five years of harvest, as stated in sec. 2471.1, sec 2471.2, and sec 2471.3 (FSM 2470). To assure compliance with this direction, required monitoring would take place one year and three years' post-planting to ensure adequate stocking has been achieved by year five.

## 5.2.2 - Direct and Indirect Effects - Alternative 2

Direct effects of thinning and prescribed fire treatments in Alternative 2 would occur on up to 23,167 acres, including up to 8,151 acres of overstory thinning. Direct effects also include road decommissioning on approximately 10.9 miles of road, which would result in losing access for future vegetation treatments on approximately ~500 acres accessed by these roads.

AR 12532

*Resource Indicator and Measure: Overstocked young forest stands*

Under Alternative 2, thinning and prescribed fire treatments in overstocked young forest stands would have a beneficial, long-term, major effect because they would modify forest health, structure, and composition.

**Figure 5 Post treatment structure shifts across the project area.**



These treatments would shift stand structures from a homogenous young forest multi-story to a diversified structure pattern across the landscape.  Treatments would reduce stocking and improve tree vigor by increasing the growing space for the residual stand, therefore improving the overall health of the stand.  Table 7 references the HRV and FRV shifts following treatment, Table 8 references the likely shifts in acres, and Figure 5 identifies the spatial arrangement of these shifts. Treatments within the structure classes of YFMS, SI, UR, SEOC, SECC, and OFMS would consist of overstory thinning and stand improvement thinning followed by prescribed fire. UR is the only underrepresented structure class within the project area; the amount of this structure class would not likely change throughout the life of the project because as some UR areas are treated and move out of this stage, others will move into it after treatments.  SEOC would also be maintained through treatments and would not move outside its HRV or FRV.  SECC treatments may move into SEOC through overstory removal but would not move SECC to an underrepresented structure class.  The only treatment proposed in OFSS is prescribed fire on an estimated 2 acres of this structure class. The shift in structure classes can move through different pathways based on thinning prescriptions.  As an example, the difference between the Dry Forest Matrix

22

**SER-44**

Thin compared to Moist Forest Matrix Thin prescription can influence this structure shift pathway. For this analysis, the forest structure pathway of moving YFMS to OFMS was chosen and designed based on proposed treatments to create large and old forest structure while maintaining a mix of forest structures across the project area. Treatments would modify current spatial patterns of forest structure, creating new patches of forest structure across the project area. As an example, treatments in what is currently YFMS would move the treated area into SEOC or potentially UR, and over time these areas would grow into large patches of either OFMS or OFSS. Other disturbances such as wildfire events and insect and disease outbreaks may cause shifts in forest structure over time, creating patches of SI or UR.

The effects of proposed treatments on these stages relative to the historic and future ranges of variability (HRV and FRV) are shown in Table 7, while Table 8 references the likely shifts in acres. The values shown for "40 years post-treatment" would be expected in the absence of any disturbance or further treatment other than proposed in this project. This information demonstrates that shifting the stand structure in the project area towards the desired end results would take a substantial amount of time beyond the estimated 20-year duration of this project because of the length of time it takes to stands to develop. While the maintenance underburning treatments proposed in this project would continue to help move stands in the predicted trajectory, further mechanized thinning and additional prescribed fire treatments would be necessary after this project is implemented to achieve the desired future condition. For example, in Table 7 below, old forest multi story (OFMS) would continue to increase towards 56% of the Lower Twisp Watershed in 40 years without further treatment. To keep this stand structure within the Desired Future Condition range of 0-23.4%, additional mechanized thinning and prescribed fire treatments would be necessary  to help move stands towards other desired structures such as UR, SEOC, SECC, and Old Forest Single Story (OFSS); these additional treatments would be included in a separate analysis in the future.

**Table 7 Lower Twisp watershed structure classes by percent of landscape compared to HRV and FRV.**

| Structure Class* | Current % | 40 years post-treatment % | Desired Future Condition | HRV (esr-13) | FRV (esr-11) |
|---|---|---|---|---|---|
| Stand Initiation | 2% | 1% | 1.0 – 21.9% | 1.0 - 21.9 | 0.0 - 22.8 |
| Young Forest Multi-Story | 45% | 1% | 1.3 - 32.0 | 1.3 - 32.0 | 0.0 - 38.6 |
| Stem Exclusion Closed Canopy | 5% | 2% | 1.1-8.5 | 1.1-16.4 | 0-8.5 |
| Stem Exclusion Open Canopy | 13% | 6%* | 6.9 - 24.4 | 6.9 - 24.4 | 2.6 - 46.2 |
| Understory Re-initiation | 7% | 1%* | 8.1 - 37.0 | 8.1 - 37.0 | 1.9 - 41.5 |
| Old Forest Multi Story | 1% | 56%* | 0-23.4 | 0.4-29 | 0-23.4 |
| Old Forest Single Story | <1% | 7% | 0-5.1 | 0-12.6 | 0-5.1 |

*Predicted structure classes can move between the designated structures depending on forest type and final silvicultural prescription criteria.

AR 12534

Twisp Restoration Project          Revised Final Vegetation Silviculture Report

**Table 8 Predicted structure classes 40 years post-implementation compared to current conditions.**

| Structure Class* | Current Acres | Current % of Project Area | Acres immediately post treatment | Acres predicted in 40 years | % of Project Area Predicted in 40 yrs |
|---|---|---|---|---|---|
| Stand Initiation (SI) | 570 | 2% | 825 | 80 | 1% |
| Young Forest Multi Story (YFMS) | 10,525 | 45% | 18 | 316 | 1% |
| Stem Exclusion Closed Canopy (SECC) | 1241 | 5% | 0 | 380 | 2% |
| Stem Exclusion Open Canopy (SEOC) | 2924 | 13% | 3237 | 1317* | 6%* |
| Understory Re-initiation (UR) | 1730 | 7% | 1672 | 1672* | 1%* |
| Old Forest Multi Story (OFMS) | 240 | 1% | 9922 | 13,058* | 56%* |
| Old Forest Single Story (OFSS) | 1 | <1% | 2008 | 1682 | 7% |

*Predicted structure classes can move between the designated structures depending on forest type and silvicultural prescription criteria.

Prescribed fire would be used as a tool to reduce fuel loadings and treat areas with a non-mechanized approach. In addition, it would help remove small ladder fuels to reduce stand densities and improve growing space much like mechanized thinning treatments. Prescribed fire treatments would also be applied as a "maintenance" treatment in many areas on approximately a 16-20-year return interval to help maintain the reduced stand densities through time. See Fuels Specialist report for further information on maintenance burning or Chapter 2 of the EA for the decision points that trigger maintenance burning.

Treatments under Alternative 2 would also create a shift in species composition from areas dominated by Douglas-fir to the more drought tolerant fire-resistant species of ponderosa pine, which is also a climate adaptation strategy as identified in the Climate Change Vulnerability and Adaptation study conducted for the North Cascades Region (USDA, 2014). Table F3 of the Twisp Landscape Evaluation highlights the current cover type based upon percent of the landscape and its reference to HRV and FRV. It shows that Douglas-fir, subalpine fir, ponderosa pine and shrubland make up the dominant species within the watershed. In dry forest types such as those within the project area, ponderosa pine would be targeted as the preferred dominant species over Douglas-fir and subalpine fir. Ponderosa pine is considered more fire and drought tolerant in comparison to other species identified in the project area because of its fire-resistant bark, deep root system and reduced branch retention in the lower bole (O'Hara, 2014).

*Resource Indicator and Measure: Presence of medium and large trees*

Under Alternative 2, thinning and prescribed fire treatments would have a beneficial, long term, moderate effect on promoting, maintaining, and protecting medium to large trees, because these treatments would allow the residual stand to occupy more growing space, improve residual tree vigor, reduce competition-based mortality, reduce the hazards of insect and disease outbreaks, and help minimize losses to stand-replacing wildfire events (O'Hara, 2014; Tappeiner et al., 2015). By retaining the healthiest trees and increasing growing space, an increase in diameter growth is expected. Table 9 and Figure 6 identify the shifts in overstory size classes following treatments. As an example, treatment within areas that identified the current overstory as medium (16"-24.9" dbh) moved to large (>25" dbh) following treatments. Research shows that lowering stand densities enhances tree growth, reduces competition mortality and increases stand resiliency to disturbances and climate change (Zhang et al., 2019).

AR 12535

Twisp Restoration Project                    Revised Final Vegetation Silviculture Report

**Table 9 Predicted shifts in overstory size classes following treatment.**

| Overstory Size Class | Current Acres | 40 years Predicted Acres | Current % of Project Area | 40 years Predicted % of Project Area |
|---|---|---|---|---|
| Medium sized trees (16-25" dbh) | 10,065 | 5,193 | 43% | 22% |
| Large sized trees (greater than 25" dbh) | 1,860 | 9,091 | 8% | 39% |

**Figure 6 Post treatment predictions for overstory size classes.**



Decommissioning 10.9 miles of NFS roads as proposed directly affects both resource indicators above by removing road access to approximately 1500 acres, limiting or eliminating future vegetation and prescribed fire treatments that would maintain desired stand densities and continue to promote the development of medium to large trees. These areas may have a prescribed burn under the maintenance treatment to help maintain low levels of stocking and reduce the impacts from losing road access to treat these areas with mechanized equipment.

Indirect effects caused by this alternative include building resiliency to disturbances such as insect and disease outbreaks by improving tree vigor and promoting species that are not as susceptible to insect and disease outbreaks, and reducing the threats associated with large stand-replacing wildfire events by reducing stand densities and overall fuel loadings. In Matrix lands within the project area, these treatments also indirectly help provide a sustainable timber supply by promoting the health and resilience of trees.

**Table 10. Resource indicators and measures for Alternative 2 direct/indirect effects.**

| Resource Element | Resource Indicator | Measure | Alternative 2 Direct/Indirect Effects |
|---|---|---|---|
| Forest Health-Structure and Composition | Overstocked young forest stands. | Acres of young forest stands treated | 23,167 acres |
| Promoting Late & Old Forest Structure | Presence of Medium & Large Trees | % land with medium to large trees | 61% Medium trees=22% Large trees=39% |

## 5.2.4 - Cumulative Effects – Alternative 2

*Past, Present, and Reasonably Foreseeable Activities Relevant to Cumulative Effects Analysis*

The activities listed below are ongoing and/or reasonably foreseeable future actions within or adjacent to the project area that are considered as cumulative effects because they would modify forest structure and composition similar to treatments proposed in this project:

- Thinning on up to 397 acres of adjacent WA DNR lands in the Poorman Creek and Alder Creek areas (estimated 2023-2025) and prescribed burning on up to 432 acres (estimated 2025-2030).

- Road maintenance (blading & brushing along roads)

- Mission Restoration Project: commercial & non-commercial thinning and prescribed fire treatments on 3,824 acres in Buttermilk Creek.

*Resource Indicator: Overstocked Young Forest Stands*

The cumulative effect of the proposed action along with these ongoing and reasonably foreseeable future actions would be a long term, moderate, beneficial impact upon overstocked young forest stands. The thinning treatments described above would reduce stocking in other areas of young forest stands adjacent to the project area, within the greater Twisp River watershed. These thinning treatments along with prescribed fire treatments would help reduce stand densities to improve stand health, build resilience to insect and disease outbreaks and return fire to the landscape to help maintain low fuel loadings. Road maintenance would not have a measurable effect on overstocked young forest stands because this action focuses on vegetation brushing and pruning within approximately 5-10 feet from the roadway and would

cause little overall change in stand structure, with immeasurable impacts on forest structure and composition.

*Resource Indicator: Presence of Large to Medium trees*

The cumulative effect of the proposed action along with these ongoing and reasonably foreseeable future actions would be a long term, moderate, beneficial impact on promoting large to medium trees. The thinning treatments described above would be designed to increase large trees across areas of implementation and promote large trees across the landscape. Promoting larger trees across the greater landscape would help maintain important features for wildlife habitat and provide some resiliency to disturbances. Ponderosa pine and Douglas-fir in the larger size classes are less susceptible to losses caused by wildfire. Road maintenance would not have a measurable effect on the presence of medium to large trees because this action focuses on vegetation brushing and pruning within approximately 5-10 feet from the roadway, and no medium to large trees would be removed unless they are considered a danger tree.

**Table 11. Resource indicators and measures for alternative 2 cumulative effects.**

| Resource Element | Resource Indicator | Measure | Direct & Indirect Effects | Present, and Future Actions | Cumulative Effects |
|---|---|---|---|---|---|
| Forest Health-Structure and Composition | Overstocked young forest stands. | Acres of young forest stands treated | 23,167 acres | 4,221 acres | 27,388 acres |
| Promoting Late & Old Forest Structure | Presence of Medium & Large Trees | % land with medium to large trees | 61% Medium trees = 22% Large Trees = 39% | 6% | 67% Medium trees = 28% Large Trees = 39% |

# 5.3 – Forest Plan Amendments and 2012 Planning Rule Substantive Provisions

The IDT proposes several project-specific amendments to Forest Plan and NWFP standards and guidelines to better reflect current conditions, align with current best available science, and help meet the Needs of the project. These amendments are described in detail in Chapter 2 of the EA. Based on the direction provided in 36 CFR 219, the Responsible Official must determine the appropriate scope and scale of forest plan amendments and apply those provisions of 36 CFR 219.8 through 219.11 that directly apply to the proposed amendments. The substantive provisions that are likely affected by the amendments and are tied to vegetation resources are described below. None of the substantive provisions within 36 CFR 219.8 through 219.11 would be adversely affected by the proposed amendments.

Amending Forest Plan S&G 19-8 would allow for natural fuels treatments on 65 acres of the only stand of FPOG in the project area. This amendment would likely have a long term, moderate, beneficial effect on the ability of terrestrial ecosystems in the planning area to adapt to change (36 CFR 219.8(a)(1)(iv)) and on opportunities for landscape scale restoration (36 CFR 219.8(a)(1)(vi)). Currently, the inability of these ecosystems to adapt to disturbance regimes and stressors, such as overstocking, insect and disease, and climate change, are degrading current FPOG because these areas have not been managed and the rate and intensity of disturbances and stressors have increased. Prescribed fire treatments allowed by this amendment would improve the ability of this FPOG stand to adapt to change because they would improve tree vigor, promote diameter growth, and reduce stocking, increasing resilience to disturbance and resulting in stands that would be more likely to maintain old growth characteristics longer into the future

(Latham 2002, Kolb 2007, USDA 2012). In doing so, the treatments allowed by this amendment would contribute to landscape-scale restoration because they would maintain and protect FPOG. Without this amendment, this FPOG stand would continue to see density-caused mortality in the larger trees, insects and disease outbreaks would expand, and resiliency to other disturbances, such as wildfire, could result in losses of existing FPOG.

# 6.0 - Summary

## 6.1 - Degree to Which the Project's Needs for Action is Met

Alternative 1, or the No Action alternative, does not change current conditions or address the project's needs to modify vegetation structure, composition, and patterns to develop, maintain, or restore healthy, resilient stand structures that respond to disturbances. This alternative does not respond to the project's need to protect, develop, and/or enhance late and old forest stands across the project area.  There would be no change in the existing trend towards increasing conifer densities in young forest stands, and the decline of late and old forest structure would be expected to continue.  Alternative 2, or the Proposed Action, meets project needs # 2, 3 and 4 by improving overall stand health through reducing conifer densities among young forest stands; modifying structure and composition in the project area, including areas within WUI, to decrease the risks of fire effects; and by promoting, protecting, and maintaining late and old forest structure.  Treatments under Alternative 2 would be designed to meet project need #3 by protecting the existing large trees and accelerating growth of medium trees to move them into the large tree category to promote and increase late and old forest structure throughout the project area.  Table 12 references these changes based on the chosen resource indicators.

**Table 12. Summary comparison of how the alternatives address project needs.**

| Project Need | Indicator/Measure | Alt 1 | Alt 2 |
|---|---|---|---|
| Need #2 – Modify vegetation structure, composition, and patterns to develop, maintain, or restore healthy, resilient stand structures in the project area that respond to disturbances in a resilient manner and are consistent with historic and future ranges of variability. | Overstocked young forest stands. | None | 23,167 acres |
| Need #3 – Protect, develop, and or enhance late and old forest stands for wildlife species dependent on them and reduce the risk of large-scale habitat loss to fires by increasing resilience of habitats to wildfire. | Presence of Medium & Large Trees | 51% Medium Trees= 43% Large Trees= 8% | 62% Medium trees=22% Large trees=39% |
| Need #4 – Modify the structure, composition, and patterns of forest stands within and adjacent to the wildland-urban interface (WUI) to reduce and/or maintain low fire intensity and the risk of crown fire initiation and enable the use of more direct firefighting strategies to protect life and personal property. | | | |

## 6.2 - Degree to Which the Alternatives Address the Issues

Table 13 compares how each alternative addresses Issues #7, 8, 10, 11 (described in Section 3.2).

**Table 13. Summary comparison of how the alternatives address the key issues related to vegetation.**

| Issue | Indicator/Measure | Alt 1 (acres) | Alt 2 (acres) |
|---|---|---|---|
| Concern #7 Treatments on recently burned areas […] are not needed for fuels reduction. Treatments in burned areas are necessary to promote recovery and restoration. | Number of acres treated within the recently burned areas | 0 | 100 |
| Concern #8- Project "needs" should include enhancement and sustainment of economic and sociological benefits to show that restoration treatments benefit local economy and socio-ecological values (jobs, wood products, resilient landscapes). | Number of acres treated within the Twisp planning footprint | 0 | 23,167 |
| Concern #10- Thinning and fuels treatments in Riparian Reserves are not consistent with the Aquatic Conservation Strategy and are not supported by site-specific rationale and analysis. Removing stream-side trees will impact future wood recruitment. | Number of acres treated within the Riparian Reserves | 0 | 72 |
| Concern #11- Shaded fuel breaks outside of WUI are ineffective, do not address landscape departures. | Number of acres treated within the shaded fuel break treatments | 0 | 759 |

The issues raised during public scoping related to vegetation would be addressed by each alternative as follows:

**Issue/Concern #7** (Treatments on recently burned areas […] are not needed for fuels reduction. Treatments in burned areas are necessary to promote recovery and restoration.

Alternative 1 addresses this issue by not implementing any treatments on 100 acres within the project area that burned in the 2021 Cedar Creek Fire. The consequences of this would likely affect regeneration in the area by inhibiting growth where excessive fuel loadings are predicted and by promoting less desirable shade tolerant species in the new understory. Alternative 2 addresses this issue by implementing approximately 100 acres of stand improvement thinning and prescribed fire treatments which would help the development of these stands by reducing fuel loadings and by reducing the understory stocking to an average of 50 TPA to allow for resources such as water and sunlight to reach the forest floor to accelerate the growth of the younger trees which aids in the development of large to medium size trees. Treatments would be designed to protect the existing large trees and promote a healthy resilient understory while minimizing impacts to wildlife habitat, sediment delivery, and soil compaction and displacement. The need for treatments to reduce natural regeneration stocking would be assessed after the fire area has begun to recover.

**Issue/Concern #8**- Project "needs" should include enhancement and sustainment of economic and sociological benefits to show that restoration treatments benefit local economy and socio-ecological values (jobs, wood products, resilient landscapes).

Alternative 1 addresses this issue by not increasing resiliency across the 23,167 acres within the project area.  The consequences of this would likely affect resiliency by promoting undesired homogenous forest structures across the project area encouraging density mortality, increased insect and disease outbreaks and large tree die off, followed by increased risks of uncharacteristic wildfire events. Alternative 2 addresses this issue by promoting a healthy, resilient, and sustainable forest, which enhances and sustains sociological values (jobs and wood products) that depend on landscapes that are resilient to insects and disease, wildfire, and projected effects of climate change.

**Issue/Concern #10**- Thinning and fuels treatments in Riparian Reserves are not consistent with the Aquatic Conservation Strategy and are not supported by site-specific rationale and analysis. Removing stream-side trees will impact future wood recruitment.

Alternative 1 addresses this issue by not treating with the 72 acres of Riparian Reserves.  The consequence of this would contribute to undesirable species composition and structural diversity increasing the risks to riparian reserves and desired habitat conditions.  Alternative 2 address this issue by treating with the 72 acres of the RR to meet ACS objective #8 and promote the desired species composition, forest structural diversity by promoting large healthy trees that would contribute to riparian coarse wood recruitment in the future.

**Issue/Concern #11**- Shaded fuel breaks outside of WUI are ineffective, do not address landscape departures.

Alternative 1 addresses this issue by not treating within the 759 acres of proposed shaded fuel break treatments.  The consequence of this would impact the landscape level treatments by isolating portions of the project area that would not receive treatment, which would allow forest conditions to remain in a departed condition, increasing the risks of high-severity wildfire effects and insect and disease outbreaks. Alternative 2 addresses this issue by treating within the 759 acres to address landscape departures by contributing to acres treated.  Treatments within shaded fuel breaks would utilize a similar silvicultural prescription to Dry Forest Matrix Thin, identified in Appendix A.  This treatment would move departed conditions such as the structure class young forest multi story structure into stem exclusion open canopy immediately post-harvest and with time create the structure class old forest single story.

AR 12541

Twisp Restoration Project                                   Revised Final Vegetation Silviculture Report

## 6.3 - Summary of Environmental Effects

The Proposed Action alternative would have beneficial, long-term effects on forested stands within the project area. The proposed action treatments would improve tree health and vigor, and increase resilience to disturbances, such as wildfire, insects, disease, and drought (Nyland, 2002). Treatments would reduce stand densities in both the overstory and the understory by removing unhealthy overstory trees and treating the understory ladder fuels. Mechanical treatments in combination with prescribed fire treatments would have a pronounced positive effect on forest health, structure, vigor, and species composition (USDA, 2012, Schwilk et al., 2009). Figure 7 shows where similar treatments in the South Summit II Forest and Fuels project area reduced stand densities and promote

**Figure 7 Treated stands in the South Summit II Project area, on the Methow Valley Ranger District.**



the desired tree species of ponderosa pine to achieve the same effects as those described above.

**Table 14. Summary comparison of environmental effects to vegetation resources.**

| Resource Element | Indicator/Measure | Alt 1 | Alt 2 |
|---|---|---|---|
| Forest Health- Structure and Composition | Overstocked young forest stands. | No mechanical or prescribed fire treatments would be implemented, therefore stand densities would continue to increase creating unhealthy stand conditions and promoting the risks of insect and disease outbreaks and stand-replacing wildfire events. 23,167 acres would not be improved. The current 51% of the project area that has the presence of medium to large trees would be expected to decline due to stressors such as density mortality, insect and disease and possible losses to stand-replacing wildfire. The expected decline of late and old forest structure would impact the species that depend on these forest types. | Mechanical and prescribed fire treatments would improve conditions across 23,167 acres by reducing stand densities, shifting species composition and modifying stand structures. These treatments would improve tree vigor resulting in increased diameter growth and shifting species composition to build resistance to disturbances. |
| Promoting Late & Old Forest Structure | Presence of Medium & Large Trees | | Mechanical treatments and prescribed fire treatments across 23,167 ac would promote and protect medium to large trees resulting in 56% of the land in late and old forest structure. This is a 5% increase from Alt 1. Treatments would increase diameter growth in the small to medium trees, accelerating the time needed to move forested stands into late and old forest structure. Protecting the existing large trees would have an overall positive benefit in comparison to Alt 1. |

# 7.0 - Compliance with LRMP and Other Relevant Laws, Regulations, Policies and Plans

Compliance with several items in the regulatory framework described above is ensured by following the related design features and mitigations described in Appendix B. Compliance with other elements of the regulatory framework is described in Attachment A, Okanogan LRMP Standard and Guidelines, Compliance.

# 8.0 - Other Relevant Mandatory Disclosures

## 8.1 - Intensity Factors for Significance (FONSI) (40 CFR 1508.27(b))

Ten factors determine "significance" of project effects (40 CFR 1508.27(b)). Intensity Factors 1, 4, 6 and 7 are addressed below. The remaining intensity factors will be addressed as applicable in other resource reports or in the draft and final Decision Notices. **Intensity**. This refers to the severity of impact. Responsible officials must bear in mind that more than one agency may make decisions about partial aspects of a major action. The following should be considered in evaluating intensity:

1.  Impacts that may be both beneficial and adverse. A significant effect may exist even if the Federal agency believes that on balance the effect will be beneficial.

    By applying a combination of thinning and prescribed fire treatments to over 90% of the project area, the Proposed Action would have beneficial, long-term, moderate impacts on forest health and on the maintenance and development of late and old forest structure by reducing the abundance of overstocked young forest stands (thereby increasing forest health and vulnerability to disturbances) and maintaining and increasing the presence of medium and large trees over time. No adverse effects would occur to these resource indicators through implementing the Proposed Action, and no significant effects (beneficial or adverse) were identified.

4.  The degree to which the effects on the quality of the human environment are likely to be highly controversial.

    The scientific basis for proposed treatments, and the methodologies used for this analysis, are described in Sections 3 and 4. Science-based, peer-reviewed methodologies were used to determine landscape-scale vegetation departures; the limitations of models used are described in this report and in the project record. Literature supporting the use of these models, as used in this analysis, is contained in the project record.

6.  The degree to which the action may establish a precedent for future actions with significant effects or represents a decision in principle about a future consideration.

    Proposed thinning and prescribed fire treatments are consistent with direction in the Forest Plan as amended. These treatments have been implemented elsewhere on the district and forest as described in this project, and do not set precedents for future actions with significant effects.

7.  Whether the action is related to other actions with individually insignificant but cumulatively significant impacts.

    No significant short-term, long-term, cumulative effects were identified for vegetation resources in this analysis. Under the proposed action, mechanical and hand thinning followed by fuel reduction treatments would reduce stand density in crowded stands, on 90% of the project area and 4,221 acres of cumulative effects.

AR 12543

# 9.0 - Other Agencies and Individuals Consulted

- *Bureau of Land Management (BLM):* Treatment and NEPA planning coordination on adjacent BLM lands.

- *WA Department of Natural Resources (DNR)*: NEPA planning coordination on adjacent DNR lands.

- *Okanogan Conservation District:* Wyden public meeting and outreach support.

- *Resilient Forestry, Sean Jeronimo:* Landscape Evaluation coordination

# 10.0– Acronyms

BLM- Bureau of Land Management

CNW-Conservation Northwest

CSE- Common Stand Exam

DBH (dbh)- Diameter at breast height

DFC- Desired Future Condition

DNR- Department of Natural Resources

EA- Environmental Assessment

EMDS- Ecosystem Management Decision Support

ESR- Ecological Sub Region

FPOG- Forest Plan Old Growth

FRS- Okanogan Wenatchee Forest Restoration Strategy

FRV- Future Range of Variation

FVS- Forest Vegetation Simulator

GIS- Geographic Information Systems

HRV- Historic Range of Variation

IDT- Interdisciplinary Team

IRA- Inventoried Roadless Area

LRMP- Okanogan National Forest Land and Resource Management Plan

MA- Management Areas

MUSY- Multiple-Use, Sustained-Yield Act

NEPA- National Environmental Protection Act

NPB- Net Public Benefit

NFMA- National Forest Management Act

NWFP- Northwest Forest Plan

OFMS- Old Forest Multi Story

OFSS- Old Forest Single Story

PLTA- Proposed Land Treatment Area

SECC- Stem Exclusion Closed Canopy

SEOC- Stem Exclusion Open Canopy

SI- Stand Initiation

UR- Understory Reinitiation

WUI- Wildland Urban Interface

YFMS- Young Forest Multi Story

# 10.0 – Glossary

**Cohort:** One of the intervals into which the age range of trees is divided for classification or use.  A distinct aggregation of trees originating from a single natural event or regeneration activity, or a grouping of trees, such as a 10-year age class, as used in inventory or management.

**Composition:**  The proportion of each tree species in a stand expressed as a percentage of the total number, basal area, or volume of all tree species in the stand.

**Cover type:** the plant species forming a plurality of composition across a given area, where plurality means comprising the largest proportion in the stands of mixed composition.

**Commercial size:**  Trees greater than seven inches diameter that would be sold to a purchaser.

**Crown ratio:** is the percentage of the total height of the tree that is occupied by the live green crown.

**Disturbance (characteristic and uncharacteristic):** Any relatively discrete event in time that disrupts ecosystems, communities, or population structure and changes resources, substrate availability, or the physical environment (Helms 1998). Characteristic disturbances are those whose extent, frequency, and severity fall within the natural range of variability. Uncharacteristic disturbances are outside the natural range of variability and interrupt characteristic processes and functions.

**Disturbance regime:** the types of disturbances (i.e. fire, storm events, insects, disease, etc.), disturbance timing (season), frequency, predictability, and severity.

**Dry productive working group:** Suitable forest lands that support or have supported stands primarily ponderosa pine with Douglas-fir and minor amounts of western larch growing in association.

AR 12545

**Ecosystem:** A spatially explicit, relatively homogeneous unit of the earth that includes all interacting organisms and elements of the abiotic environment within its boundaries. An ecosystem is commonly described in terms of its: composition, structure, function and connectivity.

**Even-aged management:** A planned sequence of treatments designed to maintain and regenerate a stand with predominately one age class.

**Future range of variation:** The future range of variability is a concept described by Garner et al. 2008 and provides insights into how systems may adjust to changing climate.

**Fuel model**: a stylized set of fuel bed characteristics used as input for a variety of wildfire modeling applications.

**Historic range of variation:** describes the variability of ecological conditions (e.g., reference compositional and structural conditions) and the spatial and temporal variation in these conditions during a period of time specified to represent characteristic conditions (i.e., conditions relatively unaffected by people) for an ecosystem in a specific geographical area.

**Low Productive working group:** Suitable forest lands that now or in the past have supported stands of lodgepole pine or mixed coniferous species.

**Moist Productive working group:** Suitable forest lands that support or have supported stands of Douglas-fir, Engelmann spruce and associated species. Lodgepole pine may occur on some sites.

**Non-commercial:** Trees of non-commercial size, or trees less than seven inch diameter.

**Overstory Management:** treatments that will target the removal of commercial size material, trees greater than 7" diameter at breast height (dbh).

**Overstocked:** Stands in which the growing space is so completely utilized that growth has slowed down and many trees, including dominants, are being suppressed.

**Patches:** these are areas larger than tree groups in which the vegetation composition and structure are relatively homogeneous. Patches can be composed of randomly arranged trees or multiple tree groups, and they can be even-aged or uneven-aged. Patches comprise the mid-scale, ranging in size from 10-1000 acres. Patches and stands are roughly synonymous.

**Rotation:** The period of years required to grow a stand to a specified condition of either economic or natural maturity.

**Resiliency:** The ability of a social or ecological system to absorb disturbances while retaining the same basic structure and ways of functioning, the capacity for self-organization, and the capacity to adapt to stress and change.

**Seral Stage:** A seral stage is an intermediate stage found in ecological succession in an ecosystem advancing towards its climax community.

**Snag:** A standing dead tree.

**Stand:** A contiguous group of trees sufficiently uniform in age class distribution, composition, and structure, and growing on a site of sufficiently uniform quality, to be a distinguishable unit, such as mixed, pure, even-aged, and uneven-aged stands. A stand is the fundamental unit of silviculture reporting and record-keeping. Stand may be analogous to Activity Unit.

**Stand Vigor:** physical strength of a tree or stand.

**Stocking:** The degree to which trees occupy the land, measured by basal area or trees per acre, compared with stocking standards for full utilization of the lands growth potential.

**Structural Stage:** A class of forest structure that has similar characteristics in terms of size of trees, number of canopy strata, tree age or cohort, canopy closure, and overall structural diversity.

**Understory management:** Understory treatments are treatments that will target the removal of trees less than 10" dbh.

**Uneven-aged management:** Regeneration and maintenance of stands with a multi-aged structure by removing some trees in all size classes either singly or in groups or in strips.

AR 12547

# 11.0 - References Cited

Agee, J. K.  2003.  Historical Range of Variability in eastern Cascades forest, Washington, USA. Landscape Ecology 18: 722-740. https://www.fs.fed.us/rm/pubs/rmrs_gtr292/2003_agee.pdf

Bauhus, Jürgen & Puettmann, Klaus & Messier, Christian. (2009). Silviculture for old-growth attributes. Forest Ecology and Management. 258. 525-537. 10.1016/j.foreco.2009.01.053. https://www.sciencedirect.com/science/article/pii/S0378112709000905

Dodson, Erich Kyle. Ares, Adrian. Puettman, Klaus J. (2012). Early responses to thinning treatments designed to accelerate later successional forest structure in young coniferous stands of western Oregon, USA. Canadian Journal of Forest Research. Volume 42, Number 2. February 2012. https://cdnsciencepub.com/doi/10.1139/x11-188

Downing, Timothy. 2019. USDA Forest Service.  Twisp Landscape Evaluation. 27 pages.

Hanley, D.P; Baumgartner, D.M.; Mcarter, J. 2002. Forest Ecology in Washington EB1943.  [Extension Bulletin]. Washington State University Extension & U.S. Department of Agriculture. 12 p. https://courses.washington.edu/fm323/Readings/ForEcoInWA-eb1943.pdf

Hessburg, P.F.; Salter, R.B.; Richmond, M.B.; Smith, B.G. 2000. Ecological subregions of the Interior Columbia Basin, USA. Uppsala. Sweden: Opulus Prss. 163-180 p. https://www.fs.fed.us/pnw/pubs/journals/pnw_2000_hessburg002.pdf

Jeronimo, Sean. 2020. Resilient Forestry. Twisp Restoration Project Landscape Analysis: Evaluation of Restoration Treatment Need and Comparison to Proposal. 14 pages.

Kolb, Thomas & Agee, James & Fulé, P.Z. & McDowell, N.G. & Pearson, K. & Sala, A. & Waring, Richard. (2007). Perpetuating old ponderosa pine. Forest Ecology and Management. 249. 141-157. https://www.sciencedirect.com/science/article/pii/S0378112707004318

Latham, P., Tappeiner, J., Response of old-growth conifers to reduction in stand density in western Oregon forests, Tree Physiology, Volume 22, Issue 2-3, February 2002, Pages 137–146. https://academic.oup.com/treephys/article/22/2-3/137/1660631

McGarigal, K.; Marks, B. 1994. FRAGSTATS Spatial Pattern Analysis Program for Quantifying Landscape Structure. PNW-GTR-35. https://www.fs.fed.us/pnw/pubs/pnw_gtr351.pdf

Nyland, R. D. (2002). Silviculture: Concepts and applications. Long Grove, IL: Waveland Press. pg 395-396

Oliver, C. D., & Larson, B. C. (1996). Forest stand dynamics. New York: Toronto.

O'Hara, K. (2014). *Multiaged silviculture: Managing for complex forest stand structures*. Oxford: Oxford Univ. Press.

Schwilk, D. W., Keeley, J. E., Knapp, E. E., Mciver, J., Bailey, J. D., Fettig, C. J., . . . Youngblood, A. (2009). The national Fire and Fire Surrogate study: Effects of fuel reduction methods on forest vegetation structure and fuels. Ecological Applications, 19(2), 285-304. doi:10.1890/07-1747.1. https://esajournals.onlinelibrary.wiley.com/doi/full/10.1890/07-1747.1

Smith, D. M., Larson, B. C., Kelty, M. J., Ashton, P. M. S., & Bowersox, T. W. (January 01, 1997). *The Practice of Silviculture - Applied Forest Ecology, Ninth Edition*.

AR 12548

Tappeiner, J. C., Maguire, D. A., Harrington, T. B., & Bailey, J. D. (2015). *Silviculture and ecology of western U.S. forests*.

USDA Forest Service. 1989. Okanogan National Forest land and resource management plan. USDA Forest Service, Pacific Northwest Region, Okanogan, WA. https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5315031.pdf

USDA Forest Service. 1995. Twisp River Watershed Analysis. USDA Forest Service, Pacific Northwest Region, Okanogan National Forest, Methow Valley Ranger District, Twisp, WA..

USDA and USDI. 1994**.** Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the range of the Northern Spotted Owl (Northwest Forest Plan). USDA Forest Service and USDI Bureau of Land Management. Portland, OR. April 1994. https://www.fs.fed.us/r6/reo/library/downloads/documents/NWFP-ROD-1994.pdf

USDA Forest Service. 2012. The Okanogan-Wenatchee National Forest restoration strategy: adaptive ecosystem management to restore landscape resiliency. Okanogan-Wenatchee National Forest. https://www.fs.fed.us/rm/pubs/rmrs_gtr292/2010_okanogan_wenatcheee.pdf

USDA Forest Service. 2014. Climate Change Vulnerability and Adaptation in the North Cascades Region, Washington. Pacific Northwest Research Station, PNW-GTR-892. September 2014. https://www.fs.usda.gov/treesearch/pubs/47131

USDA Forest Service. 2015 Region 6 Common Stand Exam Users Guide. 155p. https://www.fs.fed.us/nrm/documents/fsveg/cse_user_guides/R6FG.pdf

Washington Department of Natural Resources (DNR). 2020. Twisp River Planning Area: Landscape Evaluation Summary (2020). Forest Health Division. 7 pages.

Zhang, J., Finley, K. A., Johnson, N. G., & Ritchie, M. W. (August 01, 2019). Lowering Stand Density Enhances Resiliency of Ponderosa Pine Forests to Disturbances and Climate Change. Forest Science, 65, 4, 496-507. https://www.fs.fed.us/psw/publications/zhang/psw_2019_zhang005.pdf

AR 12549

# Appendix A: Management Direction & Compliance

## LRMP Standard and Guidelines (S&Gs) & Compliance

The following S&Gs from the LRMP and NWFP apply to vegetation management in this project. Project compliance with these S&Gs follows the list

Forest-wide S&Gs:

### Riparian

**S&G 3-6** Manage riparian vegetation to provide sufficient trees near the stream channel to act as a source of large woody debris for future instream fish habitat needs. Provide a minimum of 20 trees per acre with at least a 20-inch DBH for instream wood needs.

### Vegetation Diversity

**S&G 4-1** Successional stage diversity shall be provided on all suitable timber lands managed with even-aged systems, in mixed conifer plant communities, by maintaining, at a minimum, the following amounts of each described successional stage. (Mature successional stage is not synonymous with old growth.) The amounts shall be maintained for each township:

Table 15 Successional Stages, taken from Table 4-13 in the LRMP

| Successional Stage | Amount Maintained for Each Township (%) |
|---|---|
| Grass/Forb | 5% |
| Seedling/Sapling (1-4" dbh) | 10% |
| Poles (5-9" dbh) | 10% |
| Young Forest (10-16" dbh) | 5% |
| Mature (>16" dbh) | 5% |

**S&G 4-2** Inherent diversity characteristics of naturally fragmented areas shall be maintained or rehabilitated. Sixty-five percent of the forested acres within each fragmented area shall meet the desired future condition prior to any additional timber harvest.

### Old Growth

**S&G 5-1** No scheduled or non-scheduled timber harvest or firewood collection shall be permitted in mixed conifer old growth stands. (See the final EIS, GLOSSARY, for the definition of Mixed Conifer old growth stands.)

**S&G 5-3** Sufficient stands that have potential to develop old growth characteristics shall be identified as replacement old growth to provide for five percent of suitable forest land acres in an old growth condition in perpetuity.

### Timber

**S&G 20-2** Scheduled timber harvest shall only occur on suitable lands. Non-scheduled harvests may occur on unsuitable lands where necessary to meet other resource management goals or where necessary to protect timber resources on adjacent suitable lands from the spread of insects or disease.

*S&G: 20-3* Scheduled and non-scheduled timber harvest in riparian areas shall be designed to improve or maintain riparian values.

*S&G 20-4* The size, shape, and layout of harvest units and timber stand improvement projects shall be designed subject to the resource emphasis of the Management Area.

*S&G 20-5* The Mixed Conifer Working Group is formed from the Wet Productive and Dry Productive Working Groups. The Wet Productive Working Group and the Dry Productive Working Group are fully interchangeable.

*S&G 20-6* The Low Productive Working Group is established as a separate suitability component.

*S&G 20-7* The Mixed Conifer, Low Productive, and Lodgepole Pine Working Groups are separate and non-interchangeable.

*S&G 20-8* Utilization Standards for chargeable sawtimber shall be in accordance with Standard and Guideline 4-2, Regional Guide of the Pacific Northwest Region, and its approved amendments or revisions.

*S&G 20-9* Damage to residual trees during logging, fuels treatments, and related activities shall not reduce stocking levels below acceptable minimums as defined in the silvicultural prescription.

*S&G 20-11* Stands selected for treatment shall generally have the highest silvicultural priority, subject to the Management Area goals. Diseased stands and stands subject to imminent insect attack shall be treated before other stands.

*S&G 20-12* Rotation length shall meet or exceed 95 percent of the culmination of mean annual increment (CMAI).

*S&G 20-13* When a diseased overstory is present following a shelterwood or seed tree cut, final removal should be scheduled to occur within ten years following the seed cut.

*S&G 20-14* Commercial thinning shall be from below.

*S&G 20-15* Intermediate harvests should not intensify existing insect or disease problems, and should reduce the impact of damaging agents on the future stand.

*S&G 20-16* Commercial thinning should not occur in stands in the Low Productive Working Group.

*S&G 20-17* Prescriptions shall be approved by a certified silviculturist prior to each activity.

*S&G 20-18* A silvicultural prescription shall be prepared for all harvest activities.

*S&G 20-19* Data collected shall be in accordance with Regional guidelines, and shall be of sufficient quality to certify reforestation and timber stand improvement (TSI), and for upward reporting.

*S&G 20-20* Natural regeneration shall be the preferred reforestation method in the Lodgepole Pine and Low Productive Working Groups. Where practicable, natural regeneration shall be used in the Mixed Conifer Working Group.

*S&G 20-21* When practicable, accomplish site preparation objectives concurrently with fuels management objectives.

*S&G 20-22* Interplanting should not occur unless necessary to meet other resource objectives. When contiguous portions of stands over two acres in size fall below minimum stocking, site preparation and replanting should be prescribed.

*S&G 20-23* Favorable microsite conditions shall be created to promote establishment of planted or natural seedlings.

*S&G 20-24* Where cost effective, animal damage control measures should be applied to reforestation areas where necessary to protect investments.

*S&G 20-25* Where adequate natural regeneration has not occurred by the fifth year stocking survey, stands in mixed conifer and lodgepole pine working groups should be prepared and planted.

*S&G 20-26* Where planting is prescribed, site preparation should be completed within two years following harvest. Firewood availability shall be considered in site preparation planning.

*S&G 20-27* Prescribed planting or direct seeding should occur as soon as possible, but not later than one year after site preparation.

*S&G 20-28* To the extent practicable, management should foster stands with mixed species composition.

*S&G 20-29* Until stands are certified as established, reforestation following regeneration cutting shall receive priority in all Management Areas where timber management Is practiced.

*S&G 20-32* Where precommercial thinning Is prescribed, it should produce the desired stand condition at the next commercial entry.

*S&G 20-33* When precommercial thinning is prescribed, wildlife habitat cover needs shall be considered.

*S&G 20-34* Precommercial thinning from below shall be the preferred method of stocking control. Prescribed fire may be used where it is the most cost effective method for achieving the growth and resource goals of the Management Area.

*S&G 20-35* All precommercial thinning and timber stand improvement activities should be designed to minimize the spread of disease, or the creation of conditions favorable to injurious forest insects.

*S&G 20-36* Precommercial thinning opportunities shall be ranked by present net value {PNV). Stands with higher PNV shall receive priority for treatment, subject to the resource goals of the Management Area

*S&G 20-37* Where precommercial thinning is prescribed in managed stands, average crop tree height should be between six and twelve feet unless otherwise necessary to meet the resource goals of the Management Area. To the extent practicable, precommercial thinning should occur early enough to avoid the loss of have crowns or the need for slash treatment.

*S&G 20-38* Animal damage control measures should be applied to seedling/sapling/ pole stands where necessary and cost effective to protect investments.

*S&G 20-39* Harvest plans shall be designed to provide for subsequent entries in adjacent stands.

*S&G 20-40* When practicable, sufficient volume should be retained in shelterwood seed cut entries to provide for economical entry at overstory removal.

*S&G 20-41* Forest openings created by the application of even-aged harvest cutting methods shall be limited to a maximum size of 40 acres. Exceptions are permitted for natural catastrophic events or on an individual basis after a 60 day public notice period and review by the Regional Forester. In addition, the limits may be exceeded by as much as 50 percent without necessitating review by the Regional Forester or 60 days public notice when exceeding the limit will produce a more desirable combination of net public benefits and when any one of the following four criteria is met (final EIS Regional Guide, page 3-7):

1) When a larger created opening will enable the use of an economically feasible logging system that will lessen the disturbance to soil, water, fish, riparian resources, or residual vegetation. Such lessening is to be achieved by reducing landing or road construction, by enabling such construction away from unstable soil, or by reducing soil and vegetation disturbance caused by dragging logs.

2) When created openings cannot be centered around groups of trees infected with dwarf mistletoe or root rot and therefore need to be expanded to include these trees in order to avoid infection of susceptible adjacent conifers.

3) When visual quality objectives require openings to be shaped and blended to fit the landform.

4) When larger openings are needed to achieve regeneration objectives in harvest areas being cut by the shelterwood method and where destruction of the newly created stand would occur as a result of delayed removal of shelter trees. This exception applies only to existing shelterwood units and to shelterwood units under contract prior to approval of the Forest Plan.

*S&G 20-42* Created openings should be separated by blocks of land that generally are not classed as created openings and that contain one or more logical harvest units. Contiguous harvest units (cornering or otherwise touching) are not precluded, but must be considered as a single opening which must be created within requirements for size, exception procedures, and justification (final EIS Regional Guide, page 3-8).

*S&G 20-43* The total area of created openings contiguous to 30 acre or larger natural openings should normally not exceed one-third of the natural opening perimeter. Openings should not be created adjacent to any natural openings (regardless of size) unless adequate vegetation along the edge can be developed or retained in sufficient density to protect wildlife and visual management objectives. The determination of adequate vegetation will be made by an appropriate interdisciplinary team. (final EIS Regional Guide, page 3-8). No more than 25 percent of the perimeter of natural openings five acres and larger in size should be in created openings.

*S&G 20-44* A harvested area of commercial forest land shall no longer be considered a created opening for silvicultural purposes when stocking surveys, carried out in accordance with Regional instructions, indicate prescribed tree stocking that is at least 4 1/2 feet high, or as otherwise determined by goals of Management Areas, and free to grow (final EIS Regional Guide, page 3-8).

*S&G 20-45* Seed used for reforestation shall be source identified area (SIA) seed or better. Genetically improved seed (SB) from the tree improvement program shall be used for reforestation as it becomes available.

*S&G: 20-47* Protect Select Trees from damage during management activities. Provide breeding partners for Select Trees. Groves of sexually mature trees, one acre or greater in size, with desirable characteristics shall be maintained around each Select Tree.

*S&G 20-48* Following the seed cut of shelterwood and seed tree harvests, fuels should be treated to eliminate the need for treatment of activity fuels following overstory removal

*S&G 20-49* To the extent practicable, fuel treatments following precommercial thinning and commercial thinning should minimize damage to residual stems. Crop tree stocking shall not be reduced below prescribed minimum levels by fuel treatments.

*Management Area Desired Future Conditions and S&Gs*

**Management Area 5**

Desired Future Condition (DFC):  Recreation opportunities will be maintained and enhanced within this roaded recreation area by maintaining a predominately natural appearing landscape. Even-aged stands, and stands representing different age classes, species mix, and with variable structure, will be found across the Forest.

Users will have a moderate to low probability of experiencing isolation from the sights and sounds of humans and a moderate to high probability of experiencing affiliation with other groups. Interaction between users ranges from low to high, but evidence of other users is prevalent.

*S&G MA5-17G* Stands where uneven-aged management is applied shall be generally free of serious pathogens such as root rots and dwarf mistletoes.

*S&G MA5-19E* Insects and diseases shall be suppressed when outbreaks threaten managed resources and/or users. Suppression methods that minimize site disturbance should be used.

 *S&G MA5-19F* Stands shall be managed to control insect and disease problems and to control outbreaks, to the extent practicable

*S&G MA5-20A* Timber activities shall be designed to maintain or enhance reacted natural recreation opportunities and to provide a vegetative condition that meets the visual quality objective in perpetuity.

*S&G MA5-20B* In retention areas, a) provide 15 percent of the stands or 15 percent of the foreground area in trees that exceed 24" DBH In mixed conifer stands and 10" DBH in managed lodgepole pine stands, and b) provide 10 percent of the stands or 10 percent of the middle ground area in trees that equal or exceed 18" DBH in mixed conifer stands and 7" DBH in managed lodgepole pine stands.

*S&G MA5-20C* In partial retention areas timber activities shall be designed to provide at least 30 percent of the stands in foreground with trees equaling or exceeding 16" DBH In mixed conifer stands and 7" DBH In managed lodgepole pine stands

*S&G MA5-20E* Even-aged management shall be practiced in the Lodgepole Pine Working Group. Even-aged or uneven-aged management may be practiced in the Moist Productive, Dry Productive, and Low Productive Working Groups.

*S&G MA5-20G* Rotation lengths are based on meeting the target tree sizes.

*S&G MA5-20H* A created opening for visual resource management purposes is defined as an area where dominant trees are less than 20 feet tall; this includes clearcuts and seed tree harvests.

*S&G MA5-20I* Sanitation and salvage harvests shall be allowed on a case by case basis to protect the stand.

*S&G MA5-20J* Precommercial thinning may be prescribed to meet the goals of the Management Area.

*S&G MA5-20K* Operating season for logging and post sale operations shall be restricted to protect the road, soils, water, and recreation resources. To protect deer in winter (December through March) and to protect fawning (June), the operating season may be restricted on a case by case basis in deer winter range and fawning areas.

*S&G MA5-20L* Select Trees shall be identified to the extent necessary to ensure they can be relocated. Excess marking shall be avoided.


### Management Area 14

DFC: Deer winter ranges will provide habitat conditions including proper juxtaposition of forage and cover areas, to sustain desired deer population levels. Dead tree habitat will be provided at a moderate level to support cavity dependent species. Even-age stands, and stands representing different age classes, species mix, and with variable structure will be found across the Forest.

*S&G MA14-19E* Suppress insects and diseases when adversely affecting vegetation essential for maintaining wildlife habitat and/or unacceptable damage to resources would occur if no controls are applied.

*S&G MA 14-19F* Stands where uneven-aged management is applied shall be generally free of serious pathogens such as root rots and dwarf mistletoe.

*S&G MA 14-20A* Scheduled and non-scheduled timber harvests shall be designed to perpetuate wildlife habitat and to address current habitat needs.

*S&G MA14-20B* To the extent practicable, firewood use of slash generated by logging and other silvicultural activities shall be encouraged. When practicable, encourage firewood use of non-merchantable live trees to accomplish silvicultural objectives

*S&G MA 14-20C* Even-aged management shall be practiced in the Lodgepole Pine Working Group Even-aged or uneven-aged management may be practiced in the Moist Productive, Dry Productive, and Low Productive Working Groups.

*S&G MA 14-20D* A created opening for wildlife management purposes is an area where dominant conifer regeneration is less than six feet tall following clearcutting, seedtree cutting, or overstory removal cutting.

*S&G MA 14-20E* Overstory removal of shelterwood and seed trees shall be scheduled to 1) prevent unacceptable damage to regeneration from logging or fuel treatment and 2) prevent unacceptable insect and disease mtestat1on of regeneration

*S&G MA 14-20G* Operating season for logging and post sale operations shall be restricted where necessary to protect roads, soil, water, and wildlife resources. To protect fawning (June) and deer during winters (December through March), the operating season shall be decided on a case by case basis in fawning areas and deer winter range.

AR 12555

### Management Area 17

DFC: Facilities will be provided where opportunities for meaningful experiences are present and where the setting ranges from predominantly natural appearing to substantially urbanized. The probability of experiencing affiliation with other users will be prevalent as will be the convenience of facilities. The setting and opportunities for challenge and risk and the testing of outdoor skills is generally unimportant except for activities such as downhill skiing. Concentration of users ranges from low to high. Sites will be managed in such a way that controls and restrictions are obvious.

*S&G MA17-19D* Control insect and disease infestations to provide a safe environment for recreation users, to protect facilities, and to prevent the spread of introduced pests to the surrounding Management Areas.

*S&G MA17-20A* Scheduled timber harvest shall not be permitted.

*S&G MA 17-20B* Selective removal of individual or groups of trees shall be prescribed on a non-scheduled basis to enhance scenic or recreation opportunities or to accomplish vegetative management goals

### Management Area 25

DFC: On suitable lands in the Moist Productive and Dry Productive Working Group that are capable of producing 20 cubic feet per acre CMAI, stands will be well stocked and thrifty. Even-aged stands, and stands representing different age classes, species mix, and with variable structure will be found across the Forest.

On suitable lands in the Lodgepole Pine Working Group that are capable of producing at least 20 cubic feet per acre CMAI, stands will be well stocked and thrifty. Even-aged stands of different age classes will be found across the Forest.

On lands that are in the Low Productive Working Group, or that are unsuitable for timber production; stands would be variable in structure. Even-aged stands would predominate in lodgepole pine dominated forest types. Both even and all aged stands would be found in the mixed conifer dominated types. Well-developed access will permit intensive management of productive stands in all working groups.

Suitable, non-transitory range will be in good condition. Transitory range will be managed in a manner compatible with silvicultural objectives.

*S&G MA25-20A* To the extent practicable, firewood use of slash generated by logging and other silvicultural activities shall be encouraged. When practicable, encourage firewood use of non-merchantable live trees to accomplish silvicultural objectives.

*S&G MA25-20B* Where intensive transitory range management is practiced, crown closure should be maintained at less than 50 percent for at least half of the rotation, and even-age, silviculture shall be applied.

AR 12556

*S&G MA25-20E* Overstory removal of shelterwood and seed trees shall be scheduled to 1) prevent unacceptable damage to regeneration from logging or fuel treatment and 2) prevent unacceptable insect and disease infestation of regeneration.

*S&G MA25-20F* Uneven-aged or even-aged management may be practiced in the Moist Productive, Dry Productive, and Low Productive Working Groups.

*S&G MA25-20H* Stands should be harvested as early as possible following 95 percent CMAI, where transitory range values are to be maximized and when intensive range management is scheduled.

*S&G MA25-20I* On lands suitable for timber production and selected for transitory range management, crop tree stocking following precommercial thinning shall produce a high volume increment while maximizing the period that crown closure is less than fifty percent during the rotation. In even-aged stands where no commercial thins are planned, precommercial thinnings, where prescribed, shall be designed to attain maximum merchantable cubic foot volume at rotation.

*S&G MA25-20J* Stocking control and other timber stand improvement treatments shall be applied in the Dry Productive, Moist Productive, and Lodgepole Pine Working Groups when necessary to meet resource goals of the Management Area.

*S&G MA25-20K* Operating season for logging and post sale operations shall be unrestricted except to protect roads, soil resources, and water resources. To protect fawning (June), the operating season may be restricted on a case by case basis in designated fawning areas.

*S&G MA25-19F* Stands with a high level of dwarf mistletoe or root rot shall receive the highest priority for silvicultural treatment.

*S&G MA25-19G* Stands where uneven-aged management is applied shall be generally free of serious pathogens such as root rots and dwarf mistletoes.

*S&G MA25-19H* Aggressively suppress insects and diseases when outbreaks signifi-cantly threaten resource management. Use principles of integrated pest manage-ment to select suppression strategies.

*S&G MA25-19I* High intensity prevention with sound principles of integrated pest management shall be used. Monitor populations of major pests to be forewarned of outbreak situations.

### Management Area 26

DFC: Deer winter ranges will be managed to provide optimum habitat conditions for deer by maintaining well distributed winter thermal and snow/intercept thermal cover and foraging areas. Wood product outputs will be provided at a reduced level. Winter recreation activities will be encouraged outside of deer winter range. Access to these areas will be provided on designated through routes to reduce disturbance to wintering deer. Motorized access will be restricted to maintain wildlife habitat effective-ness at higher levels.

Even-aged stands, and stands representing different age classes, species mix, and with variable structure will be found across the Forest.

Deer winter ranges are an essential part of deer habitat since animals concentrate on these areas from well dispersed summer ranges. In the Methow Valley winter ranges are generally found below 5000 feet elevation, but east of the Okanogan River on the "North-half", deer winter range is found where coniferous timber stands provide the necessary thermal cover. The spatial distribution of cover and forage

areas on the winter ranges is very important to reduce the distances deer are required to move between the habitat components.

*S&G MA26-19E* Stands where uneven-aged management is applied shall be generally free of serious pathogens such as root rots and dwarf mistletoes.

*S&G MA26-20A* Scheduled and non-scheduled timber harvests shall be designed to perpetuate deer habitat and to address current habitat needs.

*S&G MA26-20B* Encourage use of slash generated by logging and other silvicultural activities for firewood to the extent practical, and eliminate or prohibit such use where necessary to meet the goals of this Management Area.

*S&G MA26-20C* Uneven-aged or even-aged management may be practiced in the moist productive, dry productive, and low productive working groups.

*S&G MA26-20F* Rotation length shall be based on meeting structural needs of deer cover.

*S&G MA26-20J* To protect deer during winter, operations shall be prohibited December through March except east of the Okanogan River. Logging and post sale operations shall be limited to protect fawning during June.

*LRMP S&G Compliance*

Compliance with the following standard and guides would occur through an amendment, design feature, silvicultural prescription, consultation with affected resource specialist, implementation timing restriction and/or operation criteria that meets the intent of the standard and guide (Table 10).

**Table 16. Forest Plan S&G compliance**

| Standard & Guide (S&G) | Compliance met through: |
|---|---|
| 3-6 | Riparian Reserve Silvicultural prescription |
| 4-1 | Silvicultural prescription |
| 4-2 | Silvicultural prescription |
| 5-3 | Operation and timing feature.  Silvicultural prescription to maintain areas of old growth habitat. |
| 20-2, 20-4, 20-19, 20-39, 20-42, 20-43, 20-44 | Timing of implementation, layout and harvest operation criteria, data accountability and record tracking us FACTS and other databases. |
| 20-3 | Riparian Reserve Silvicultural prescription |
| 20-9, 20-17, 20-24, 20-38, 20-47, 20-49 | Design feature, See Appendix B in the EA |

Twisp Restoration Project         Revised Final Vegetation Silviculture Report

| Standard & Guide (S&G) | Compliance met through: |
|---|---|
| 20-5, 20-6, 20-7, 20-8, 20-11, 20-12, 20-13, 20-14, 20-15, 20-16, 20-18, 20-28, 20-32, 20-33, 20-34, 20-35, 20-36, 20-37, 20-40, 20-41 | Silvicultural prescription, implementation timing criteria, regeneration harvest requirement of opening sizes. |
| 20-20, 20-22, 20-23, 20-25, 20-26, 20-27, 20-29, 20-45 | Silvicultural prescription, timing and design (seed stock etc.) for regeneration activities. |
| 20-21, 20-48 | Fuels treatment and implementation timing for regeneration |
| MA5-17G, MA5-19E, MA5-19F, MA5-20A, MA5-20B, MA5-20C, MA5-20E, MA5-20I, MA5-20J, MA5-20L | Silvicultural prescription |
| MA5-20K, MA14-20G, MA25-20K, MA26-20J | Timing of implementation, consultation with Wildlife Biologist, Design Features. |
| MA10-19E | Silvicultural prescription |
| | |
| MA14-19E, MA14-20A, MA14-20C, MA14-20D | Silvicultural prescription |
| MA17-19D, MA17-20B | Silvicultural prescription |
| MA25-19F, MA25-19G, MA25-19H, MA25-19I, MA25-20B, MA25-20F, MA25-20I | Silvicultural prescription |
| MA26-19E, MA26-20A, MA26-20C, MA26-20F | Silvicultural prescription |
| MA5-20G, MA5-20H | Silvicultural prescription, implementation timing criteria, regeneration harvest requirement of opening sizes. |
| MA14-20E | Silvicultural prescription |
| MA14-20B, MA25-20A, MA26-20B | Firewood gathering will be allowed in these areas |
| | |
| MA14-20E, MA25-20E | Silvicultural prescription for overstory removal following a shelterwood or seed tree would be designed to meet this S&G. |

**Table 17 Okanogan LRMP- Silvicultural Management Direction (LRMP pg 4-18)**

| Management Area | Management Direction |
|---|---|
| 5 | Uneven-aged or even-aged management in mixed conifer and low productive working groups, subject to site specific analysis and Forest Plan direction. Even-aged management in the lodgepole pine working group. |
| 14 | Uneven-aged or even-aged management in mixed conifer and low productive working groups, subject to site specific analysis and Forest Plan direction. Even-aged management in the lodgepole pine working group. |
| 25 | Uneven-aged or even-aged management in mixed conifer and low productive working groups, subject to site specific analysis and Forest Plan direction. Even-aged management in the lodgepole pine working group. |
| 26 | Uneven-aged or even-aged management in mixed conifer and low productive working groups, subject to site specific analysis and Forest Plan direction. Even-aged management in the lodgepole pine working group. |

48

**SER-70**

# Northwest Forest Plan Standards and Guidelines & Compliance

## Matrix Standards and Guidelines

Provide specified amounts of coarse woody debris in matrix management.

A renewable supply of large down logs is critical for maintaining populations of fungi, arthropods, bryophytes and various other organisms that use this habitat structure. Provision of coarse woody debris is also a key standard and guideline for American marten, fisher, two amphibians, and two species of vascular plants. The objective is to provide coarse woody debris well distributed across the landscape in a manner which meets the needs of species and provides for ecological functions. Standards and guidelines should provide for appropriate coarse woody debris quantity, quality (such as species, decay stage and size) and distribution. Models for computing expected numbers and sizes of logs should be developed for groups of plant associations and stand types which can be used as a baseline for managers to develop prescriptions for landscape management. An important factor is to provide the coarse woody debris within a forest patch so that the appropriate microclimate for various organisms that use this substrate is available. Coarse woody debris that is already on the ground needs to be retained and protected from disturbance to the greatest extent possible during logging and other land management activities that might destroy the integrity of the substrate. Scattered green trees will provide a future supply of down woody material as the stand regenerates and are important in providing for the distribution of this substrate throughout the managed landscape.

Specific measures for coarse woody debris follow. These measures are intended to be applied in matrix forests. The intent of the measures must also be met in Adaptive Management Areas, but specific standards and guidelines are not prescribed for those areas.

    A. Manage to provide a renewable supply of large down logs well distributed across the matrix landscape in a manner that meets the needs of species and provides for ecological functions. Develop models for groups of plant associations and stand types that can be used as a baseline for developing prescriptions.

    B. Until standards are developed as described above, the following guidelines apply in areas of regeneration harvests: for northern California National Forests, use the Draft Forest Plan standards and guidelines for down logs; for western Oregon and Washington north of and including the Willamette National Forest and the Eugene BLM District, leave 240 linear feet of logs per acre greater than or equal to 20 inches in diameter. Logs less than 20 feet in length cannot be credited toward this total. In eastern Oregon and Washington, and western Oregon south of the Willamette National Forest and the Eugene BLM District, a minimum of 120 linear feet of logs per acre greater than or equal to 16 inches in diameter and 16 feet long should be retained. Decay class 1 and 2 logs can be counted towards these totals. Down logs should reflect the species mix of the original stand. In all cases, standards and guidelines from current plans and draft plan preferred alternatives apply if they provide greater amounts. In areas of partial harvest, the same basic guidelines should be applied, but they should be modified to reflect the timing of stand development cycles where partial harvesting is practiced.

    C. Coarse woody debris already on the ground should be retained and protected to the greatest extent possible from disturbance during treatment (e.g., slash burning and yarding) which might otherwise destroy the integrity of the substrate.

AR 12560

D. Down logs should be left within forest patches that are retained under green-tree retention guidelines in order to provide the microclimate that is appropriate for various organisms that use this substrate.

E. As with all standards and guidelines, these guidelines are meant to provide initial guidance, but further refinement will be required for specific geographic areas. This can be accomplished through planning based on watershed analysis, and the adaptive management process.

*Emphasize green-tree and snag retention in matrix management.*

For many species, benefits will be greatest if trees are retained in patches rather than singly. Because very small patches do not provide suitable microclimates for many of these organisms, patches should generally be larger than 2.5 acres.

Although many species would benefit from retention of patches, others may be favored by retention of single trees. Within the minimum constraints described in item C below, the relative proportion of patches vs. single trees retained must reflect local knowledge of individual species needs.

Retained patches should be protected for multiple rotations to provide support for those organisms that require very old forests.

*Specific measures for green tree and snag retention follow.*

These measures are intended to be applied throughout the matrix forests. Their intent should be met in Adaptive Management Areas, but standards and guidelines are not prescribed for those areas.

A. For lands administered by the BLM in Oregon, follow standards and guidelines described separately for those lands below. For lands administered by the BLM in California, manage according to existing District Plans, which emphasize retention of old growth.

B. For all other lands, retain at least 15 percent of the area associated with each cutting unit (stand) except within the Oregon Coast Range and Olympic Peninsula Provinces. On the Mt. Baker-Snoqualmie National Forest, this retention guideline does not apply, but site- specific prescriptions should be developed to maintain biological diversity and ecosystem function, including retention of green trees (singly and in patches), snags and down logs. Exceptions are made for the Oregon Coast Range and Olympic Peninsula Provinces because substantial retention is provided by marbled murrelet and riparian protection measures. If, as a result of watershed analysis or any future delisting of the murrelet, protection is reduced significantly, green-tree retention standards and guidelines may be required in these provinces. Only matrix lands count toward the 15 percent.

This limitation does not apply to intermediate harvests (thinnings) in even-age young stands because leaving untreated portions of young stands would retard stand development and be detrimental to the objective of creating late-successional patches.

C. As a general guide, 70 percent of the total area to be retained should be aggregates of moderate to larger size (0.2 to 1 hectare or more) with the remainder as dispersed structures (individual trees, and possible including smaller clumps less than 0.2 ha.) Larger aggregates may be particularly important where adjacent areas have little late- successional habitat. To the extent possible, patches and dispersed retention should include the largest, oldest live trees, decadent or leaning trees, and hard snags occurring in the unit. Patches should be retained indefinitely.

D. As a minimum, snags are to be retained within the harvest unit at levels sufficient to support species of cavity-nesting birds at 40 percent of potential population levels based on published guidelines and models. The objective is to meet the 40 percent minimum standard throughout the matrix, with per-acre requirements met on average areas no larger than 40 acres. To the extent possible, snag management within harvest units should occur within the areas of green-tree retention. The needs of bats should also be considered in these standards and guidelines as those needs become better known. Snag recruitment trees left to meet an identified, near-term (less than 3 decades) snag deficit do not count toward green-tree retention requirements.

### Compliance with Matrix S&Gs

The areas listed above would be addressed in each Matrix harvest prescription. Green tree retention areas would be incorporated into the prescription design by designating individual large trees and clumps of trees to meet the 15% retention goal per cutting unit. Clumps would range in size from 2-10 trees and would include different size classes including those in the largest size class. A diameter of 21 inches has been set as the maximum cut size within Matrix lands. Trees greater than 21" dbh will only be targeted for removal if they fall under an exception outlined in Appendix A. These trees (>24" dbh) may be incorporated into the clump design.

## Riparian Reserves

### Standards and Guidelines

As a general rule, standards and guidelines for Riparian Reserves prohibit or regulate activities in Riparian Reserves that retard or prevent attainment of the Aquatic Conservation Strategy objectives. Watershed analysis and appropriate NEPA compliance is required to change Riparian Reserve boundaries in all watersheds.

### Timber Management

TM-1. Prohibit timber harvest, including fuelwood cutting, in Riparian Reserves, except as described below. Riparian Reserve acres shall not be included in calculations of the timber base.

    a. Where catastrophic events such as fire, flooding, volcanic, wind, or insect damage result in degraded riparian conditions, allow salvage and fuelwood cutting if required to attain Aquatic Conservation Strategy objectives.

    b. Salvage trees only when watershed analysis determines that present and future coarse woody debris needs are met and other Aquatic Conservation Strategy objectives are not adversely affected.

    c. Apply silvicultural practices for Riparian Reserves to control stocking, reestablish and manage stands, and acquire desired vegetation characteristics needed to attain Aquatic Conservation Strategy objectives.

RA-2 Fell trees in Riparian Reserves when they pose a safety risk. Keep felled trees on-site when needed to meet coarse woody debris objectives.

WR-1. Design and implement watershed restoration projects in a manner that promotes long-term ecological integrity of ecosystems, conserves the genetic integrity of native species, and attains Aquatic Conservation Strategy objectives.

*Compliance with RR S&Gs*

Timber management in the RR will follow TM-1C by conducting stocking surveys to determine levels of overstocking and the need for treatment.  The desired vegetation characteristics and species would be determined through an interdisciplinary approach with the Botanist, Aquatics and Wildlife specialists.

AR 12563

# Appendix B: Forest structure class definitions

**The stand structures referenced in this analysis (O'Hara et al. 1996, Hessburg et al 2000) are displayed and defined below (Figure 8).**

**Figure 8 Forest stand structure images and definitions.**



A. Stand Initiation (SI): Growing space is reoccupied following a stand replacing disturbance.



E. Young Forest Multi-Strata (YFMS): Two or more cohorts are present through establishment after periodic disturbances. Large and/or old early seral trees are often at reduced density from fire or logging.



B. Stem Exclusion Open Canopy (SEOC): Below-ground competition limits establishment of new individuals.



F. Old Forest Multi-Strata (OFMS): Two or more cohorts and strata are present including large, old trees.



C. Stem Exclusion Closed Canopy (SECC): New individuals are excluded through light or below-ground competition.



G. Old Forest Single-Strata (OFSS): Single-stratum stands of large, old trees. Relatively few young trees are present in the understory.



D. Understory Reinitiation (UR): Initiation of a new cohort as the older cohort occupies less than full growing space.

53

AR 12564



United States Department of Agriculture
Forest Service

# Twisp Restoration Project

## Final
## Fire, Fuels, and Air Quality Report

**Prepared by:**

Wesley Page
Assistant Fire Management Officer
Brian Campbell
Assistant Fire Management Officer

for:

Methow Valley Ranger District
Okanogan-Wenatchee National Forest

April 13, 2022

AR 11575

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov .

USDA is an equal opportunity provider, employer and lender.

# Table of Contents

Table of Contents ........................................................................................................................i
1.0 – Introduction ...................................................................................................................... 1
2.0 – Relevant Laws, Regulations, and Policy ........................................................................... 1
    2.1 – Okanogan-Wenatchee Forest Restoration Strategy........................................................ 1
    2.2 – Watershed Assessment ................................................................................................... 2
    2.3 – Desired Condition .......................................................................................................... 2
3.0 – Analysis Framework ......................................................................................................... 3
    3.1 – Project Needs ................................................................................................................. 3
    3.2 – Issues ............................................................................................................................. 6
    3.3 – Relevant Principles and Measures .................................................................................. 8
    3.4 – Resource Indicators and Measures ................................................................................. 9
4.0 – Methodology .................................................................................................................... 11
    4.1 – Analysis area ................................................................................................................ 11
    4.2 – Modelling and Information Sources............................................................................. 11
    4.3 – Incomplete and Unavailable Information ..................................................................... 14
    4.4 – Description of Fuels-Related Treatments ...................................................................... 14
    4.5 – Spatial and Temporal Context for Effects Analysis ..................................................... 15
    4.6 – Intensity Level Definitions.......................................................................................... 16
5.0 – Environmental Consequences .......................................................................................... 17
    5.1 – Alternative 1 – No Action ............................................................................................ 17
    5.2 – Alternative 2 - Proposed Action .................................................................................. 19
    5.3 – Forest Plan Amendments and 2012 Planning Rule Substantive Provisions.................. 23
6.0 – Summary ......................................................................................................................... 24
    6.1 – Degree to Which the Project's Needs for Action are Met .............................................. 24
    6.2 – Degree to Which the Alternatives Address the Issues................................................... 24
7.0 – Compliance with LRMP and Other Relevant Laws, Regulations, Policies and Plans....... 25
    7.1 – Okanogan National Forest Land and Resource Management Plan ................................ 25
    7.2 – Northwest Forest Plan.................................................................................................. 26
    7.3 – Forest Service Manual ................................................................................................. 27
    7.4 – Other Federal Law....................................................................................................... 27
    7.5 – Executive Order, E.O. 13855 of Dec 21, 2018 ............................................................ 28
    7.6 – State and Local Law .................................................................................................... 28
    7.7 – Other Guidance or Recommendations .......................................................................... 28
8.0 - Other Relevant Mandatory Disclosures ........................................................................... 29
    **8.1 - Intensity Factors for Significance (FONSI) (40 CFR 1508.27(b))** ............................ 29
9.0 – Acronyms ........................................................................................................................ 30
10.0 – References Cited............................................................................................................. 32
Appendix – Laws, Regulations, and Policy................................................................................ 39

## Tables

Table 1. From Agee and Skinner (2005), principles of fire resistance in dry forests. ..................... 8
Table 2. Resource indicators and measures for assessing effects within the project area. ............. 9
Table 3. Airsheds within and near the Twisp Restoration project area. .......................................15
Table 4. Resource indicators and measures for Alternative 1......................................................17
Table 5. Resource indicators and measures for Alternative 2 direct/indirect effects.....................19
Table 6. Summary comparison of how the alternatives address project needs. .............................24
Table 7. Summary comparison of how the alternatives address the key issues. ............................25

## Figures

Figure 1. Percent low severity fire (i.e. historically less than 25% top kill within typical fire perimeters) in the
    Twisp Restoration project area................................................................................................ 4
Figure 2. Predicted conditional flame lengths during peak fire season weather conditions within the Twisp
    Restoration project area. .......................................................................................................... 5
Figure 3. Location of the WUI and shaded fuelbreaks within the project area. .............................16
Figure 4. Predicted change in conditional flame length post-treatment within the Twisp Restoration project.
    ...............................................................................................................................................21

AR 11577

# 1.0 – Introduction

This report describes an analysis of the effects of the Twisp Restoration Project's proposed actions on fuels, potential fire behavior, and air quality within the project area. The intent is to evaluate the impact of the treatments on surface, ladder, and canopy fuels in relation to potential fire behavior and assess their effectiveness in meeting the project's needs. The impacts of the proposed prescribed fire treatments on air quality are assessed through their contribution to particulate matter emissions. Direct, indirect, and cumulative effects addressed in this document include all proposed treatment areas, including those on adjoining parcels managed by the Bureau of Land Management, Washington Department of Natural Resources, and specific private landowners.

All actions that modify or remove large amounts of living or dead vegetation and woody material will be considered in this analysis, including thinning, prescribed fire, and hazard/danger tree removal as described in Chapter 2 and Appendix A of the Twisp Restoration Environmental Assessment (EA). This analysis also addresses the need for fireline in association with prescribed burning. Proposed activities related to roads, which can affect emergency response times related to fire suppression but do not have considerable effect on vegetation will not be directly analyzed in this report. However, the indirect effects of road access on facilitating vegetation/prescribed fire treatments and fire suppression will be briefly described. Proposed actions related to improving hydrologic function and aquatic habitat will not be considered because they would not have a significant effect on fire behavior.

This fire and fuels analysis is directly related to three of the project's needs and seven issues:

- Modifying vegetation composition and structure using overstory and stand improvement thinning as well as prescribed fire directly affects both short and long-term fire behavior potential and fire severity (Need #2), which also affects the risk of large-scale habitat loss to wildfires (Need #3).

- Decreasing wildfire hazard in the Wildland-Urban Interface (WUI) and along major roads (Need #4) can also be assessed through changes in fire behavior, particularly fire intensity.

- The issues addressed in this report include smoke/air quality (Issues #6 & #8), maintenance treatments in recently burned areas (Issue #7), shaded fuelbreaks (Issue #11), dozer fireline (Issue #14), and effects of thinning on fire behavior (Issue #22).

# 2.0 – Relevant Laws, Regulations, and Policy

The Okanogan National Forest Land and Resource Management Plan (LRMP; USDA 1989) as amended by the Northwest Forest Plan (NWFP; USDI-USDA 1994) provide the primary land management direction for the project area. A variety of federal, state, and local laws are also applicable to the fuels and prescribed fire-related actions under consideration, which are briefly described in the Appendix. Additionally, two key documents that have guided the project are discussed below as well as descriptions of the desired future condition and special area designations.

## 2.1 – Okanogan-Wenatchee Forest Restoration Strategy

The Okanogan-Wenatchee Forest Restoration Strategy (Restoration Strategy; USDA Forest Service 2012a) provides a planning framework, based on the principles of landscape-level restoration ecology, to restore the sustainability and resiliency of forested ecosystems on the Okanogan-Wenatchee National Forest. The framework utilizes a landscape assessment of current and future conditions to evaluate treatment options in terms of the historical and future range of variability for various ecosystem components. Wildland fire plays a key role within this framework as it has historically (Hessburg et al. 2005) and is projected to continue (Halofsky et al. 2020) to have an influence on a variety of forest

AR 11578

characteristics. Some scientific findings related to restoration treatment planning that are presented within the plan and are directly applicable to fire and fuels considerations are:

- Old and/or large trees are ecologically important to dry and mesic forest ecosystems. There is a lack of old trees on the Okanogan-Wenatchee National Forest. Large trees are most resilient to fire disturbances and provide important habitat functions when live, and as snags or downed wood.

- Thinning and burning treatments in combination are most effective at decreasing stand susceptibility to uncharacteristic wildfire.

- Mechanical thinning reduces snag numbers, but burning can increase the number of snags, including large snags.

- Thinning and burning treatments in dry coniferous forests have few detrimental effects on native understory vegetation.

- Non-native plant species may increase after treatment (thinning and burning), but the magnitude is minor even many years post-treatment.

- Riparian understory response to fire is often less severe than corresponding understory response to fire upslope.

- Several focal bird species, including the white-headed woodpecker and western bluebird, may respond favorably to thinning and burning restoration treatments. Restoration treatments should retain the largest trees and provide variable tree distribution.

## 2.2 – Watershed Assessment

The project area is located mostly within the Twisp River watershed, which was evaluated in the Twisp River Watershed Analysis (USDA Forest Service 1995). The primary focus of the analysis was to collect and compile information related to the physical and biological components of the watershed that are essential for making sound ecosystem management-based decisions. The fire and fuels section describes several important changes within the watershed since at least the 1920s related to wildland fire, including a decrease in area burned due to fire suppression, an increase in the proportion of burned area classified as high severity, and a substantial shift in tree species composition from ponderosa pine to Douglas-fir. The analysis notes that the desired future condition is one in which there is a higher proportion of ponderosa pine and frequent, low severity fires, and that in order to achieve those desired conditions an aggressive prescribed fire program is needed to re-establish the influence of fire on the landscape.

## 2.3 – Desired Condition

The desired future condition of the Twisp River landscape in terms of fire and fuels is one in which:

- Vegetation composition, structure and pattern are within the intersection of the historic range of variability (HRV) and future range of variability (FRV) as defined by Morgan et al. (1994), Gärtner et al. (2008), and the Restoration Strategy (USDA Forest Service 2012a).

    o Dry forests are variable with patches of large diameter ponderosa pine and Douglas-fir along with breaks in the canopy (gaps). Generally, stands with open canopy conditions are prevalent in the dry forest type.

    o The moist forests are variable with patches of mixed conifers and a wide range of tree diameters. Generally, closed canopies and multiple layer conditions are prevalent in the moist forest type.

- o Vegetation composition, structure and pattern provide habitat for the wildlife species that depend on dry and moist forests, including Northern Spotted Owl, Northern goshawk, American Marten, White-headed woodpecker and mule deer.

- Potential for high intensity wildfire is reduced in the WUI.

  - o Continuous fuel loadings within the WUI are reduced in areas adjacent to private ownership.

  - o Fuel profiles are such that fire can function as a natural process across the landscape with effects consistent with HRV and FRV.

# 3.0 – Analysis Framework

## 3.1 – Project Needs

In the dry forest types of western North America wildland fire is a key ecosystem process that has a variety of effects on flora (Brown and Smith 200), fauna (Smith 2000), and soil and water (Neary et al. 2005). Within the low elevation forests in the project area, frequent (i.e. fire return interval < 20 years), low severity wildfires historically maintained low and variable tree densities, light and patchy ground fuels, and fire-tolerant species such as ponderosa pine (Harrod et al. 1999; Everett et al. 2000; Schellhaas et al. 2003; Hessburg et al. 2005). For example, over 80% of the project area is classified as having an historic fire regime where there was less than 25% average top-kill within a typical fire perimeter (Figure 1). However, past fire suppression policies have resulted in most of the project area remaining fire-free for over 80 years resulting in a large proportion (~85%) having at least a moderate departure in vegetation and fuel characteristics from historic conditions (Hardy et al. 2001; Hann et al. 2002). This departure includes the development of dense understories of Douglas-fir and other true firs, elevated surface fuel loadings, and more homogeneous forest structures (Hessburg et al. 2005). These changes have resulted in an increased risk of losing key-ecosystem components to stand-replacing wildfire and difficulty in reintroducing fire due to a variety of operational and ecological considerations (Skinner 2005; Hood 2010).

The existing vegetation and fuel conditions within the project area suggest that during peak fire season weather conditions wildfires could have high fire intensities (i.e. high flame lengths) and be difficult to control, particularly around McClure Mountain, which is the primary emergency and cellular services communication site for surrounding communities in the Methow Valley (Figure 2). High fire intensities limit suppression effectiveness and often occur with crown fires, which have a variety of detrimental effects on fire suppression operations and post-fire vegetation conditions (Andrews and Rothermel 1982; Murphy et al. 1991).

Twisp Restoration Project                    Final Fire, Fuels, and Air Quality Report



**Figure 1. Percent low severity fire (i.e. historically less than 25% top kill within typical fire perimeters) in the Twisp Restoration project area.**



**Figure 2. Predicted conditional flame lengths during peak fire season weather conditions within the Twisp Restoration project area.**

Much of the area occupied by dry forest types in the western United States have experienced similar changes to those in the project area. As a result, a large amount of research has assessed the effectiveness of fuel treatments on changing fire behavior and fire severity, both empirically (Pollet and Omi 2002; Prichard et al. 2020) and using simulation modelling (Johnson et al. 2011). Current evidence suggests that a combination of mechanical thinning, followed by prescribed fire will restore important forest vegetation characteristics, increase resilience to wildfires, and decrease fire hazard (Skinner 2005; Schwilk et al. 2009; Kalies and Kent 2016; Prichard et al. 2020).

Given the discrepancy between the current, historical, and desired conditions, several needs have been identified:

There is a need to modify the structure, composition, and patterns of forest stands within and adjacent to the WUI to reduce fire intensity and the risk of crown fire initiation in order to enable the use of more direct firefighting strategies to protect life and personal property. Reduced fire intensities along major access routes within and outside of the WUI are also needed to minimize the hazards of ingress/egress and provide effective suppression anchor points that limit fire spread during wildfires. These needs are supported by the following observations:

- Current fuel conditions near and adjacent to private lands and the communication site on McClure Mountain support high fire intensities and crown fire activity. These conditions reduce the ability of suppression resources to directly contain and suppress fires and help increase fire spread through spotting, resulting in increased risks to life and property.

- Current fuel loading and stand structures along portions of main access routes support fire behavior with flame lengths that limit direct suppression tactics and provide a continuous path for fires to cross between drainages. Along roads these conditions increase hazards to visitors trying to leave the area and suppression resources trying to access the area during wildfires.

## 3.2 – Issues

Seven issues have been identified as possible concerns related to fire and fuels; these are listed as numbered in Chapter 2 of the EA for consistency.

**Issue #2:** […] Road construction and opening roads are not needed for restoration.

**Issue #11:** Shaded fuelbreaks outside of WUI are ineffective and do not address landscape departures.

> **Response:** There are many benefits of opening and building new roads as pertaining to fuel reduction, maintenance of desired conditions, and wildfire response. Roads are needed for restoration work as they are often utilized as containment and control features during prescribed and wildfire operations. Roads allow a safer and more efficient option than hand line or dozer line.
>
> Future wildfire suppression and prescribed fire operations will depend on creating/using control lines to limit undesirable fire spread. Extensive field experience and research has demonstrated the usefulness of fuel reduction treatments such as shaded fuelbreaks, particularly along existing road systems, to prepare future control lines (Thompson et al. 2021). Identifying and preparing specific locations ahead of time to serve as potential control lines will facilitate and increase the effectiveness of fire suppression and prescribed fire operations by limiting and mitigating issues associated with suppression resource availability, time constraints in relation to fire spread, and potential resource damage to sensitive areas (O'Connor et al. 2016; 2017; 2019).
>
> In terms of fire spread, the Twisp Restoration project area is a highly connected landscape with limited natural barriers. Additionally, the boundaries associated with the various land management designations in the project area WUI) are not based on any relevant natural or artificial features that would affect fire spread. Therefore, to limit the negative effects associated with wildfires in the WUI and to facilitate fire suppression operations, the proposed shaded fuelbreaks cross the artificial boundaries associated with different land management designations where allowed. This is consistent with available research that suggests fuelbreaks be designed to form a connected network that start and end at logical locations that are relevant to fire control operations (Agee et al. 2000). See section 4.4.2 of this report for more information.

**Issue #6:** […] Prescribed burning will adversely affect air quality, public health, and visibility. Address local air-quality concerns and communicate in a timely manner through a communications strategy.

**Issue #8:** […] Project activities will negatively impact the local economy with log haul noise and traffic, smoke from prescribed burning, and by limiting recreation access.

**Response**: The prescribed fire treatments proposed for this project would produce smoke and may temporarily affect air quality for very short durations (hours to days) during the spring and fall for the lifetime of the project. Therefore, the effects of the prescribed fire treatments on air quality will be assessed as emissions of particulate matter in this report. Additionally, details about smoke related policy will be described, including the use of the Washington State Smoke Implementation Plan (SIP), typical public communications associated with burning, and specific design criteria to minimize adverse impacts.

Given the limited duration, both daily and seasonally, and transient nature of potential smoke impacts, there are not any anticipated impacts to the local economy. Note that specific design criteria exist (Appendix B of EA) to limit smoke impacts to planned recreation activities.

**Issue #7:** Treatments on recently burned areas […] are not needed for fuels reduction. Treatments in burned areas are necessary to promote recovery and restoration.

**Response**: During project implementation additional treatments (e.g., prescribed fire) will be needed to maintain the low fuel hazard conditions created by recent fires in the project area. Additional details are described in section 4.4.6 of this report.

**Issue #14:** Dozer fireline will damage trails, unique plant habitat, and large and old trees; introduce weeds; increase sedimentation; change wildlife and range use; and promote off-road vehicle use.

**Response**: Control lines are needed in the project area to limit undesirable fire spread and smoke impacts from prescribed fire operations. The construction of temporary firelines by hand or machine (i.e. dozer) will be used to accomplish this task by creating mineral soil firebreaks of various widths.

The type (hand or machine), amount, and width of fireline needed is based upon several factors including, cost, safety, effectiveness, and anticipated fire behavior. Machine fireline can be constructed on slopes usually less than 75% in steepness at rates approaching 0.5 to 1 mile per hour, while hand fireline can be constructed on steeper slopes but at a much slower pace, generally less than 0.1 miles per hour. This difference in productivity results in lower costs for machine fireline, although additional rehabilitation, as described in Appendix B of the EA, at extra cost is needed to mitigate the undesirable effects associated with machine fireline. The construction of machine fireline is also generally safer and more effective since it involves less people, resulting in lower exposure, and it produces wider line that increases the distance from the flames to unburned fuels, resulting in less chance for escape.

Within the Twisp River Restoration project area, the use of machine fireline will follow all limitations described in Appendix B of the EA. These include no machine line in sensitive or specially designated areas such as Riparian Reserves or Forest Plan Old Growth, no more than 51 total miles of line over the 20-year timeframe of the project, and rehabilitation. Machine line will be prioritized over handline where conditions (e.g. fuels and topography) allow for greater cost and time savings, when its use would result in increased firefighter safety both before and during implementation, and when it is practical to use (i.e. locally available with contract in place).

**Issue #22:** Thinning will create debris and allow for growth of more fine fuels, which will increase fire behavior.

**Response**: Although there is evidence that overstory thinning without treatment of the surface fuels could increase fire hazard through changes in microclimate (surface wind speed and fuel moisture) and increases in surface fuel loading from slash (Weatherspoon 1996; Stone et al. 2008; Whitehead et

al. 2008), a combined surface fuel treatment as proposed by this project should result in an overall reduction in expected fire behavior and fire severity (Agee and Skinner 2005). Both empirical evidence and fire behavior modelling suggest that the differences in dead fuel moisture and wind speed between untreated and thinned stands are either non-existent or so minor that their effects on potential fire behavior may be inconsequential (Faiella and Bailey 2007; Bigelow and North 2012). These findings are corroborated by substantial evidence indicating that a combination of mechanical thinning, followed by prescribed fire is the most effective means of decreasing fire behavior and fire severity (Schwilk et al. 2009; Prichard et al. 2020) and observations of fire behavior dramatically decreasing when moving from closed canopy conditions into fuels treatments with open, thinned canopies (Graham et al. 2009; Hudak et al. 2011; Kennedy and Johnson 2014; Johnson and Kennedy 2019).

## 3.3 – Relevant Principles and Measures

### 3.3.1 – Relevant Principles

Fuel reduction treatments are primarily designed to remove or modify living vegetation or dead biomass such that potential fire behavior is decreased. The fuel can be removed through burning (prescribed fire), mechanically (thinning), or modified (mastication) using a variety of equipment/techniques and prescriptions. Agee and Skinner (2005) identified several important principles related to fuel treatments, including reduction of surface fuels, increasing the height to live crown, decreasing crown density, and retaining large trees of fire-resistant species (Table 1). Specific fuel treatments are designed to implement one or more of these principles to change potential fire behavior.

Table 1. From Agee and Skinner (2005), principles of fire resistance in dry forests.

| Number | Principle | Effect | Advantage | Concerns |
|--------|-----------|--------|-----------|----------|
| 1 | Reduce surface fuels | Reduces potential flame length | Control easier; less torching | Surface disturbance less with fire than other techniques |
| 2 | Increase height to live crown | Requires longer flame length to begin torching | Less torching | Opens understory; may allow surface wind to increase |
| 3 | Decrease crown density | Makes tree-to-tree crown fire less probable | Reduces crown fire potential | Surface wind may increase and surface fuels may be drier |
| 4 | Keep big trees of resistant species | Less mortality for same fire intensity | Generally restores historic structure | Less economical; may keep trees at risk of insect attack |

*Principle #1 – Reduce Surface Fuels*

Reducing surface fuels is one of the most common and effective fuels treatments available to fire managers. Surface fuels include the biomass that is less than 2 m above the ground, which comprises dead and down woody material, live and dead shrub and herbaceous material, duff, and litter (Keane 2013). Surface fuels can be either consumed using underburning or piled and then burned via pile burning. A lower surface fuel load reduces the amount of energy produced during flaming combustion (Byram 1959), which in turn lowers flame length (i.e. fireline intensity), scorch height, and the possibility of igniting the live crown fuels above the ground via "torching" (Alexander and Cruz 2011). A lower flame length also increases fire suppression effectiveness (Andrews and Rothermel 1981).

*Principle #2 – Increase Height to Live Crown*

Crown fires begin when a surface fire of sufficient intensity ignites and consumes the live canopy fuels, resulting in either a passive or active crown fire (Van Wagner 1977). A lower surface fire intensity or an increase in the distance from the ground surface to the live fuels (i.e. canopy base height) lowers the

likelihood of crown fire initiation (Scott and Reinhardt 2001). Thinning, particularly treatments that focus on removing small diameter trees, will on average increase the distance from the ground surface to the live fuels by removing "ladder" fuels, i.e. trees that are growing beneath the larger, more dominant trees that act as a ladder for surface fires to reach the main tree canopy. Thinning is most effective at reducing crown fire activity when any slash generated is removed from the site via burning or by other mechanical methods (Schwilk et al. 2009).

### Principle #3 – Decrease Crown Density

Active crown fire behavior occurs when a surface fire of sufficient intensity initiates a crown fire that develops a solid flame that spreads from crown to crown. In order to maintain active crown fire spread, a minimum mass flow rate must be sustained, which is a function of the fire's rate of spread and crown density (Van Wagner 1977). Reducing crown density through thinning of the overstory decreases the ability of a fire to maintain the minimum mass flow rate, which decreases the likelihood of active crown fire spread. A canopy bulk density, which is a measure of crown density, of less than $0.1 \text{ kg m}^{-3}$ is usually considered sufficient to prevent active crown fire spread (Agee 1996).

### Principle #4 – Keep Big Trees of Resistant Species

Fire-induced tree mortality is currently assessed operationally using logistic regression models that use tree species, bark thickness, and the percentage of crown killed to estimate the probability of mortality (Peterson and Ryan 1986; Ryan and Reinhardt 1988). Evaluations of these models with post-fire mortality data suggest that they perform adequately for most operational applications (Hood et al. 2007). Predictions from these models indicate that larger trees of fire-resistant species are inherently better at surviving post-fire conditions than smaller, more fire-intolerant species. Thus, in order to minimize fire-induced tree mortality, treatments that retain the largest and most fire-resistant species should be prioritized.

## 3.4 – Resource Indicators and Measures

The resource indicators and measures relevant to the current analysis are displayed in Table 2. In total, three indicators have been chosen to evaluate how the proposed actions would meet the project's needs and address an issue; the amount of crown fire activity, potential flame length, and total emissions of particulate matter.

**Table 2. Resource indicators and measures for assessing effects within the project area.**

| Resource Element | Resource Indicator | Measure | Used to address: Need #, or key issue? |
|---|---|---|---|
| Develop, maintain, or restore potential fire behavior to conditions within the desired range of variability | The amount of crown fire activity within each sub-watershed as compared to the desired range of variability | Percentage of landscape (PL), by sub-watershed, likely (>50%) to experience crown fire activity during peak fire season weather conditions | Need #2 Need #3 Need #4 |
| Reduce potential fire behavior within and adjacent to the WUI and along major access routes | Conditional flame length class | Percentage of area in the WUI and within 200 feet of major roads by conditional flame length class | Need #4 |

AR 11586

| Resource Element | Resource Indicator | Measure | Used to address: Need #, or key issue? |
|---|---|---|---|
| Air Quality | Emissions of PM 2.5 and PM 10 | Tons of emissions by treatment type | Issues #6 & #8, Air Quality |
| Abbreviations: Wildland Urban Interface (WUI), Percent Land (PL), Particulate Matter (PM). | | | |

### Resource Indicator: Crown Fire Activity

Crown fires are wildland fires that spread through the tops of trees or shrubs, usually consuming much of the plant's foliage (needles and leaves) in the process (NWCG 2020). Since these fires spread in open conditions (i.e. no sheltering) and consume more fuel than surface fires, their spread rate and total energy output (intensity) often exceeds the ability of firefighters to effectively suppress them (Barrows 1951). The high fire intensities found in crown fires also often facilitate the generation and transport of embers, which can eventually develop into spot fires that further hamper suppression efforts (Barrows 1951; Alexander 2000). Crown fires also often lead to high fire severities due to increased levels of tree morality and the removal of organic material from the soil (Alvarez et al. 2013). These reasons make crown fire activity an ideal measure to assess the effectiveness of treatments whose purpose is minimize potential fire severity.

### Resource Indicator: Flame Length

Flame length is the distance between the flame tip and the midpoint of the flame depth at the base of the flame (generally the ground surface) (NWCG 2020). The flame length calculated in fire behavior models is an indirect measure of fire intensity, which can be used to infer fire severity, the overall character of the fire, and the potential effectiveness of fire suppression resources (Andrews and Rothermel 1982). The flame length classes used in this analysis correspond to those reported by Andrews and Rothermel (1982):

- 0-4 ft. Fires can generally be attached at the head or flanks by persons using hand tools. Fire suppression resources use a hand line to hold the fire effectively.

- 4-8 ft. Fires are too intense for direct attack on the head by persons using hand tools. Handline cannot be relied on to hold the fire. Equipment such as plow, dozers, engines, and retardant aircraft can be effective.

- 8-11 ft. Fires may present serious control problems – torching, crowning, and spotting. Control efforts at the fire head will probably be ineffective.

- >11 ft. Crowning, spotting, and major fire runs are probable. Control efforts at the head of fires are ineffective.

### Resource Indicator: Particulate Matter

Smoke produced from the burning of wildland fuels is composed of numerous compounds including particulate matter of various sizes and gaseous pollutants such as nitrogen oxides, volatile organic compounds, ammonia, and sulfur dioxide. Particulate matter are solid or liquid particles that are either suspended or falling through the atmosphere. Wildland fires emit particulate matter of various sizes, but those less than 10 microns in diameter usually receive the most attention due to their ability to remain suspended for extended periods and travel deep within human lungs (Sandberg et al. 2002). In this analysis, expected emissions of PM 2.5 (particulate matter less than 2.5 microns in diameter) and PM 10 (particulate matter less than 10 microns in diameter) are reported.

Many of the compounds found within wildfire smoke are known to affect human health (Black et al. 2017) as well as visibility (McKenzie et al. 2006). The amount of these compounds emitted during burning are known to be correlated (Battye and Battye 2002), thus an increase in the amount of one usually translates to an increase in the amount of the others. In this report, the emissions of particulate matter from prescribed burning are used to assess the impacts to air quality. Although the emissions from the proposed prescribed fire activities for this project can affect human health, no effort is made to specifically quantity these effects since they depend upon many site-specific factors that are not currently known, including local weather and topography and the demographics of the affected population. However, relevant research is referenced that has documented similar effects elsewhere.

# 4.0 – Methodology

## 4.1 – Analysis area

The analysis described below is based on the direct, indirect, and cumulative effects assuming that the maximum number of acres are treated as described in Chapter 2 of the EA. It is expected that during implementation not all these areas will receive treatment due to various logistical constraints.

## 4.2 – Modelling and Information Sources

### 4.2.1 – Ecosystem Management Decision Support (EMDS)

In order to assess historic, current, and future ranges of variability for important ecosystem components within the project area, the Ecosystem Management Decision Support System (EMDS) was used. EMDS is a GIS-based set of tools that compares the present condition with historic reference conditions from similar landscapes across the Interior Columbia Basin (Hessburg et al. 1999). The primary ecological unit within EMDS is the Ecological Sub-Region (ESR), which can be further divided into sub-watersheds (6th level hydrological unit). ESRs represent areas with similar climate, geology, topography, aquatic and vegetation characteristics, and disturbance histories (Hessburg et al. 2000a).

For each ecosystem component of interest (e.g. forest cover type), the HRV was determined by identifying the corresponding range of values from an ESR with similar climate, geology, topography, and vegetation characteristics to the respective sub-watershed in the project area (USDA Forest Service 2012a). The FRV was found by identifying the appropriate range of values in the next warmer ESR, as a conservative proxy for reference conditions under climate change (USDA Forest Service 2012a). The desired values were determined by finding where the HRV and FRV values overlap, i.e. the HRV.

The project area has two main sub-watersheds where EMDS modelling was applied: Lower Twisp and Alder Creek. Within each sub-watershed aerial photos were used to delineate the landscape into patches (polygons) with similar species composition, diameter class, canopy layers, tree and shrub canopy cover, and vegetation clumpiness. This data was then used to characterize the polygons by a multitude of stand structures, forest types, and fuel loadings. In order to determine the likelihood of crown fire activity within these polygons, each unique combination of forest type and stand structure (e.g. ponderosa pine – young forest multi-story) was assigned a representative canopy base height and surface fuel load following the methods described by Ottmar et al. (2000). The probability of crown fire occurrence, based on the equations provided by Cruz et al. (2004), was then calculated assuming peak fire season weather conditions. The percent of each sub-watershed occupied by forest stands likely to experience crown fire activity (i.e. probability >50%) was then calculated and compared to the DRV. The effect of the proposed treatments on crown fire likelihood was estimated by identifying how forest type and stand structure

would change, on a sub-watershed basis, post-treatment following the methods described in the Vegetation Specialist report.

Peak fire season weather conditions were determined by compiling and analyzing weather data collected at the North Cascades Smokejumper Base Remote Automatic Weather Station (#452030) for the period 1985-2019. Specifically, observations at 1300 local time from June 1 through September 30 of each year were used to calculate the Energy Release Component (ERC), a measure of long-term drying related to the potential heat released during flaming combustion (Bradshaw et al. 1984). The average fuel moistures and wind speed observed when the ERC was between the 90th and 95th percentiles were used to represent typical peak fire season weather conditions. The standard 10-minute average wind speed recorded at the weather station was modified to estimate the probable maximum 1-minute wind speed that influences gross fire behavior following Crosby and Chandler (1966):

- 1-hr fuel moisture (%): 3

- 10-hr fuel moisture (%): 4

- 100-hr fuel moisture (%): 8

- Live herbaceous fuel moisture (%): 30

- Live woody fuel moisture (%): 60

- 20-ft wind speed (mph): 10

## 4.2.2. – Interagency Fuel Treatment Decision Support System (IFTDSS)

Since EMDS focuses on landscape level effects and does not accurately model stand level fire behavior, the Interagency Fuel Treatment Decision Support System (IFTDSS) was used to model potential flame length pre- and post-treatment. IFTDSS is an online application that integrates many common fire behavior and fire effects models into a single user interface. The common modelling environment assures that the fire behavior model inputs (slope, aspect, etc.) are consistent between runs and that the treatment effects on inputs (fuel model, canopy base height, etc.) follow standardized guidelines and procedures. The data used to conduct the simulations in this analysis were obtained from the LANDFIRE project (LF 2014, www.landfire.gov). Note that the default 2014 landscape inputs were updated to incorporate the effects of wildfires that occurred after 2014 in the project area (Crescent Mtn, Twisp River, and Cedar Creek).

Conditional flame lengths were modelled to assess the effectiveness of treatments within the WUI and along major access routes. IFTDSS utilizes the minimum travel time algorithm (Finney 2002) to predict fire spread and behavior assuming constant weather conditions (peak fire season weather) and a fixed burn period (10 hours) for thousands of simulated fires, each with a random ignition location. The conditional flame length represents the average predicted flame length at a particular location across all simulated fires that burned that location.

Treatment effects in the post-treatment landscape were modelled using the default fuels treatment edit rules within IFTDSS, which include light and heavy thinning and wildfire of different severities. The light and heavy thinning treatments were applied where stand improvement and overstory thinning are planned, respectively. Low severity wildfire was used to model prescribed fire in the proposed prescribed fire area. The default edit rules come from the LANDFIRE look-up tables that are used to adjust the fuel attributes of cells, including: fuel model, canopy cover, stand height, canopy base height, and canopy bulk density, based on the type and intensity of treatment or disturbance and the time that has elapsed since that

treatment or disturbance. The look-up tables were developed based on simulations from the Forest Vegetation Simulator (FVS) and Fire and Fuels Extension model (Reinhardt and Crookston 2003) using approximately 60,000 forested plots for all FVS variants nationwide. Note that the post-treatment landscape does not represent immediate post-harvest or post-prescribed fire conditions but rather conditions that develop 5 to 10 years after treatment.

In addition to the assumptions associated with the underlying fire behavior models, see Rothermel (1972) and Andrews (2018), the following additional assumptions should be noted:

- The underlying fire behavior models likely underpredict potential fire behavior due to the inherent limitations of the model and the dynamic nature of fire, fuel, topography, and weather interactions (Cruz and Alexander 2010).

- Disturbances other than the proposed actions were excluded from simulations.

## 4.2.3 – First Order Fire Effects Model (FOFEM) / Piled Fuels Biomass and Emissions Calculator

The First Order Fire Effects Model (FOFEM) is a software program used to predict tree mortality, fuel consumption, smoke production, and soil heating caused by prescribed fire or wildfire (https://www.firelab.org/project/fofem-fire-effects-model). FOFEM version 6.7 was used to estimate total (flaming and smoldering) PM 2.5 and PM 10 emissions from underburning.

Since emissions are related to fuel type and quantity it was necessary to estimate fuel loading across the project area. The Fuel Characteristic Classification System (FCCS) fuel beds (Riccardi et al. 2007) present within the project area were extracted from LANDFIRE (LF 2014, www.landfire.gov) and input into FOFEM to estimate emissions. The emissions calculated in FOFEM come from a wide array of fuel types and quantities, therefore, a weighted average emission factor (pounds of particulate matter per acre burned) for PM 2.5 and PM 10 was calculated based on the area that each unique fuel bed occupied within the proposed prescribed fire area. This calculation resulted in the assumption that the initial prescribed fire entry would produce 318.5 and 375.8 lbs per acre of PM 2.5 and PM 10, respectively. Maintenance burning was assumed to produce 207 and 244 pounds per acre of PM 2.5 and PM 10, respectively, reflecting a decrease in surface fuel loading from the initial underburning. The total amount of PM 2.5 and PM 10 emissions from underburning were estimated by multiplying the weighted-average emission factor by an estimate of the number of acres burned.

Prescribed fire under the proposed action is limited to no more than 20% of each sub-watershed within a single year, following design criteria in Appendix B of the EA. Therefore, it is assumed that the initial underburning would include a maximum of approximately 5,000 acres per year over the course of 5 years.

Smoke emissions from pile burning were estimated using the Piled Fuels Biomass Emissions Calculator (https://depts.washington.edu/nwfire/piles/). In areas with proposed commercial thinning, it was assumed there would be 1 landing pile per 20 acres (15 ft high) and that each pile will produce 0.097 and 0.111 tons of PM 2.5 and PM 10, respectively. In areas with proposed stand improvement thinning it was assumed there would be 25 piles per acre (6 ft high), that each pile will produce 0.0016 and 0.0019 tons of PM 2.5 and PM 10, respectively, and that the piles burned would be evenly distributed over the 20 year project timeline.

## 4.2.4 – Historic Fire Return Interval

Implementation of the proposed action includes using prescribed fire where and when certain conditions are met, including during the initial prescribed fire treatment and maintenance burning. The specific

conditions that will trigger a treatment are in part related to the project area's historic fire regime, which defines characteristics such as frequency, intensity, and severity of historic wildland fires. Results from a local fire history study (i.e. Schellhaas et al. 2003) were used to define the project area's historic mean fire return interval. It is assumed that locations below 3,500 feet in elevation have an historic mean fire return interval of 11 years and that those areas above 3,500 feet have a mean fire return interval of 18 years.

## 4.3 – Incomplete and Unavailable Information

As with most projects of this size it was not possible or practical to directly measure all needed information, e.g. fuel loading, across the project area. The most up-to-date and reliable information sources were utilized to gather the required inputs needed for modelling, which are described above.

## 4.4 – Description of Fuels-Related Treatments

### 4.4.1 – Stand Improvement Thinning

Stand improvement thinning generally involves cutting understory trees less than 7 to 8 inches in diameter at breast height (dbh). These treatments follow principle #2 from Table 1, i.e. increase height to live crown. The removal of these trees reduces the potential for crown fire initiation. The slash generated from cutting would be piled for later burning, see 4.4.3.

### 4.4.2 – Overstory Thinning

Overstory thinning would involve the removal of larger trees, usually up to a diameter limit, using several different prescriptions with the expectation that some of the removed material will be of commercial value. These treatments generally follow principle #3, decrease crown density, with the goal of reducing the potential for active crown fires, i.e. fires moving from crown to crown. The slash generated from cutting is usually piled for later burning, see 4.4.3.

#### Shaded Fuelbreaks

Wildfires are an inevitable part of the ecosystems that make up the project area. In recognition of this fact it is important to leverage local knowledge with quantitative information to facilitate strategic wildfire response (Dunn et al. 2020). Local fire managers have used information about anticipated suppression difficulty and control line feasibility to design a system of potential control locations across the project area. These potential control locations represent areas with a high likelihood of serving as a control line in a future wildfire. Rather than wait for a wildfire to occur during time- and suppression resource limited conditions, this project proposes to prepare these pre-identified locations for future use during wildfires by modifying the proposed treatments to create shaded fuelbreaks.

Shaded fuelbreaks are proposed to be implemented along the potential control locations (roads) in order to provide locations where firefighters can safely and efficiently conduct fire suppression operations (Agee et al. 2000). Treatments can include a combination of thinning, piling of activity (and in some cases natural) fuels, and hazard tree-falling up to 200 ft on either side of identified roads or ridges. These treatments follow all four principles listed in Table 1.

### 4.4.3 – Piling of Fuels / Pile Burning

When thinning activities generate slash, it would usually be piled for later burning. The piles themselves would have a variety of sizes and may be generated by hand or machine. These treatments follow principle #1, reduce surface fuels, with the goal of reducing surface fire behavior.

## 4.4.4 – Underburning

Underburning would consist of burning natural and activity fuels located in timbered stands. Ignition would occur under predetermined weather conditions in order to minimize mortality of residual trees. Underburning may occur as a sole treatment and in combination with other treatments developed to meet fuel reduction objectives. A combination of three treatments may eventually be implemented in certain locations, which includes thinning, the initial prescribed fire treatment, and maintenance burning. This treatment follows principles #1 and #2, reducing surface and ladder fuels.

## 4.4.5 – Firewood Collection

Firewood collection involves the cutting and removal of dead standing and dead and down coarse woody material for home heating. These treatments generally occur near roads since the material is often removed by manual methods. The removal of this material reduces surface fuel loading, following principle #1.

# 4.5 – Spatial and Temporal Context for Effects Analysis

## 4.5.1 – Direct/Indirect/Cumulative Effects Boundaries

The analysis area for direct, indirect and cumulative effects varies by analysis type. The spatial boundary for treatment effects related to crown fire activity includes the following sub-watersheds: Lower Twisp and Alder Creek. The spatial boundary for analyzing treatment effects related to changes in predicted flame length are the project's designated WUI and within 200 feet of major roads (Figure 3). According to the Okanogan County Community Wildfire Protection plan (Bloch et al. 2013), the WUI is defined as areas within 1.25 miles of where structure density is at least one structure per 40 acres. Emissions of particulate matter are based on fuel loading estimated within the proposed prescribed fire area, which defines the spatial boundary for analyzing effects on emissions. Although particulate matter emissions are likely to drift off-site and affect surrounding airsheds (Table 3), there currently aren't reliable methods to estimate downwind smoke concentration without accurate weather information, which is specific to a particular time and location. Therefore, this analysis does not include estimates of off-site smoke concentration.

**Table 3. Airsheds within and near the Twisp Restoration project area.**

| Airshed | Type | Direction from Analysis Area | Distance (mi) |
|---|---|---|---|
| Carlton | Town | Southeast | 5-10 |
| Methow | Town | Southeast | 25 |
| Pateros | Town | Southeast | 30 |
| Twisp | Town | East | 1-2 |
| Winthrop | Town | Northeast | <5 |
| North Cascades National Park | Class I | Northwest | 20 |
| Glacier Peak Wilderness | Class I | West | 5 |
| Pasayten Wilderness | Class I | North | 20 |
| Lake Chelan-Sawtooth Wilderness | Class II | West | Adjacent |



**Figure 3. Location of the WUI and shaded fuelbreaks within the project area.**

The temporal bounding for direct, indirect, and cumulative effects for the crown fire and flame length resource indicators is 20 years. The temporal bounds for the air quality resource indicator is hours to days. The post-treatment landscape is modelled for conditions 5 to 10 years after implementation. It is expected that ongoing maintenance burning (second entry prescribed fire) will maintain the project area in the desired fuel and fire behavior condition.

## 4.6 – Intensity Level Definitions

The following definitions will be used to describe the types of impacts that would be caused by the proposed actions analyzed in this report.

Type of impact:

- Beneficial: Decreases the likelihood of crown fire activity, reduces potential flame length, and maintains or increases the ability of firefighters to safety conduct fire suppression operations. Emissions of particulate matter decrease.

- Adverse: Increases the likelihood of crown fire activity, potential flame length, and reduces the ability of firefighters to safety conduct fire suppression operations. Emissions of particulate matter increase.

AR 11593

Duration of impact:

- Very short-term: Hours to days.

- Short-term: Impact lasts 5 to 10 years.

- Long-term: Impact lasts 20 years.

Intensity of impact:

- None: No impacts.

- Negligible: Undetectable changes to vegetation structure, composition, or other surface and canopy fuels that affect fire behavior. Smoke impacts to air quality are so small and imperceptible that they are not noticed.

- Minor: Slightly noticeable, localized changes to vegetation structure, composition, or other surface and canopy fuels that shifts fire behavior on up to one-third of the relevant area (i.e. sub-watershed or WUI). Smoke impacts to air quality may be noticed by sensitive groups but not perceived by the public.

- Moderate: Apparent change in vegetation structure, composition, or other surface and canopy fuels that shifts fire behavior on one-third to half of the relevant area (i.e. sub-watershed or WUI). Smoke impacts to air quality may affect sensitive groups and may be noticed by the public.

- Major: Substantial change in vegetation structure, composition, or other surface and canopy fuels that shifts fire behavior across more than 50% of the relevant area (i.e. sub-watershed or WUI). Smoke impacts to air quality could worsen symptoms for sensitive groups and would be perceived as a nuisance to the public.

# 5.0 – Environmental Consequences

## 5.1 – Alternative 1 – No Action

Under the no action alternative, it is expected that the current fire suppression policy will continue, and the rate of human and natural caused ignitions will remain unchanged. Although there is substantial evidence suggesting a warmer and drier future for the project area and more annual area burned, approximately a 5 to 10% increase (Raymond et al. 2014; Halofsky et al. 2020), no attempt was made to incorporate these effects into the current modelling framework, except as noted for the crown fire activity resource indicator based on the DRV. This alternative includes consideration of all past activities that affected fuel loading and fire behavior, including past wildfires and fuel treatments. Therefore, the no action alternative represents the existing conditions within the project area (Table 4).

Table 4. Resource indicators and measures for Alternative 1.

| Resource Element | Resource Indicator | Measure | Alternative 1 | | |
|---|---|---|---|---|---|
| Develop, maintain, or restore potential fire behavior to conditions within the desired range of variability | The amount of crown fire activity within each sub-watershed as compared to the desired range of variability | Percentage of area, by sub-watershed, likely (>50%) to experience crown fire activity during peak fire season weather conditions | Sub-watershed | DRV (%) | Current PL (%) |
| | | | Lower Twisp | 0-65 | 40 |
| | | | Alder Creek | 0-27 | 17 |
| Reduce potential fire behavior | Conditional flame length class | Percentage of area in the WUI and | Flame length class (ft) | Area (%) | |
| | | | 0-4 | 80 | |

Twisp Restoration Project | Final Fire, Fuels, and Air Quality Report

| Resource Element | Resource Indicator | Measure | Alternative 1 | | | |
|---|---|---|---|---|---|---|
| within and adjacent to the WUI and along major access routes | | within 200 feet of major roads by conditional flame length class | 4-8 | 7 | | |
| | | | 8-11 | 3 | | |
| | | | >11 | 10 | | |
| Air Quality | Emissions of PM2.5 and PM10 | Tons of emissions by treatment type | Treatment | Tons of emissions (years 1-10) | | Tons of emissions (years 11-20) | |

| Air Quality | Emissions of PM2.5 and PM10 | Tons of emissions by treatment type | Treatment | PM 2.5 | PM 10 | PM 2.5 | PM 10 |
|---|---|---|---|---|---|---|---|
| | | | Hand/machine piles | 0 | 0 | 0 | 0 |
| | | | Landing piles | 0 | 0 | 0 | 0 |
| | | | Underburn (initial) | 0 | 0 | 0 | 0 |
| | | | Underburn (maintenance) | 0 | 0 | 0 | 0 |

Abbreviations: DRV, desired range of variability; PL, percent land; WUI, Wildland-Urban Interface; PM, particulate matter

## Resource Indicator: Crown Fire Activity

Existing conditions within the two sub-watersheds suggest that during a wildfire, crown fire activity would likely occur on much of the forested area during peak fire season weather conditions and that the amount experienced would be at the high end of their DRV. If no action is taken in the forested portions of each sub-watershed, continued successful fire suppression would result in the addition of shade-tolerant conifers to the understory and increases in surface fuel loading (Hessburg et al. 2000b). Additionally, the shrub and grassland vegetation communities within each sub-watershed are expected to shrink in size as conifers continue to encroach (Hessburg et al. 2000b). The combination of these changes would both increase the area susceptible to crown fire activity (more forested area) and lower the canopy base height in most forested stands, thereby making crown fires more likely. Overall, this would result in adverse, long-term, moderate to major effects on crown fire activity.

## Resource Indicator: Flame Length

The current extent and distribution of potential flame lengths in the project area (Figure 2) suggest a mixture of conditions. Those areas that have recently experienced wildfires (e.g. Twisp River) are currently in a state that would support successful fire suppression operations. Locations of most concern in terms of current potential fire behavior are located on and around McClure Mountain, where high fire intensities would be expected near private lands and key communication site in the Methow Valley.

Under the no action alternative, fuel loading would continue to accumulate, while stand density would likely increase if it was unaffected by wildfire or insect and disease outbreaks. The lack of fuels treatments within the WUI and along major access roads would result in high fire intensities and difficult suppression operations for firefighters. Although some of the WUI and key access points are currently in a state that would support successful fire suppression operations (flame lengths < 4 feet) due to recent wildfire activity, the lack of maintenance treatments would ultimately move these locations back to undesirable conditions. Overall, the no action alternative would result in adverse, long-term, moderate to major effects on flame lengths.

## Resource Indicator: Particulate Matter

In terms of particulate matter emissions, the project area is currently influenced most by off-site emissions from prescribed fire activity on nearby private, state, or other Forest Service managed land. The specific

impact of these activities is difficult to quantify as their influence is strongly dependent upon the size of the area being burned and specific weather conditions. Given that smoke usually disperses with distance, the closer the prescribed fire activity, the more likely it will affect existing conditions.

Under the no action alternative, wildfire rather than prescribed fire would continue to impact the project area. Wildfires typically burn under drier conditions than prescribed fires and therefore consume more fuel and produce higher smoke emissions (Liu et al. 2017). Estimating the impact of wildfires on smoke emissions is difficult as the timing and location of wildfires is inherently difficult to predict. Wildfire emissions tend to occur during short periods with high fire danger, which produces short but intense impacts to surrounding communities (Schweizer et al. 2019).

## 5.2 – Alternative 2 - Proposed Action

The proposed action includes a combination of thinning, both overstory and stand-improvement, and prescribed burning. Hand and machine fireline are proposed to contain prescribed fire operations within burn units. The thinning treatments would reduce crown density (Principal #3), remove ladder fuels (Principal #2), and preferentially retain fire-tolerant ponderosa pine (Principal #4), which would lower the amount of crown fire activity. Pile burning followed by underburning would be used to reduce surface fuels (Principal #1) and increase the height to live crown (Principal #2), which would decrease potential flame length.

Outside of Riparian Reserves, Forest Plan Old Growth, and shaded fuelbreaks, the proposed fuel treatments would be implemented on a conditional basis. The decision points that trigger the vegetation-based treatments (i.e., thinning and prescribed burning) are described in Chapter 2 of the EA. Piling and pile burning would occur following vegetation treatments in order to minimize the intensity of planned underburns or where no underburning is planned.

### 5.2.1 – Direct and Indirect Effects - Alternative 2

The direct and indirect effects of the proposed action on the resource indicators are shown in Table 5. The direct effect of the proposed actions would be to alter the surface, ladder, and canopy fuels within the treatment area, which would decrease potential fire behavior during peak fire season conditions (indirect effect).

The proposed action includes a substantial modification to the existing road system within the project area. As described in Chapter 2 of the EA, several miles of existing roads would be decommissioned or modified and new roads would be added to the system. The proposed addition of approximately 2.8 miles of new roads near Alder, Canyon, Cow, and Poorman Creeks, and adding another 8 miles of unauthorized roads to the NFS road inventory would indirectly affect fuels and fire behavior by facilitating the planned vegetation treatments. Improved access to locations where stand improvement thinning, and prescribed fire are planned would lower the cost of and speed up implementation. Additionally, the modifications would improve the likelihood of successful fire by shortening response times and providing additional locations for containment.

Table 5. Resource indicators and measures for Alternative 2 direct/indirect effects.

| Resource Element | Resource Indicator | Measure | Alternative 2 Direct/Indirect Effects | | | |
|---|---|---|---|---|---|---|
| | | | Sub-watershed | DRV (%) | PL (%) | Change (Alt 1) |
| Develop, maintain, or restore | The amount of crown fire activity within | Percentage of area, by sub-watershed, likely (>50%) to experience | Lower Twisp | 0-65 | 17 | ↓ 23 |

Twisp Restoration Project | Final Fire, Fuels, and Air Quality Report

| Resource Element | Resource Indicator | Measure | Alternative 2 Direct/Indirect Effects | | | |
|---|---|---|---|---|---|---|
| potential fire behavior to conditions within the desired range of variability | each sub-watershed as compared to the desired range of variability | crown fire activity during peak fire season weather conditions | Alder Creek | 0-27 | 11 | ↓ 6 |

| Resource Element | Resource Indicator | Measure | Alternative 2 Direct/Indirect Effects | | |
|---|---|---|---|---|---|
| Reduce potential fire behavior within and adjacent to the WUI and along major access routes | Conditional flame length class | Percentage of area in the WUI and within 200 feet of major roads by conditional flame length class | Flame length class (ft) | Area (%) | Change (Alt 1) |
| | | | 0-4 | 96 | ↑ 16 |
| | | | 4-8 | 4 | ↓ 3 |
| | | | 8-11 | <1 | ↓ 3 |
| | | | >11 | <1 | ↓ 10 |

| Resource Element | Resource Indicator | Measure | Treatment | Tons of emissions (years 1-10) | | Tons of emissions (years 11-20) | |
|---|---|---|---|---|---|---|---|
| Air Quality | Emissions of PM 2.5 and PM 10 | Tons of emissions by treatment type | | PM 2.5 | PM 10 | PM 2.5 | PM 10 |
| | | | Hand/machine piles | 277 | 329 | 277 | 329 |
| | | | Landing piles | 40 | 46 | 0 | 0 |
| | | | Underburn (initial) | 3131 | 3694 | - | - |
| | | | Underburn (maintenance) | - | - | 1218 | 1436 |
| | | | Totals | 3448 | 4069 | 1495 | 1765 |

Abbreviations: DRV, desired range of variability; PL, percent land; WUI, Wildland-Urban Interface; PM, particulate matter

*Resource Indicator and Measure: Crown Fire Activity*

Thinning and prescribed fire treatments would have a beneficial, moderate, long-term effect on decreasing the amount of crown fire activity within the two sub-watersheds. Compared to the no action alternative, the sub-watersheds (Lower Twisp and Alder Creek) would be expected to experience a 23 and 6% drop in the amount of area likely to experience a crown fire during peak fire season weather conditions. These indirect effects would be expected since the proposed treatments would directly reduce surface fuels (Principle #1) and increase the height to live crown (Principal #2). Maintenance burning, approximately 11 years after the initial prescribed fire treatment, would help sustain low levels of surface fuels and understory vegetation.

*Resource Indicator and Measure: Flame Length*

The proposed treatments would have a beneficial, moderate, long-term impact on reducing and maintaining potential flame lengths in the WUI and along major access routes. Compared to the no action alternative, almost all (~96%) of the relevant area would be expected to have flame lengths less than 4 feet, which would increase the ability of suppression resources to control and contain wildfires. The proposed treatments would directly reduce surface, ladder, and canopy fuels and thus decrease potential fire behavior (Figure 4).



**Figure 4. Predicted change in conditional flame length post-treatment within the Twisp Restoration project.**

Ongoing maintenance prescribed burning would be needed to maintain low fuel loading and vegetation structure consistent with the desired condition for the project area. The follow-up underburning treatments should occur within the historic mean fire return intervals in order to keep potential fire behavior consistent with the fire regimes in the project area.

*Resource Indicator and Measure: Particulate Matter*

The proposed prescribed fire treatments would have an adverse, moderate, very short-term impact on air quality and human health over the life of the project. Repeated prescribed burning during the life of the project would produce smoke that typically lasts 1-3 days per burn. Several burns could be conducted each year but the area that can be burned is limited to no more than 20% of any sub-watershed per year, which roughly translates into no more than 5,000 acres. The timing and duration of prescribed fire treatments are described in more detail in Appendix A of the EA.

Current evidence suggests a positive association between particulate matter emissions and all-cause mortality and respiratory morbidity, especially for sensitive groups, which includes people with respiratory diseases, older adults, children, and pregnant women (Cascio 2018). Limiting the impact of these effects would be accomplished through regulation, permitting, and careful consideration of burning

windows. Smoke production from the proposed prescribed burning would be permitted and regulated by the Washington State Department of Natural Resources (DNR), which limits approvals to when weather and atmosphere conditions are favorable for smoke dispersal (EA Appendix B: Design Feature AQ1). District Prescribed Fire Managers, in conjunction with the DNR and Washington State Department of Ecology, would monitor favorable atmospheric conditions and limit emissions from prescribed burning treatments to curtail potential adverse smoke impacts in the affected airsheds (EA Appendix B: Design Feature AQ1 and AQ4). The public would also be notified of prescribed fire activities before implementation (EA Appendix B: Design Feature AQ3). Together, these measures should limit both the intensity and duration of air quality impacts.

Hand and machine fireline, described in Chapter 2 and Appendix A of the EA, would be required to contain the proposed prescribed fire operations. A substantial amount of this fireline would be used to break up larger burn units into smaller-sized units if needed to obtain smoke approval. This practice represents a compromise between additional ground disturbance and increased implementation costs to receive smoke approval for smaller ventilation windows.

The proposed prescribed burning may have very short-term, negligible, adverse impacts on the nearest Class I airsheds (Pasayten or Glacier Peak Wildernesses or North Cascades National Park). Impacts would be expected to be minimal because of a combination of distance and the use of planned design features described above. Distant Class I airsheds have a greater volume of air in which smoke can dissipate and mix, thereby reducing concentration. Additionally, ignitions would be coordinated and approved by the State of Washington for times when upper-atmospheric ventilation conditions promote good ventilation and smoke dispersion. The current state smoke management plan contains Visibility Protection Guidelines for Washington State's Class I airsheds that restrict prescribed burning during weekends from July 1 through Labor Day, which further minimizes any potential impacts on Class I airsheds from prescribed fire treatments included in this project.

## 5.2.3 – Cumulative Effects - Alternative 2

*Past, Present, and Reasonably Foreseeable Activities Relevant to Cumulative Effects Analysis*
The effects of past actions such as timber harvest, wildfires, and other prescribed fire treatments have been considered while assessing the current condition of the project area, described in Alternative 1. Grazing, fuelwood gathering, and adjacent landowner thinning and prescribed fire emissions represent the only present or reasonably foreseeable actions within the spatial or temporal context of the effects analysis that would affect the resource indicators used in the analysis.

*Resource Indicators: Crown Fire Activity and Flame Length*
Grazing by cattle removes fine fuels, i.e. grasses, forbs, and other herbaceous material, which are strongly associated with fire behavior potential (Barrows 1951; Strand et al. 2014). Fuelwood gathering, to the extent that it occurs as permitted by the current district firewood policy, reduces the amount of dead and down debris and standing snags within proximity to open NFS roads. Reducing the amount and continuity of fine fuels follows Principle #1 (reduce surface fuel loading), which is anticipated to result in a reduction in fire behavior potential that is directly proportional to the amount of material removed. Therefore, the effects of ongoing grazing and fuelwood gathering along with the effects of the proposed action would result in a long-term, moderate, and beneficial effect on crown fire activity and potential flame length in the WUI and along major access routes.

It is anticipated that adjacent landowners, including the Washington Department of Natural Resources (DNR) and private individuals would conduct thinning and prescribed fire operations within the temporal

horizon of this analysis. These activities would occur within the same watersheds and defined WUI as the proposed actions and would therefore potentially impact crown fire activity and flame lengths. The timing and location of the thinning by private landowners is unknown and therefore not considered here. The proposed thinning and burning by the DNR along with the effects of the proposed action would result in a long-term, moderate, and beneficial effect on crown fire activity and potential flame length in the WUI and along major access routes and ridges. The planned thinning and prescribed fire activities by the DNR are expected to implement Principles 1-4 from Table 1. That is, thinning would reduce crown densities, increase canopy base heights, and preferentially retain fire resistant species. Prescribed fire activities would also increase canopy base heights and reduce surface fuel loading.

*Resource Indicator: Particulate Matter*

Particulate matter created by burning debris would be reduced by some unmeasurable amount to the extent that the public gathers debris near open roads as allowed by the district's current firewood collection program. Prescribed fire activity from adjacent landowners and/or other Forest Service projects may temporarily affect air quality within the project area. The current smoke permitting and approval process used by the State of Washington considers the potential impacts of nearby burning when evaluating requests for smoke approval for specific prescribed fire operations. Approval for burning on a given day may be denied if the cumulative effects from all burning within an airshed exceed regulatory requirements. Thus, the cumulative effects from all potential sources of wildland fire smoke from the proposed action and additional cumulative effects will result in adverse, very short-term, moderate impacts on air quality and human health.

## 5.3 – Forest Plan Amendments and 2012 Planning Rule Substantive Provisions

The IDT proposes several project-specific amendments to the Forest Plan and NWFP that better reflect current conditions, are aligned with current best available science, and would help meet the Needs of the project. These amendments and the reasons for them are described in detail in Chapter 2 of the EA. Based on the direction provided in 36 CFR 219, the Responsible Official must determine the appropriate scope and scale of forest plan amendments and apply those provisions of 36 CFR 219.8 through 219.11 that directly apply to the proposed amendments. The substantive provisions that are likely affected by the amendments and are tied to fire and fuels are described below. None of the substantive provisions within 36 CFR 219.8 through 219.11 would be adversely affected by the proposed amendments.

Amending Forest Plan S&G 19-8 would allow for prescribed fire treatments to reduce natural fuels on up to 65 acres of Forest Plan Old Growth (FPOG). This amendment would likely have a beneficial effect on opportunities to restore fire-adapted ecosystems (36 CFR 219.8(a)(1)(v)). Currently, this stand of FPOG is at risk from uncharacteristic effects from wildfire because it has departed substantially from its historic vegetation and fuel conditions. Although the majority of the FPOG area is characterized by a low severity, frequent fire regime with an historic mean fire return interval of approximately 16-20 years, this stand has not burned within the last 90 years. This has resulted in conditions that are likely to support high intensity, stand-replacing fire behavior during typical fire season weather conditions. Prescribed fire treatments allowed by this amendment would be implemented following Principles 1-4 (Table 1), which would have a beneficial, short term, moderate effect on potential fire behavior in stands of FPOG. Specifically, the proposed treatments directly benefit FPOG because they would reduce/alter surface and ladder fuels such that this stand would have reductions in crown fire activity and flame lengths, which would help restore the low severity, frequent fire regime associated with this stand. Without this amendment, this stand would continue to be at high risk of experiencing stand-replacing fire behavior during the next wildfire which likely degrade its FPOG status.

# 6.0 – Summary

The no action alternative within the project area would result in adverse, long-term moderate to major impacts on both the amount of crown fire activity within each sub-watershed and potential flame length within the WUI and along major access roads and ridges. This would fail to address the project's Needs thereby allowing vegetation composition and structure and fuel loading to continue to move toward conditions that support high-intensity, stand-replacing wildfires.

The proposed treatments would result in beneficial, short to long-term, minor to moderate effects on crown fire activity and potential flame lengths. The sub-watersheds in the project area would likely see a decrease in area with a high likelihood of crown fire activity during peak fire season weather conditions. Additionally, flame lengths within the WUI and along major access roads are almost all expected to be low enough to enable successful fire suppression operations during peak fire season conditions.

The proposed prescribed fire treatments would result in very short-term, adverse, moderate impacts on air quality over the life of the project. Particulate matter emissions would likely increase in the short-term due to a substantial increase in the amount of burned area in the project area.

## 6.1 – Degree to Which the Project's Needs for Action are Met

Table 6 displays the degree to which the project's needs related to fire and fuels are met with the proposed action. As previously described, the proposed action meets Needs # 2, 3, and 4 more effectively than Alternative 1 because it lowers the amount of area that is expected to support crown fire activity and increases the amount of area within the WUI and along major access routes that fire intensity will be low enough to allow direct firefighting strategies (i.e. flame lengths < 4 feet).

**Table 6. Summary comparison of how the alternatives address project needs.**

| Project Need | Indicator/Measure | Sub-watershed | Alt 1 | Alt 2 | Change |
|---|---|---|---|---|---|
| | | | Area (%) | Area (%) | % Area |
| Decrease risk of crown fire initiation and spread (Need #2 & Need #3) | Percentage of area, by sub-watershed, that is likely (>50%) to experience crown fire activity during peak fire season weather conditions | Lower Twisp | 40 | 17 | -23 |
| | | Alder Creek | 17 | 11 | -6 |
| Reduce fire intensity within the WUI and along major access routes to allow for direct firefighting strategies (Need #4) | Percentage of area in the WUI and within 200 feet of major roads by conditional flame length class | Flame length class (ft) | Area (%) | Area (%) | |
| | | 0-4 | 80 | 96 | +16 |
| | | 4-8 | 7 | 4 | -3 |
| | | 8-11 | 3 | <1 | -3 |
| | | >11 | 10 | <1 | -10 |

## 6.2 – Degree to Which the Alternatives Address the Issues

The potential effects of the project on air quality was noted as a potential issue. Alternative 1 best addresses concerns about air quality impacts from prescribed fire emissions associated with this project because it would not create any. However, the tradeoff of not implementing prescribed fire treatments in this alternative would likely be an increase in emissions during wildfires that are likely to continue to occur in the project area, with heavier concentrations of smoke emitted during periods that do not provide for adequate dispersion and ventilation. The likely result of this would be more intensive and sustained air quality impacts. While Alternative 2 does create more emissions than Alt 1 through prescribed burning, the effects of these emissions would be minimized by adhering to smoke approval requirements and

design features described above (Table 7). Alternative 2 includes design feature AQ2 which requires timely public notification of prescribe burning activities.

Alternative 1 provides for natural succession more effectively than Alternative 2, but would result in increased crown fire activity because stand density and fuel loading would not be reduced through thinning and prescribed fire treatments, and shrub and grassland vegetation communities shrink with continued conifer encroachment (Hessburg et al. 2000b).

**Table 7. Summary comparison of how the alternatives address the key issues.**

| Issue | Indicator/ Measure | Treatment | Alt 1 | | | | Alt 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Tons of emissions (years 1-10) | | Tons of emissions (years 11-20) | | Tons of emissions (years 1-10) | | Tons of emissions (years 11-20) | |
| | | | PM 2.5 | PM 10 | PM 2.5 | PM 10 | PM 2.5 | PM 10 | PM 2.5 | PM 10 |
| Air Quality (#6 & #8) | Tons of PM 2.5 and PM 10 emissions by treatment type | Hand/machine piles | 0 | 0 | 0 | 0 | 277 | 329 | 277 | 329 |
| | | Landing piles | 0 | 0 | 0 | 0 | 40 | 46 | 0 | 0 |
| | | Underburn (initial) | 0 | 0 | 0 | 0 | 3131 | 3694 | - | - |
| | | Underburn (maintenance) | 0 | 0 | 0 | 0 | - | - | 1218 | 1436 |
| | | Totals | 0 | 0 | 0 | 0 | 3448 | 4069 | 1495 | 1765 |

# 7.0 – Compliance with LRMP and Other Relevant Laws, Regulations, Policies and Plans

## 7.1 – Okanogan National Forest Land and Resource Management Plan

Implementing the proposed action would be consistent with the goals, objectives, and standards and guidelines of the Okanogan LRMP as follows:

### Forest-wide Standards and Guidelines

**14-1:** All proposed prescribed fire treatments would adhere to local, state, and national air quality standards by following the Washington State SIP and limiting smoke production to times of adequate dispersal.

**14-2:** The proposed action would temporarily increase particulate matter emissions in the surrounding airsheds. However, the project would use efficient means of slash disposal (such as hand-piling, machine-piling, or firewood removal) wherever feasible to limit particulate matter emissions.

**19-4:** Prescribed fire would be used as a management tool as described in the proposed action.

**19-6:** Fuels treatments would be designed to be cost-effective and consider fuel profiles, site productivity, and other relevant objectives. Desired fuel profiles and prescriptions necessary to achieve these profiles would be described in site-specific Burn Plans.

**19-7:** Prescribed fire activities would occur when weather and fuel moistures are sufficient to ensure less than 100% consumption of all surface fuels, which would leave coarse woody debris on-site. Some additional recruitment of down woody fuels would be expected post-fire due to tree mortality.

**19-8:** This project would not be consistent with this S&G as written, but proposes a project-specific Forest Plan Amendment for this standard as explained in Chapter 2 of the EA. The project would be consistent with this amendment by allowing for natural fuels treatments designed to retain and promote FPOG in a sustainable manner.

**19-9:** Fuels treatments in stands managed as future old growth would provide for retention of key old growth components.

## Management Area Standards and Guidelines

**MA5-19C:** Prescribed fire would meet the visual quality objective within three years of application as no long-term adverse impacts are anticipated.

**MA5-19D:** Fuels treatment methods and locations would consider recreation, visual, and wildlife values. The Design Features table (EA Appendix B) lists specific design features that would minimize impacts to recreation, visual, or wildlife values.

**MA14-19C:** Fuels would be treated to reduce the risk of wildfire to acceptable levels and further protect timber stands, wildlife values, and other resources from unacceptable losses caused by wildfire.

**MA14-19D:** Where cost-effective, fire-tolerant stands would be on a prescribed burning schedule. The project proposes initial prescribed fire treatments followed by maintenance burning.

**MA25-19C:** Fuels treatments would reduce risk of wildfire to acceptable levels while maintaining long-term site productivity.

**MA25-19D:** Fuels would be treated to reduce the risk of wildfire to acceptable levels and further protect timber stands, wildlife values, and other resources from unacceptable losses caused by wildfire.

**MA25-19E:** Where cost-effective, fire-tolerant stands would be on a prescribed burning schedule. The project proposes to implement initial prescribed fire treatments followed by maintenance burning.

**MA26-19C:** Fuels treatments would provide for the retention and/or enhancement of key wildlife habitat wherever practicable by increasing forage available for deer and by reducing the risk of widespread loss of habitat from uncharacteristic wildfire behavior.

# 7.2 – Northwest Forest Plan

**FM-1:** Fuels treatments have been designed in consultation with the Fisheries Biologist and Hydrologist while recognizing the role of fire in ecosystem function. Several design features have been developed, see Design Features table EA Appendix B, to help maintain and attain Aquatic Conservation Strategy objectives.

**FM-4:** Prescribed fire treatments and prescriptions have been designed to contribute to the attainment of Aquatic Conservation Strategy objectives. Several design features (EA Appendix B) have been developed to minimize adverse impacts to these objectives.

**FM-5:** If Riparian Reserves are significantly damaged by prescribed burning outside of prescribed parameters, a review by district aquatic, soil, and/or hydrology staff would occur to determine whether adverse effects occurred and what, if any, rehabilitation treatment would be needed to attain Aquatic Conservation Strategy objectives (see EA Appendix B Mitigations table).

**Matrix:**

Fuels management activities were developed based on input from local governments, agencies, and landowners as well as input from watershed analyses that considered factors that may affect hazard reduction goals.

## 7.3 – Forest Service Manual

### FSM 5103.2 – Ecological

This project identified and used fire ecology to frame the Desired Condition and project Needs. Fire Management programs and activities would be used to implement LRMP objectives. Public health and environmental quality considerations have been factored into proposed activities. Proposed treatments would improve landscape condition and make it more resilient to disturbance in accordance with management objectives.

### FSM 5140.3 – Policy

Proposed treatments would apply existing principles and policy elements to restore resilient landscapes described in: FSM 5103; Wildland Fire Doctrine (FSM 5131); principles from the Cohesive Strategy (Wildland Fire Leadership Council 2012); and guidelines from the Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide (NWCG 2017).

### FSM 5141 – Hazardous Fuels Management and Prescribed Fire Planning

Proposed hazardous fuels management and prescribed fire treatments have been developed in compliance with the LRMP to meet resource management objectives. Resource objectives for specific hazardous fuels management and prescribed fire projects were derived from the NEPA analysis. The entire project area has been analyzed under NEPA. The NEPA analysis identifies objectives and analyzes the effects of hazardous fuels management and prescribed fire projects.

### FSM 5142.3 – Prescribed Fire Policy

Proposed prescribed fire treatments would be used in a safe, carefully planned, and cost-effective manner to achieve desired conditions and attain management objectives identified in the LRMP. Prescribed fire plans, including wildfire declarations, will use the Interagency Prescribed Fire Planning and Implementation Procedures Guide. Weather conditions would be monitored during all phases (including mop-up) of prescribed fire implementation. Long-term weather conditions such as drought would be considered in all phases of prescribed fire planning and implementation. Unless the authorizing official makes an exemption, a project-specific spot weather forecast would be obtained prior to ignition; for each day that ignition continues; on any day the fire is actively spreading; or when conditions adversely affecting the prescribed fire are predicted in the general forecast.

## 7.4 – Other Federal Law

### Clean Air Act

Prescribed fire activities proposed in this project would comply with the requirements of the Clean Air Act by following the rules, regulations, and standards described in the Washington State SIP and Smoke Management Plan. Prescribed fire emissions would be limited to periods when fuels are dry enough to consume efficiently but wet enough to limit smoldering and when sufficient air movement will loft and disperse particulate matter, minimizing impacts to human health and welfare. Class I airsheds near the project area are not likely to be affected by proposed treatments because of their distance from the project area and the use of the mitigation measures. No non-attainment areas would be impacted by proposed treatments because there are none in the vicinity of the project area.

## 7.5 – Executive Order, E.O. 13855 of Dec 21, 2018

**1(c):** The proposed action includes hazardous fuels treatments that are known to be effective in reducing wildfire severity. Emphasis has been placed on treating areas within the WUI and along major access roads and ridges, which will reduce risk to life and property.

**5(b)(iii):** A project-specific amendment to the LRMP has been proposed that would allow fuels treatments in areas designated as Forest Plan Old Growth.

**6(b):** The proposed action includes treatments that would reduce fuel loads using a variety of techniques. Stewardship contracts as well as treatments on private land using the Wyden Amendment (Public Law 105-277, Section 323 as amended by Public Law 109-54, Section 434, and permanently authorized by Public Law 111-11, Section 3001) are also planned.

## 7.6 – State and Local Law

### Washington State Clean Air Act

Prescribed fire treatments would comply with the Washington State SMP for permitting and approval as well as the Washington State SIP to avoid, dilute, and reduce potential smoke impacts to local communities, forest workers, forest visitors, and nearby residents. Smoke emissions would be reduced by using efficient combustion methods, e.g. pile burning, and prescribed fire would occur in harvest units to the extent needed to reduce fuel hazards and to prepare sites for reforestation. Fuel planners would evaluate fuel loading and burn unit design before implementing underburns in order to report accurate smoke emission estimates.

## 7.7 – Other Guidance or Recommendations

### Watershed Analyses

The fire and fuels recommendations from the two relevant watershed analyses have been considered during project design. Proposed treatments would use prescribed fire to restore ecosystem function and promote fire tolerant ponderosa pine. Treatments would be expected to reduce fire severity during wildfires and improve watershed function.

### Okanogan-Wenatchee Forest Restoration Strategy

The Restoration Strategy was used to analyze vegetation conditions in the project area. Possible treatment options were developed using the strategy and to identify forested landscapes that would benefit from fuel treatments.

### Okanogan County Community Wildfire Protection Plan

This project proposes treatments to reduce potential fire behavior within the WUI and specifically within the two CWPP priority treatment areas that lie within the project boundary (Project #21 and #48).

# 8.0 - Other Relevant Mandatory Disclosures

## 8.1 - Intensity Factors for Significance (FONSI) ([40 CFR 1508.27(b)](#))

**Intensity**. This refers to the severity of impact. The following intensity factors addressed in this report related for fire, fuels and air quality will be considered by the Responsible Official in evaluating intensity when the Draft and Final Decision Notices are prepared for this project:

1.  Impacts that may be both beneficial and adverse. A significant effect may exist even if the Federal agency believes that on balance the effect will be beneficial. Any resource may display beneficial and/or adverse effects of the actions.

    No significant adverse effects were identified in this analysis associated with implementing prescribed fire treatments. These actions would result in beneficial, short to long-term, minor to moderate effects on crown fire activity and potential flame lengths. The sub-watersheds in the project area would likely see a decrease in area with a high likelihood of crown fire activity during peak fire season weather conditions. Additionally, flame lengths within the WUI and along major access roads are almost all expected to be low enough to enable successful fire suppression operations during peak fire season conditions.
    The proposed prescribed fire treatments would result in very short-term, adverse, moderate impacts on air quality over the life of the project. Particulate matter emissions would likely increase in the short-term due to a substantial increase in the amount of burned area in the project area. The specific direct, indirect, and cumulative effects would be within standards set forth by the Forest Plan, and consistent with applicable environmental laws.

2.  The degree to which the proposed action affects public health or safety.
    Smoke from burning woody debris contains known hazards to human health (Section 3.4). As detailed in Section 5.2.1, smoke impacts from proposed prescribed burning would be intermittent, very short-term, and light to moderate during each burn. Particulate matter emissions would likely increase in the short-term due to a substantial increase in the amount of burned area in the project area. Prescribed fire treatments proposed in this project would be designed and implemented in compliance with the current state Smoke Implementation Plan and agency policy to minimize the potential impacts on public health and safety during and after implementation. The project includes design features that would help minimize or eliminate air quality impacts.

5.  The degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks.
    The outcome of prescribed fire operations is well-documented and has been modeled for this project using standard, accepted methodologies (Section 4). While using this tool carries some degree of uncertainty related to weather conditions, controls are put in place through unit-specific prescribed burn plans and agency policy to reduce risks to an acceptable level prior to implementation. These activities are typical of those successfully implemented in the past on National Forest System lands.

7.  Whether the action is related to other actions with individually insignificant but cumulatively significant impacts. Significance exists if it is reasonable to anticipate a cumulatively significant impact on the environment. Significance cannot be avoided by terming an action temporary or by breaking it down into small component parts.

No significant short-term, long-term, or cumulative effects were identified in consideration of potential impacts from prescribed fire activities. Proposed actions would positively affect three fire behavior concerns: surface fireline intensity, the likelihood for torching, and the ability for crown fire to spread. Surface fireline intensity would be decreased by prescribed burning, allowing fires to be contained at smaller sizes and with fewer resources. The chance for torching and crown fire would be reduced by prescribed burning, commercial, and non-commercial thinning, restricting fire to the surface where it is more easily managed. These positive effects would reduce the chance for uncharacteristic fire to occur, decreasing the threat fire presents to the at-risk community and to the safety of the public and firefighters in the project area. Surface fireline intensity and the chance for torching and crown fire would increase as surface and aerial fuels accumulate after treatment. A cycle of maintenance burning proposed across most of the project area would help reduce these fuels and maintain them at historical levels.

10. Whether the action threatens a violation of Federal, State, or local law or requirements imposed for the protection of the environment.

   Proposed fuels treatments meet requirements under Forest Plan direction (as amended) and the Clean Air Act and implementing regulations in 40 CFR 50.

# 9.0 – Acronyms

| | |
|---|---|
| **CWPP**: Community Wildfire Protection Plan | **DRV**: Desired Range of Variability |
| **EMDS**: Ecosystem Management Decision Support System | **ERC**: Energy Release Component |
| **ESR**: Ecological Sub-Region | **FOFEM**: First Order Fire Effects Model |
| **FPOG**: Forest Plan Old Growth | **FSM**: Forest Service Manual |
| **FRV**: Future Range of Variability | **HRV**: Historic Range of Variability |
| **IFTDSS**: Interagency Fuel Treatment Decision Support System | **WUI**: Wildland-Urban Interface |
| **LFR**: Ladder Fuel Reduction | |
| **LRMP**: Land and Resource Management Plan | **NEPA**: National Environmental Policy Act |
| **NWFP**: Northwest Forest Plan | **PM**: Particulate Matter |
| **SIP**: Washington State Smoke Implementation Plan | **DNR**: Washington State Department of Natural Resources |

| **S&G**: Standards and Guidelines | **SMP**: Washington State Smoke Management Plan |
|---|---|

## 10.0 – References Cited

Agee, James K. 1996. The influence of forest structure on fire behavior. In J. Sherlock (ed.). Proceedings of the 17th Annual Forest Vegetation Management Conference (Jan. 16-18, 1996, Redding, CA). pp. 52-57. For. Vegetation Manage. Conf., Redding, CA. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr292/1996_agee.pdf [Verified 15 May 2020]

Agee, James K.; Bahro, Berni, Finney, Mark A.; Omi, Philip N.; Sapsis, David B.; Skinner, Carl N.; van Wagtendonk, Jan W.; Weatherspoon, C. P. 2000. The use of shaded fuelbreaks in landscape fire management. *Forest Ecology and Management* **127**:55-66. Available at https://www.fs.fed.us/psw/publications/skinner/psw_2000_skinner(agee)001.pdf [Verified 15 May 2020]

Agee, James K.; Skinner, Carl N. 2005. Basic principles of forest fuel reduction treatments. *Forest Ecology and Management* **211**:83-96. doi:10.1016/j.foreco.2005.01.034

Alexander, Martin E. 2000. Fire behaviour as a factor in forest and rural fire suppression. Forest Research, Rotorua in association with New Zealand Fire Service Commission and National Rural Fire Authority, Bulletin 197 Forest and Rural Fire Science and Technology Series Report 5. 30 p. Available at http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.1006.4043&rep=rep1&type=pdf [Verified 2 April 2020]

Alexander, Martin E.; Cruz, Miguel G. 2011. Interdependencies between flame length and fireline intensity in predicting crown fire initiation and crown scorch height. *International Journal of Wildland Fire* **21**:95-113. doi:10.1071/WF11001

Alvarez, Albert; Gracia, Marc; Castellnou, Marc; Retana, Javier. 2013. Variables that influence changes in fire severity and their relationship with changes between surface and crown fires in a wind-driven wildfire. *Forest Science* **59**:139-150. doi:10.5849/forsci.10-140

Andrews, Patricia L. 2018. The Rothermel surface fire spread model and associated developments: A comprehensive explanation. Gen. Tech. Rep. RMRS-GTR-371. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. Fort Collins, CO. 121 p. Available at https://www.fs.fed.us/rm/pubs_series/rmrs/gtr/rmrs_gtr371.pdf [Verified 18 June 2020]

Andrews, Patricia L.; Rothermel, Richard C. 1981. Charts for interpreting wildland fire behavior characteristics. Gen. Tech. Rep. INT-131. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. 21 p. Available at https://www.fs.fed.us/rm/pubs_int/int_gtr131.pdf [Verified 10 April 2020]

Barrows, J. S. 1951. Fire behavior in Northern Rocky Mountain Forests. Station Paper No. 29. USDA Forest Service, Northern Rocky Mountain Forest and Range Experiment Station, Missoula, MT. 103 p. Available at https://www.fs.usda.gov/treesearch/pubs/48977 [Verified 2 April 2020]

Battye, William; Battye, Rebecca. 2002. Development of emissions inventory methods for wildland fire. EPA Contract No. 68-D-98-046. U.S. Environmental Protection Agency. Research Triangle Park, North Carolina. 91 p. Available at https://www.epa.gov/sites/production/files/2020-10/documents/development_of_emissions_inventory_methods_for_wildland_fire.pdf [Verified 4 March 2021]

Bigelow, Seth W.; North, Malcolm P. 2012. Microclimate effects of fuels-reduction and group-selection silviculture: implications for fire behavior in Sierran mixed-conifer forests. *Forest Ecology and Management* **264**:51-59. doi:10.1016/j.foreco.2011.09.031

Black, Carolyn; Tesfaigzi, Yohannes; Bassein, Jed A.; Miller, Lisa A. 2017. Wildfire smoke exposure and human health: Significant gaps in research for a growing public health issue. *Environmental Toxicology and Pharmacology* **55**:186-195. doi:10.1016/j.etap.2017.08.022

Bloch, Vaiden; King, T. R.; and Tucker, B. Lead Authors. 2013. Okanogan County, Washington, Community Wildfire Protection Plan. Northwest Management, Inc., Moscow, Idaho. 123 p. Available at https://www.dnr.wa.gov/publications/rp_burn_okanogan_cwpp_2013update.pdf?ozm0ln [Verified 2 April 2020]

Bradshaw, L.S.; Deeming, J.E.; Burgan, R.E.; Cohen, J.D. 1984. The 1978 National Fire-Danger Rating System: Technical Documentation. Gen. Tech. Rep. INT-169. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station, Ogden, UT. p. 44. Available at https://www.fs.fed.us/rm/pubs_int/int_gtr169.pdf [Verified 14 April 2020]

Brown, James K.; Smith, Jane Kapler, eds. 2000. Wildland fire in ecosystems: effects of fire on flora. Gen. Tech. Rep. RMRS-GTR-42-vol. 2. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 257 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr042_2.pdf [Verified 10 April 2020]

Byram, G. M. 1959. Combustion of forest fuels. In 'Forest Fire: Control and Use'. (Ed. K. P. Davis) pp. 61-89, 554-555. McGraw-Hill: New York, NY. Available at https://www.frames.gov/documents/behaveplus/publications/Byram_1959_CombustionOfForestFuels.pdf [Verified 27 April 2020]

Cascio, Wayne E. 2018. Wildland fire smoke and human health. *Science of the Total Environment* **624**:586-595. doi:10.1016/j.scitotenv.2017.12.086

Crosby, John S.; Chandler, Craig C. 1966. Get the most from your windspeed observation. *Fire Control Notes* **27**(4):12-13.

Cruz, Miguel G.; Alexander, Martin E. 2010. Assessing crown fire potential in coniferous forest of western North America: a critique of current approaches and recent simulation studies. *International Journal of Wildland Fire* **19**:377-398. doi:10.10714/WF08132

Cruz, Miguel G.; Alexander, Martin E.; Wakimoto, Ronald H. 2003. Modeling the likelihood of crown fire occurrence in conifer forest stands. *Forest Science* **50**:640-658. doi:10.1093/forestscience/50.5.640

Dunn, Christopher J.; O'Connor, Christopher D.; Abrams, Jesse; Thompson, Matthew P.; Calkin, Dave E.; Johnston, James D.; Stratton, Rick; Gilbertson-Day, Julie. Wildfire risk science facilitates adaptation of fire-prone social-ecological systems to the new fire reality. *Environmental Research Letters* **15**:025001. doi:10.1088/1748-9326/ab6498

Everett, Richard L.; Schellhaas, Richard; Keenum, Dave; Spurbeck, Don; Ohlson, Pete. 2000. Fire history in the ponderosa pine/Douglas-fir forests on the east slope of the Washington Cascades. *Forest Ecology and Management* **129**:207-225. doi:10.1016/S0378-1127(99)00168-1

AR 11610

Faiella, Shawn M.; Bailey, John D. 2007. Fluctuations in fuel moisture across restoration treatments in semi-arid ponderosa pine forests of northern Arizona, USA. *International Journal of Wildland Fire* **16**:119-127. doi:10.1071/WF06018

Finney, Mark A. 2002. Fire growth using minimum travel time methods. *Canadian Journal of Forest Research* **32**:1420-1424. doi:10.1139/X02-068

Gärtner, S.; Reynolds, K. M.; Hessburg, P. F.; Hummel, S.; Twery, M. Decision support for evaluating landscape departure and prioritizing forest management activities in a changing environment. *Forest Ecology and Management* **256**:1666-1676. doi:10.1016/j.foreco.2008.05.053

Graham, Russell T.; Jain, Theresa B.; Loseke, Mark. 2009. Fuel treatments, fire suppression, and their interaction with wildfire and its impacts: the Warm Lake experience during the Cascade Complex of wildfires in central Idaho, 2007. Gen. Tech. Rep. RMRS-GTR-229. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 36 p. https://www.fs.fed.us/rm/pubs/rmrs_gtr229.pdf [Verified 15 May 2020]

Halofsky, Jessica E.; Peterson, David L.; Harvey, Brian J. 2020. Changing wildfire, changing forests: the effects of climate change on fire regimes and vegetation in the Pacific Northwest, USA. *Fire Ecology* **16**:4. doi:10.1186/s42408-019-0062-8

Hann, W. J.; Wisdom, M. J.; Rowland, M. M. 2002. Disturbance departure and fragmentation of natural systems in the interior Columbia Basin. Res. Pap. PNW-RP545. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 19 p. Available at https://www.fs.usda.gov/treesearch/pubs/5283 [Verified 16 April 2020]

Hardy, C. C.; Schmidt, K. M.; Menakis, J. M.; Samson, N. R. 2001. Spatial data for national fire planning and fuel management. *International Journal of Wildland Fire* **10**:353-372. doi:10.1071/WF01034

Harrod, Richy J.; McRae, Bradner H.; Hartl, William E. 1999. Historical stand reconstruction in ponderosa pine forests to guide silvicultural prescriptions. *Forest Ecology and Management* **114**:433-446. doi:10.1016/S0378-1127(98)00373-9

Hessburg, Paul F.; Salter, R. B.; Richmond, M. B.; Smith, B. G. 2000a. Ecological subregions of the Interior Columbia Basin, USA. *Applied Vegetation Science* **3**:163-180. Available at https://www.fs.usda.gov/treesearch/pubs/2850 [Verified 13 April 2020]

Hessburg, Paul F.; Smith, B. G.; Salter, R. B.; Ottmar, R. D.; Alvarado, R. 2000b. Recent changes (1930s-1990s) in spatial patterns of interior northwest forests, USA. *Forest Ecology and Management* **136**:53-83. doi:10.1016/S0378-1127(99)00263-7

Hessburg, Paul F.; Smith, Bradley G.; Kreiter, Scott D.; Miller, Craig A.; Salter, R. Brion; McNicoll, Cecilia H.; Hann, Wendel J. 1999. Historical and current forest and range landscapes in the interior Columbia River basin and portions of the Klamath and Great Basins. Part I: Linking vegetation patterns and landscape vulnerability to potential insect and pathogen disturbances. Gen. Tech. Rep. PNW-GTR-458. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 357 p. Available at https://www.fs.usda.gov/treesearch/pubs/29638 [Verified 13 April 2020]

Hessburg, Paul F.; Agee, James K.; Franklin, Jerry F. 2005. Dry forests and wildland fires of the inland Northwest USA: contrasting the landscape ecology of the pre-settlement and modern eras. *Forest Ecology and Management* 211:117-139. doi:10.1016/j.foreco.2005.02.016

AR 11611

Hood, Sharon M. 2010. Mitigating old tree mortality in long-unburned, fire-dependent forests: a synthesis. Gen. Tech. Rep. RMRS-GTR-238. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 71 p. Available at https://www.fs.usda.gov/treesearch/pubs/35004 [Verified 16 April 2020]

Hood, Sharon M.; McHugh, Charles W.; Ryan, Kevin C.; Reinhardt, Elizabeth; Smith, Sheri L. 2007. Evaluation of a post-fire tree mortality model for western USA conifers. *International Journal of Wildland Fire* **16**:679-689. doi:10.1071/WF06122

Hudak, Andrew T.; Rickert, Ian; Morgan, Penelope; Strand, Eva; Lewis, Sarah A.; Robichaud, Peter R.; Hoffman, Chad; Holden, Zachary A. 2011. Review of fuel treatment effectiveness in forests and rangelands and a case study from the 2007 megafires in central, Idaho, USA. Gen. Tech. Rep. RMRS-GTR-252. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 60 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr252.pdf [Verified 15 May 2020]

Johnson, Morris C.; Kennedy, Maureen C; Peterson, David L. 2011. Simulating fuel treatment effects in dry forests of the western United States: testing the principles of a fire-safe forest. *Canadian Journal of Forest Research* **41**:1018-1030. doi:10.1139/Xll-032

Kalies, Elizabeth L.; Kent, Larissa L. 2016. Tamm Review: are fuel treatments effective at achieving ecological and social objectives? A systematic review. *Forest Ecology and Management* **375**:84-95. doi:10.1016/j.foreco.2016.05.021

Keane, Robert E. 2013. Describing wildland surface fuel loading for fire management: a review of approaches, methods and systems. *International Journal of Wildland Fire* **22**:51-62. doi:10.1071/WF11139

Liu, X.; Huey, L. G.; Yokelson, R. J.; Selimovic, V.; Simpson, I. J.; Müller, M.; ... Butterfield, Z. 2017. Airborne measurements of western US wildfire emissions: Comparison with prescribed burning and air quality implications. *Journal of Geophysical Research: Atmospheres* **122**:6108-6129. doi: 10.1002/2016JD026315

McIver, J. D.; Ottmar, R. 2007. Fuel mass and stand structure after post-fire logging of a severely burned ponderosa pine forest in northeastern Oregon. *Forest Ecology and Management* **238**:268-279. doi:10.1016/j.foreco.2006.10.021

McKenzie, D.; O'Neill, S.; Larkin, N.; Norheim, R.A.. 2006. Integrating models to predict regional haze from wildland fire. *Ecological Modelling* **199**:278-288. Available at https://www.fs.usda.gov/treesearch/pubs/29729 [Verified 3 March 2021]

Morgan, Penelope; Aplet, Gregory H.; Haufler, Jonathan B.; Humphries, Hope C.; Moore, Margaret M.; Wilson, W. D. 1994. Historical range of variability: a useful tool for evaluating ecosystem change. *Journal of Sustainable Forestry* **2**:87-111. doi:10.1300/J091v02n01_04

Murphy, Peter J.; Woodard, Paul M.; Quintilo, Dennis; Titus, Stephen J. 1991. Exploratory analysis of the variables affecting initial attack hot-spotting containment rate. *Canadian Journal of Forest Research* **21**:540-544. doi:10.1139/x91-075

Neary, Daniel G.; Ryan, Kevin C.; DeBano, Leonard F., eds. 2005. (revised 2008). Wildland fire in ecosystems: effects of fire on soils and water. Gen. Tech. Rep. RMRS-GTR-42-vol.4. U.S.

Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 250 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr042_4.pdf [Verified 10 April 2020]

NWCG. 2017. Interagency Prescribed Fire Planning and Implementation Procedures Guide. PMS 484, National Wildfire Coordinating Group, Boise, ID. Available at https://www.nwcg.gov/sites/default/files/publications/pms484.pdf [Verified 13 March 2020]

NWCG. 2020. NWCG Glossary of Wildland Fire. PMS 205, National Wildfire Coordinating Group, Boise, ID. Available at https://www.nwcg.gov/glossary/a-z [Verified 2 April 2020]

O'Connor, C.D.; Thompson, M.P.; Rodríguez y Silva, F. 2016. Getting ahead of the wildfire problem: quantifying and mapping management challenges and opportunities. *Geosciences* **6**:35. doi:10.3390/geosciences6030035

O'Connor, Christopher D.; Calkin, David E.; Thompson, Matthew P. 2017. An empirical machine learning method for predicting potential fire control locations for pre-fire planning and operational fire management. *International Journal of Wildland Fire* **26**:587-597. doi:10.1071/WF16135

O'Connor, Christopher D.; Calkin, David E. 2019. Engaging the fire before it starts: A case study from the 2017 Pinal Fire (Arizona). *Wildfire* **28**(1): 14-18. Available at https://www.fs.usda.gov/treesearch/pubs/57587 [Verified 16 June 2021]

Ottmar, Roger D.; Alvarado, Ernesto; Hessburg, Paul F.; Smith, Bradley G.; Kreiter, Scott D.; Miller, Craig A., Salter, R. Brion. 2000. Historical and current forest and range landscapes in the interior Columbia River basin and portions of the Klamath and Great Basins. Part II: Linking vegetation patterns to potential smoke production and fire behavior. Gen. Tech. Rep. PNW-GTR-XXX. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR.

Peterson, David L.; Ryan, Kevin C. 1986. Modeling postfire conifer mortality for long-range planning. *Environmental Management* **10**:797-808. doi:10.1007/BF01867732

Pollet, Jolie; Omi, Philip N. 2002. Effect of thinning and prescribed burning on crown fire severity in ponderosa pine forests. *International Journal of Wildland Fire* **11**:1-10. doi:10.1071/WF01045

Prichard, Susan J.; Povak, Nicholas A.; Kennedy, Maureen C.; Peterson, David W. 2020. Fuel treatment effectiveness in the context of landform, vegetation, and large, wind-driven wildfires. *Ecological Applications*. doi:10.1002/eap.2104

Raymond, C.L.; Peterson, D.L.; Rochefort, R.M. (eds.). 2014. Climate change vulnerability and adaptation in the North Cascades Region, Washington. Gen. Tech Rep. PNW-GTR-892. U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR. 279 p. Available at https://www.fs.usda.gov/treesearch/pubs/47131 [Verified 30 June 2020]

Reinhardt, Elizabeth; Crookston, Nicholas L. 2003. The Fire and Fuels Extension to the Forest Vegetation Simulator. Gen. Tech. Rep. RMRS-GTR-116. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 209 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr116.pdf [Verified 15 May 2020]

Riccardi, Cynthia L.; Ottmar, Roger D.; Sandberg, David V.; Andreu, Anne; Elman, Ella; Kopper, Karen; Long, Jennifer. 2007. The fuelbed: a key element of the Fuel Characteristic Classification System. *Canadian Journal of Forest Research* **37**:2394-2412. doi:10.1139/X07-143

Rodríguez y Silva, F.; O'Connor, K.; Thompson, M.P.; Molina Martínez, J.R.; Calkin, D.E. 2020. Modelling suppression difficulty: Current and future applications. *International Journal of Wildland Fire* **29**:739-751. doi:10.1071/WF19042

Rothermel, Richard C. 1972. A mathematical model for predicting fire spread in wildland fuels. Res. Pap. INT-RP-115. U.S. Department of Agriculture, Forest Service, Intermountain Forest and Range Experiment Station. 40 p. Available at https://www.fs.fed.us/rm/pubs_int/int_rp115.pdf [Verified 14 April 2020]

Ryan, Kevin C.; Reinhardt, Elizabeth D. 1988. Predicting postfire mortality of seven western conifers. *Canadian Journal of Forest Research* **18**:1291-1297. doi:10.1139/x88-199

Sandberg, David V.; Ottmar, Roger D.; Peterson, Janice L.; Core, John. 2002. Wildland fire on ecosystems: effects of fire on air. Gen. Tech. Rep. RMRS-GTR-42-vol. 5. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Ogden, UT. 79 p. Available at https://www.firescience.gov/projects/98-S-01/project/Air.pdf [Verified 10 April 2020]

Schellhaas, R.; Spurbeck, D.; Ohlson, R.; Keenm, D.; Conway, A. 2003. Report to the Okanogan & Wenatchee National Forests on the Results of the Twentymile Planning Area Fire History Research. Pacific Northwest Research Station, Wenatchee Forestry Sciences Lab, Wenatchee WA. 67 p.

Schweizer, D.; Preisler, H. K.; Cisneros, R. 2019. Assessing relative differences in smoke exposure from prescribed, managed, and full suppression wildland fire. *Air Quality, Atmosphere & Health* **12**: 87-95. doi:10.1007/s11869-018-0633-x

Schwilk, D. W.; Keeley, J. E.; Knapp, E. E.; McIver, J.; Bailey, J. D.; Fettig, C. J.; Fiedler, C. E.; Harrod, R. J.; Moghaddas, J. J.; Outcalt, K. W.; Skinner, C. N.; Stephens, S. L.; Waldrop, T. A.; Yaussy, D. A.; Youngblood, A. 2009. The national fire and fire surrogate study: effects of fuel reduction methods on forest vegetation structure and fuels. *Ecological Applications* **19**:285–304. doi:10.1890/07-1747.1

Scott, Joe H.; Burgan, Robert E. 2005. Standard fire behavior fuel models: a comprehensive set for use with Rothermel's surface fire spread model. Gen. Tech. Rep. RMRS-GTR-153. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 72 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_gtr153.pdf [Verified 16 October 2020]

Scott, Joe H.; Reinhardt, Elizabeth D. 2001. Assessing crown fire potential by linking models of surface and crown fire behavior. Res. Pap. RMRS-RP-29. U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fort Collins, CO. 59 p. Available at https://www.fs.fed.us/rm/pubs/rmrs_rp029.pdf [Verified 15 May 2020]

Skinner, Carl N. 2005. Reintroducing fire into the Blacks Mountain Research Natural Area: effects on fire hazard. In: Ritchie, Martin W.; Maguire, Douglas A.; Youngblood, Andrew, tech. coordinators. Proceedings of the Symposium on Ponderosa Pine: Issues, Trends, and Management, 2004 October 18-21, Klamath Falls, OR. Gen. Tech. Rep PSW-GTR-198. Albany, CA: Pacific Southwest Research Station, Forest Service, U.S. Department of Agriculture: 245-257. Available at https://www.fs.fed.us/psw/publications/documents/psw_gtr198/psw_gtr198_q.pdf [Verified 16 April 2020]

Smith, Jane Kapler, ed. 2000. Wildland fire in ecosystems: effects of fire on fauna. Gen. Tech. Rep. RMRS-GTR-42-vol. 1. U.S. Department of Agriculture, Forest Service, Rocky Mountain

Research Station, Ogden, UT. 83 p. Available at
https://www.fs.fed.us/rm/pubs/rmrs_gtr042_1.pdf [Verified 10 April 2020]

Stone, Carter; Hudak, Andrew; Morgan, Penelope. 2008. Forest harvest can increase subsequent forest
fire severity. Pages 525-534. In: González-Cabán, Armando (Technical Coordinator). Proceedings
of the second international symposium on fire economics, planning, and policy: a global view.
PSW-GTR-208. USDA Forest Service, Pacific Southwest Research Station, Albany, CA.
Available at
https://www.fs.fed.us/psw/publications/documents/psw_gtr208en/psw_gtr208en_525-
534_stone.pdf [Verified 15 May 2020]

Strand, Eva K.; Launchbaugh, Karen L.; Limb, Ryan; Torell, A. L. 2014. Livestock grazing effects on fuel
loads for wildland fire in sagebrush dominated ecosystems. *Journal of Rangeland Applications*
**1**:35-57. Available at https://thejra.nkn.uidaho.edu/index.php/jra/article/view/23 [Verified 21
April 2020]

State of Washington Department of Natural Resources. 1993 (revised 1998). Smoke Management Plan.
Available at https://www.dnr.wa.gov/publications/rp_burn_smptoc.pdf?ko7ffe [Verified 1 April
2020]

Thompson, Matthew P.; Gannon, Benjamin M.; Caggiano, Michael D. 2021. Forest roads and operational
wildfire response planning. *Forests* **12**(2): 110. doi:10.3390/f12020110

USDA and USDI. 1994. Record of Decision for amendments to Forest Service and Bureau of Land
Management planning documents within the range of the northern spotted owl: standards and
guidelines for management of habitat of late-successional and old-growth related species within
the range of the northern spotted owl (Northwest Forest Plan). USDA Forest Service and USDI
Bureau of Land Management, Portland, OR. Available at
https://www.fs.fed.us/r6/reo/library/docs/NWFP-S&G-1994.pdf [Verified 13 March 2020]

USDA Forest Service. 1995. Twisp River Watershed Analysis. USDA Forest Service, Pacific Northwest
Region, Okanogan National Forest, Methow Valley Ranger District, Twisp, WA.

USDA Forest Service. 2012a. The Okanogan-Wenatchee National Forest Restoration Strategy: adaptive
ecosystem management to restore landscape resiliency. General Report, U.S. Department of
Agriculture, Forest Service, Pacific Northwest Region, Okanogan-Wenatchee National Forest,
Wenatchee, WA. Available at
https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5340103.pdf [Verified 13 March
2020]

USDA Forest Service. 2012b. Forest Service Manual 5100 – Wildland Fire Management, Zero Code.
Available at https://www.fs.fed.us/im/directives/fsm/5100/wo_5100_zero_code.doc [Verified 13
March 2020]

USDA Forest Service. 2017. Forest Service Manual 5140 – Hazardous Fuels Management and Prescribed
Fire. Available at https://www.fs.fed.us/im/directives/fsm/5100/wo_5140-2017-4.doc [Verified 13
March 2020]

Van Wagner, C. E. 1977. Conditions for the start and spread of crown fire. *Canadian Journal of Forest
Research* **7**:23-34. doi:10.1139/x77-004

Weatherspoon, C. P. 1996. Fire-silviculture relationships in Sierra forests. In: Sierra Nevada Ecosystem Project, Final Report to Congress, II: Assessments, scientific basis for management options, ed., vol. II: Assessments and scientific basis for management options. Centers for Water and Wildland Resources, University of California, Davis, Water Resources Center Report No. 37, pp. 1167–1176. Available at https://pubs.usgs.gov/dds/dds-43/VOL_II/VII_C44.PDF [Verified 27 April 2020]

Whitehead R.J., G.L. Russo, B.C. Hawkes, S.W. Taylor, B.N. Brown, O.B. Armitage, H.J. Barclay and R.A. Benton. 2008. Effect of commercial thinning on within-stand microclimate and fine fuel moisture conditions in a mature lodgepole pine stand in southeastern British Columbia. Nat. Resour. Can., Can. For. Serv., Can. Wood Fibre Cent., Victoria, BC. Inf. Rep. FI-X-004. 16 p. Available at https://cfs.nrcan.gc.ca/pubwarehouse/pdfs/29063.pdf [Verified 15 May 2020]

Wildland Fire Leadership Council. 2012. A National Cohesive Wildland Fire Management Strategy, Phase II National Report. Available at https://www.forestsandrangelands.gov/documents/strategy/reports/phase2/CSPhaseIIReport_FINAL20120524.pdf [Verified 13 March 2020]

# Appendix – Laws, Regulations, and Policy

## A.1.1 – Land and Resource Management Plan

The Okanogan National Forest Land and Resource Management Plan (LRMP) provides several standards and guidelines regarding the use of fuels treatments and prescribed fire within the Forest boundaries.

### Forest-wide Standards and Guidelines

- **14-1:** Management activities within the Forest shall be planned to maintain air quality at a level adequate for the protection and use of the National Forest resources, and which also meet or exceed the applicable Federal and State standards.

- **14-2:** The Forest shall demonstrate reasonable progress in reducing total suspended particulate (TSP) emissions from prescribed burning.

- **19-4:** Prescribed fire (planned and unplanned ignitions) may be used as a management tool to meet Management Area goals.

- **19-6:** Cost-effective fuel treatment methods shall be used to achieve management goals. The desired fuel profile and fuel treatments necessary to achieve that profile shall be determined. Treatment methods shall be selected based upon appropriate analysis, which includes long-term site productivity considerations, for all management activities or where natural fuel accumulations create a fuel profile that poses an unacceptable impediment to current or future protection and management.

- **19-7:** Woody debris shall be left on the forest floor for wildlife habitat, long-term site productivity, soil fertility, and, where necessary, for microsite protection and seed. A sufficient amount of this debris shall be uncharred to provide for terrestrial wildlife, long-term soil productivity, and other purposes.

- **19-8:** Treatment of natural fuels shall be prohibited in identified old growth stands. *See proposed forest plan amendment*.

- **19-9:** In stands managed as future old growth, fuels treatment including prescribed fire shall provide for the retention of all key components of old growth.

AR 11616

## Management Areas

The Okanogan LRMP has several fuels treatment-related standards and guidelines that are applicable to the specific Management Areas (MA) that occur within the project area.

**Management Area 5**: (25% of project area) Goal is to provide opportunities for recreation and viewing scenery in a roaded natural setting with a visual quality objective of retention or partial retention.

- ♦ **MA5-19C:** Use of prescribed fire should meet the visual quality objective within three years of application.

- ♦ **MA5-19D:** Recreation, visual, and wildlife values shall be key considerations in determining overall fuel treatment levels and methods.

**Management Area 14**: (41% of project area) Goal is to provide a diversity of wildlife habitat, including deer winter range, while growing and producing merchantable wood fiber.

- ♦ **MA14-19C:** Treat fuels to reduce the risk of wildfire to acceptable levels. Prescribe a level of fuel treatment to protect timber stands, wildlife values, and other resources from unacceptable losses caused by wildfire.

- ♦ **MA14-19D:** Place fire-tolerant stands on a prescribed burning schedule where cost-effective to meet management goals.

**Management Area 25**: (18% of project area) Goal is to intensively manage the timber and range resources using both even-aged and uneven-aged silvicultural practices. Manage to achieve a high present net value and a high level of timber and range outputs while protecting the basic productivity of the land and providing for the production of wildlife, recreation opportunities, and other resources.

- ♦ **MA25-19C:** Treat fuels to reduce risk of wildfire to acceptable levels while maintaining long-term site productivity.

- ♦ **MA25-19D:** Prescribe a level of treatment for natural and activity created fuels to protect timber stands and other resources from unacceptable losses caused by wildfire.

- ♦ **MA25-19E:** Place fire tolerant stands on a prescribed burning schedule where cost effective to meet management and objectives.

**Management Area 26**: (11% of project area) Goal is to manage deer winter range and fawning habitats to provide conditions which can sustain optimal numbers of deer indefinitely, without degrading habitat characteristics such as forage, cover, and soil.

- ♦ **MA26-19C:** Fuels treatments, including the use of prescribed fire, shall provide, where practicable, for the retention and/or enhancement of key wildlife habitat.

## Northwest Forest Plan

In 1994, the Okanogan LRMP was amended by the Record of Decision for Amendments to Forest Service and Bureau of Land Management Planning Documents within the Range of the Northern Spotted Owl (hereafter referred to as the Northwest Forest Plan, or NWFP) (USDA and USDI 1994). The NWFP created additional management designations that overlap the LRMP management areas described above. The standards and guidelines from the Okanogan LRMP apply where they are more restrictive or provide greater benefits to late successional forest-related species. The NWFP management areas and standards and guidelines related to fuels management in the project area are listed below.

**Matrix:** NWFP objectives for Matrix allow for timber harvest and other silvicultural activities in suitable forest lands. Standards and guidelines for fire and fuels management in Matrix recommend that where this designation lies in the rural interface, fire management activities should be coordinated with local governments, agencies, and landowners during watershed analysis to identify additional factors which may affect hazard reduction goals.

**Riparian Reserves:** Riparian Reserves are widespread and overlap portions of all other land management designations in the project area. Riparian Reserves are areas along all streams, wetlands, ponds, lakes, and unstable and potentially unstable areas where riparian-dependent resources receive primary emphasis. Standards and guidelines related to fuels management include:

- ♦ **FM-1:** Design fuel treatment and fire suppression strategies, practices, and activities to meet Aquatic Conservation Strategy objectives, and to minimize disturbance of riparian ground cover and vegetation. Strategies should recognize the role of fire in ecosystem function and identify those instances where fire suppression or fuel management activities could be damaging to long-term ecosystem function.

- ♦ **FM-4:** Design prescribed burn projects and prescriptions to contribute to attainment of Aquatic Conservation Strategy objectives.

- ♦ **FM-5:** Immediately establish an emergency team to develop a rehabilitation treatment plan needed to attain Aquatic Conservation Strategy objectives whenever Riparian Reserves are significantly damaged by wildfire or a prescribed fire burning outside prescribed parameters.

## A.1.2 – Forest Service Manual

Forest Service Manual (FSM) direction regarding fire management activities is authorized and guided by multiple federal laws that are incorporated here by reference.

### *Forest Service Manual 5100 – Fire Management Policy (USDA Forest Service 2012b)*

**FSM 5103.2 Ecological**

- ♦ Identify and use fire ecology to frame land and resource management objectives.

- ♦ Use Fire Management programs and activities to implement Land and Resource Management Plans objectives.

- ♦ Incorporate public health and environmental quality considerations into fire management programs and activities.

- ♦ Manage the land to make it more resilient to disturbance, in accordance with management objectives.

### *Forest Service Manual 5140 – Hazardous Fuels Management and Prescribed Fire (USDA Forest Service 2017)*

**FSM 5140.3 – Policy:** Plan and implement a hazardous fuels management and prescribed fire program applying:

- ♦ Principles and policy elements described in FSM 5103 and Wildland Fire Doctrine (FS 5131).

- ♦ Principles from the Cohesive Strategy (A National Cohesive Wildland Fire Management Strategy Phase II National Report, May 2012) (Wildland Fire Leadership Council 2012).

- ♦ Guidelines from the Interagency Prescribed Fire Planning and Implementation Procedures Reference Guide (NWCG 2017).

♦    Consideration of greenhouse gas emissions and effects on carbon sequestration.

**FSM 5141 – Hazardous Fuels Management and Prescribed Fire Planning**

♦    Overall direction for hazardous fuels management and prescribed fire is provided by the LRMP. The LRMP serves as the document to initiate, analyze, and provide the basis for implementing hazardous fuels management and prescribed fire projects to meet resource management objectives.

♦    The broad direction for implementing the hazardous fuels management and prescribed fire program is documented in the Fire Management Reference System.

♦    Resource objectives for specific hazardous fuels management and prescribed fire projects are derived from the NEPA analysis. The entire project area must be analyzed under NEPA. Environmental Impact Statements (EIS), Environmental Assessments (EA), and Categorical Exclusion (CE) will be used to identify objectives and analyze the effects of hazardous fuels management and prescribed fire projects.

**FSM 5142.3 – Prescribed Fire Policy**

♦    When appropriate, use prescribed fire in a safe, carefully planned, and cost-effective manner to achieve desired conditions and attain management objectives identified in the LRMP.

♦    The NWCG Interagency Prescribed Fire Planning and Implementation Procedures Guide – PMS 484 (NWCG 2017) is Forest Service policy.

♦    Declared wildfires will be reviewed using FSM 5137.1 and guidelines from the Interagency Prescribed Fire Planning and Implementation Procedures Guide (NWCG 2017).

♦    Weather conditions must be monitored during all phases (including mop-up) of prescribed fire implementation.

♦    Long-term weather conditions such as drought must be considered in all phases of prescribed fire planning and implementation.

## A.1.3 – Other Federal Law

*Clean Air Act*

The Federal Clean Air Act is a legal mandate designed to protect human health, visibility, and welfare from air pollution. The act defines National Ambient Air Quality Standards (NAAQS) as levels of pollutants above which detrimental effects on human health and welfare could occur. An area that is found to be in violation of NAAQS is called a "non-attainment area". Pollution sources in these areas are subject to tighter restrictions.

The Clean Air Act contains a provision called the Prevention of Significant Deterioration (PSD). This provision was designed to prevent areas from being polluted beyond the maximum level established by the NAAQS. Three air quality classes (I, II, III) were established. Class I Air Sheds are subject to the tightest restrictions. The nearest Class I Air Sheds near the project area are the Glacier Peak Wilderness (20 miles west), North Cascades National Park (20 miles northwest), and the Pasayten Wilderness (20 miles North). Visibility Protection Guidelines for Washington's Class I areas place restrictions on prescribed burning during weekends from July 1 through Labor Day.

## A.1.4 – Executive Order, E.O. 13855 of Dec 21, 2018

Executive Order 13855, Promoting Active Management of America's Forests, Rangelands, and Other Federal Lands To Improve Conditions and Reduce Wildfire Risk, has six sections: Policy, Goals,

Coordination and Efficient Processes, Unmanned Aerial Systems, Wildfire Strategy, and Collaborative Partnerships. Three subsections are directly applicable to fire and fuels considerations in the Twisp River Restoration Project.

- ♦ 1(c). Removing Hazardous Fuels, Increasing Active Management, and Supporting Rural Economies. Post-fire assessments show that reducing vegetation through hazardous fuel management and strategic forest health treatments is effective in reducing wildfire severity and loss. Actions must be taken across landscapes to prioritize treatments in order to enhance fuel reduction and forest-restoration projects that protect life and property, and to benefit rural economies through encouraging utilization of the by-products of forest restoration.

- ♦ 5(b)(iii) Review land designations and policies that may limit active forest management and increase the risk of catastrophic wildfires.

- ♦ 6(b). Achieving the land management restoration goals set forth in section 2 of this order and reducing fuel loads by pursuing long-term stewardship contracts, including 20-year contracts, with States, tribes, non-profit organizations, communities, and the private sector, consistent with applicable law.

## A.1.5 – State and Local Law

The Washington State Clean Air Act is implemented at the state level using the Washington State Smoke Management Plan (SMP) (State of Washington Department of Natural Resources 1998). The SMP establishes a permitting process for prescribed burning of silvicultural debris and forest health in order to assure that smoke production levels and air quality meet Federal Clean Air Act standards.

The Washington Clean Air Act, RCW 70.94.6534, gives the Department of Natural Resources ". . . responsibility for issuing and regulating burning permits required by it relating to the following activities for the protection of life or property and/or for the public health, safety, and welfare:

(A) Abating a forest fire hazard;

(B) Prevention of a fire hazard;

(C) Instruction of public officials in methods of forest firefighting;

(D) Any silvicultural operation to improve the forestlands of the state; and

(E) Silvicultural burning used to improve or maintain fire-dependent ecosystems for rare plants or animals within state, federal, and private natural area preserves, natural resource conservation areas, parks, and other wildlife areas.

## A.1.6 – Other Guidance or Recommendations

### National Cohesive Wildland Fire Management Strategy

The National Cohesive Wildland Fire Management Strategy (Cohesive Strategy) (Wildland Fire Leadership Council 2012) is a collaborative process with active involvement of all levels of government, non-governmental organizations, as well as the public, to see national, all-lands solutions to wildland fire management concerns. The vision for the next century is to: Safely and effectively extinguish the fire, when needed; use fire where allowable; manage our natural resources; and as a Nation, live with wildland fire." The Cohesive Strategy addresses the nation's wildfire problems by focusing on the following key areas:

AR 11620

- Restoring and Maintaining Resilient Landscapes

- Creating Fire Adapted Communities

- Responding to Wildfires

*Okanogan County Community Wildfire Protection Plan*

Okanogan County developed its own County Community Wildfire Protection Plan (CWPP; Bloch et al. 2013) to identify wildfire response capability, educate homeowners to reduce the ignitability of structures, evaluate critical infrastructure throughout the County, identify prioritized areas for hazardous fuel reduction treatments on Federal, State, and Private land, and build on existing efforts to restore healthy forest conditions within the County. The CWPP has seven main goals:

1. To reduce the area of WUI land burned and losses experienced because of wildfires.
2. Prioritize the protection of people, structures, infrastructure, and unique ecosystems contributing to our way of life and the sustainability of the local and regional economy.
3. Educate communities about the unique challenges of wildfire in the wildland-urban interface (WUI).
4. Establish mitigation priorities and develop mitigation strategies in Okanogan County.
5. Strategically locate and plan fuel reduction projects.
6. Provide recommendations for alternative treatment methods, such as modifying forest stand density, herbicide treatments, fuel reduction techniques, and disposal or removal of treated slash.
7. Meet or exceed the requirements of the National Fire Plan and FEMA for a County-level Wildfire Protection Plan.

The CWPP identifies two priority treatment areas that partially overlap the project area. Project #21 (Twisp River) describes a need for defensible space, forest management, and road widening within 24,220 acres. Project #48 (Twisp River2) describes a need for defensible space, forest management, and roadside fuel treatments within 8,028 acres.



**Attachment 2: Twisp Restoration Project Maps**
*Map 1 of 5*

# Twisp Restoration Project

**Methow Valley Ranger District**
**Okanogan-Wenatchee NF**

## Vicinity Map
November 2019

Legend:
- ▢ Twisp Restoration Project Area
- ▲ Campground
- Trailhead
- Horse Camp
- ❄ Snowpark
- Highway
- County Roads
- City or Private Roads
- Open NFS Road
- Lake Chelan - Sawtooth Wilderness

**Ownership**
- Forest Service
- WA Department of Natural Resources
- Bureau of Land Management
- National Park Service
- WA State Dept of Fish and Wildlife
- WA State Land
- Other Land, Including Private

Map labels: Wolf Creek, Winthrop, Chickadee, Roads End, Gilbert, Crescent Mountain, South Creek, Twisp River, Poplar Flat, Midnight Mountain, Mystery, Williams, War Creek, War Creek Oval/Eagle, Twisp River Snopark, Twisp, Blackpine Lake, Scaffold Peak, Oval Peak, Lookout Mountain, McClure Mountain, Carlton

Scale: 0 0.5 1 2 Miles

SER-123



Tonasket, Winthrop, Okanogan

Seattle, Tacoma, Spokane, Wenatchee, Vancouver

AR 07015