|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 14 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NORTH CASCADES CONSERVATION COUNCIL, A nonprofit Washington corporation,

    Plaintiff - Appellant,

 v.

UNITED STATES FOREST SERVICE, A federal agency of the United States Department of Agriculture and KRISTIN BAIL, In her official capacity as Forest Supervisor, Okanogan-Wenatchee National Forest, United States Forest Service,

    Defendants - Appellees,

------------------------------------

PROPERTY AND ENVIRONMENT RESEARCH CENTER,

    Amicus Curiae - Pending.

No. 24-1422

D.C. No. 2:22-cv-00293-SAB
Eastern District of Washington, Spokane

ORDER

    The motion of Property and Environment Research Center for leave to file an amicus curiae brief (Docket Entry No. 16) and any responses are referred for resolution to the panel that will consider the merits of the case.

    Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical

to the version submitted electronically. The Form 18 certificate is available on the court's website at http://www.ca9.uscourts.gov/forms/.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT